# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY NO. 21-21712-CMB |
| Eustace O. Uku | : | |
| Debtor(s), | : | CHAPTER 13 |
| Movant(s), | : | |
| vs. | : | |
| Respondents. | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF COURTS:

    Please enter the appearances of Amanda M.V. Grant, Esquire, on behalf of Creditor, Citizens Bank, in the above-referenced matter and index same on the master mailing list.

Respectfully submitted,

UNRUH, TURNER, BURKE & FREES, P.C.

Date: August 12, 2021    By: /s/ *Amanda M.V. Grant*

Amanda M.V. Grant, Esquire
Attorney I.D. No. 325192
Unruh Turner Burke & Frees
P.O. Box 515
17 W. Market Street
West Chester, PA 19381
610-692-1371
agrant@utbf.com

*Attorneys for Creditor,*
*Citizens Bank*