**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **EUSTACE O. UKU,** | : | **Bankruptcy No. 21-21712-CMB** |
| | : | |
| **Debtor.** | : | **Chapter 13** |
| | : | |
| | : | **Related to Doc. No. 1** |
| | : | |

<u>**ORDER**</u>

      **AND NOW,** this **10th** day of **August, 2021**, whereas Debtor filed a previous case in this Court at Case No. 20-21650-CMB, and whereas at the time of dismissal the Court declined to dismiss with prejudice but advised that should the Debtor refile for bankruptcy protection, depending upon the circumstances and particularly the timing of any subsequent filing, the Court would consider whether to issue a rule to show cause as to why the case should not be dismissed with prejudice, it is hereby **ORDERED, ADJUDGED, AND DECREED** that:

      (1)     Any response to this Order shall be filed on or before **August 17, 2021**.

      (2)     A status conference to address this new filing shall be held on **September 2, 2021, at 10:00 A.M.** via the ***Zoom Video Conference Application*** (hereinafter "Zoom"). Zoom participation instructions are set forth herein.

      (3)     An evidentiary hearing shall be held on **September 15, 2021, at 9:00 A.M.**, at which time Debtor shall appear and show cause as to why the case should not be dismissed with prejudice based on the concerns raised by the Court at the hearing held on January 27, 2021 in

Case No. 20-21650-CMB. Due to the ongoing public health crisis, the evidentiary hearing shall be held entirely by video.[1]

(4)    On or before **August 27, 2021**, the Debtor shall file witness[2] and exhibit lists using the attached forms. **Counsel is responsible for ensuring that all witnesses have been supplied with a copy of the exhibits in advance of the Zoom Hearing**. **Screen sharing will <u>not</u> be permitted during the evidentiary hearing.**

(5)    On or before **August 27, 2021**, the Debtor shall deliver to the Court three complete copies of exhibits.

    a.    All exhibits shall be pre-marked by counsel using exhibit labels. Debtor shall use exhibit letters. Each exhibit shall also be pre-marked with the date of the evidentiary hearing.

    b.    If Debtor's exhibits cumulatively total in excess of 20 single-sided pages, the exhibits shall be bound in a three-ring binder, separated by a tabbed divider page.

    c.    The lower right-hand corner of each page of the collective exhibit document shall be consecutively numbered (Bates Stamp numbering) from the first page to the last page, independent of exhibit identification numbers previously placed on the exhibits.

(6)    All parties (including counsel and witnesses) must participate remotely in the evidentiary hearing by using Zoom.

(7)    To join the status conference and evidentiary hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing times:

---

[1]    This includes the remote examination of witnesses, which is permissible under Federal Rule of Civil Procedure 43(a), made applicable herein by Federal Rule of Bankruptcy Procedure 9017, "[f]or good cause in compelling circumstances and with appropriate safeguards[.]"

[2]    The Court does not anticipate the testimony of witnesses other than the Debtor.

https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. **Counsel shall be responsible for distributing this link and Meeting ID to any witnesses or other hearing participants**.

(8)    ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. **Counsel shall ensure that all witnesses have access to Zoom and have reviewed and will comply with the Court's posted procedures**.

FILED
8/10/21 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
dmk
_____
Carlota M. Bohm
Chief United States Bankruptcy Judge

**EXHIBITS FILED ON BEHALF OF:** _____

**Case No.** _____

**Matter** _____

**Doc. No.** _____

**Date of Evidentiary Hearing** _____

| Exhibit Number/ Letter | Date of Exhibit | Witness | Description |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4

**WITNESS LIST FILED ON BEHALF OF:** _____

**Case No.** _____

**Matter** _____

**Doc. No.** _____

**Date of Evidentiary Hearing** _____

| Name and Title of Witness | If anyone will be in the room with the witness during testimony, provide the identity of that person (name/title/relationship to witness) and the purpose of their presence | Exhibits expected to be utilized during the examination of Witness | Area of Testimony |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 21-21712-CMB

Eustace O. Uku                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dsaw                                           Page 1 of 2

Date Rcvd: Aug 10, 2021                 Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021                      Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 bnicholas@kmllawgroup.com |
| David M Nernberg | on behalf of Creditor Charles A.  Jr. Knoll dmn@nernberg.com |
| Donald R. Calaiaro | on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                    User: dsaw                              Page 2 of 2
Date Rcvd: Aug 10, 2021                 Form ID: pdf900                   Total Noticed: 1

Ronda J. Winnecour
                            cmecf@chapter13trusteewdpa.com

S. James Wallace

                            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 7