PROCEEDING MEMO

**Date: 08/12/2021 01:30 pm**

**In re:   Eustace O. Uku**

**Bankruptcy No. 21-21712-CMB**
**Chapter: 13**
**Doc. # 5**

**Appearances: Eustace O. Uku (Debtor), Donald Calaiaro, David Nernberg, Amanda Grant**

**Nature of Proceeding: #5 Expedited Motion to Extend Stay**

**Additional Pleadings: #7 Certificate of Service**
                        **#13 Response and Objection to Motion**
                        **#17 Exhibits to Motion**

**Judge's Notes:**
OUTCOME: Continued to the same date and time as the scheduled evidentiary hearing, being 9/15 at
9:00 am.
-The automatic stay is to remain in place until the continued hearing.
-The exhibits filed by Attorney Calaiaro (Doc. No. 17) are accepted into the record.
-If the parties decide to get an appraisal and need more time before the evidentiary hearing, they may
file a consent order leaving blanks for the date and time and the Court will reschedule the hearing.
-Attorney Grant to participate in the appraisal if she so chooses.

FILED
8/12/21 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 21-21712-CMB

Eustace O. Uku                                                                Chapter 13

　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dsaw                                    Page 1 of 2

Date Rcvd: Aug 12, 2021                   Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

**Recip ID              Recipient Name and Address**
db                   + Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021                        Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Amanda Grant | on behalf of Creditor CITIZENS BANK  N.A. agrant@utbf.com |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 bnicholas@kmllawgroup.com |
| David M Nernberg | on behalf of Creditor Charles A.  Jr. Knoll dmn@nernberg.com |
| Donald R. Calaiaro | on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

District/off: 0315-2                                   User: dsaw                                          Page 2 of 2
Date Rcvd: Aug 12, 2021                        Form ID: pdf900                              Total Noticed: 1

Office of the United States Trustee
                                     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                                     cmecf@chapter13trusteewdpa.com

S. James Wallace
                                     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 8