IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 21-21712-CMB |
| | ) | |
| Eustace O. Uku, | ) | Chapter: 13 |
| | ) | |
|     Debtor, | ) | |
| Eustace O. Uku, | ) | |
| | ) | |
|     Movant, | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Ch. 13 Trustee, | ) | |
| | ) | |
|     Respondent. | ) | |

**CERTIFICATE OF SERVICE OF OBJECTIONS TO DEBTOR'S 2ND MOTION TO EXTEND COMPLETION DATE AND MOTION TO DISMISS BANKRUPTCY WITH PREJUDICE and of ORDER SCHEDULING DATES FOR RESPONSE AND ZOOM HEARING ON MOTION**

I, David M. Nernberg, declare under penalty of perjury that Creditor, Charles A. Knoll's Objections to Debtor's 2nd Motion to Extend Completion Date and Motion to Dismiss Bankruptcy With Prejudice dated August 20, 2021 and the Order Scheduling Dates for Response and Zoom Hearing on Motion dated August 20, 2021 have been sent to the below listed entities in the manner indicated and that this Certificate of Service is true and correct to the best of my knowledge and belief.

*Service via CM/ECF Notice of Electronic Filing on 8/20/21*
*and via U.S. First Class Mail on 8/24/21:*

| | |
|---|---|
| Donald R. Calaiaro | Keri P. Ebeck |
| Calaiaro Valencik | Bernstein-Burkley |
| 938 Penn Avenue, Suite 501 | 707 Grant Street |
| Pittsburgh, PA 15222-3708 | Suite 2200 Gulf Tower |
| 412-232-0930 | Pittsburgh, PA 15219 |
| 412-232-3858 (fax) | 412-456-8112 |
| dcalaiaro@c-vlaw.com | kebeck@bernsteinlaw.com |
| **(representing Eustace O. Uku)** | **(representing Duquesne Light Company)** |

Amanda Grant
Unruh Turner Burke & Frees PC
P.O. Box 515
West Chester, PA 19381-0515
610-692-1371
610-918-1361 (fax)
agrant@utbf.com
**(representing CITIZENS BANK, N.A.)**

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
215-627-7734 (fax)
bnicholas@kmllawgroup.com
**(representing  Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001)**

S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219
412-281-0587
412-281-2971 (fax)
ecfpeoples@grblaw.com
**(representing  Peoples Natural Gas Company LLC)**

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756
ustpregion03.pi.ecf@usdoj.gov

Respectfully Submitted,
MAURICE A. NERNBERG & ASSOCIATES

By:     /s/ David M. Nernberg

    David M. Nernberg
    Pa. I.D. No. 205631
    Maurice A. Nernberg & Associates
    301 Smithfield Street
    Pittsburgh, PA 15222
    (412) 232-0334
    dmn@nernberg.com

    Counsel for Charles A. Knoll, Jr.

Date: August 24, 2021