| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Eustace O. Uku** | Social Security number or ITIN | xxx–xx–3832 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 7/29/21 |
| Case number: | 21–21712–CMB | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case        10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eustace O. Uku | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 214 Farmington Road<br>Pittsburgh, PA 15215 | |
| 4. | **Debtor's attorney**<br>Name and address | Donald R. Calaiaro<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222–3708 | Contact phone 412–232–0930<br><br>Email: dcalaiaro@c–vlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/24/21 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 20, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/19/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/7/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/25/22** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/20/21** at **09:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 4 |
| Date Rcvd: Aug 24, 2021 | Form ID: 309I | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |
| aty | | Amanda Grant, Unruh Turner Burke & Frees PC, P.O. Box 515, West Chester, PA 19381-0515 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | David M Nernberg, Maurice A. Nernberg & Assoc., 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| aty | #+ | Keri P. Ebeck, Bernstein-Burkley, 707 Grant Street, Suite 2200 Gulf Tower, Pittsburgh, PA 15219-1945 |
| aty | | S. James Wallace, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219 |
| tr | + | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| cr | + | Charles A., Jr. Knoll, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15398189 | + | Allegheny County, John K. Weinstein, County Treasurer, Romm 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 15398192 | + | Bank of America, P.O. Box 982238, El Paso, TX 79980-0001 |
| 15398197 | + | Charles A. Knoll, 408 1/2 Beaver Street, Sewickley, PA 15143-1502 |
| 15398196 | + | Charles A. Knoll, 408 Beaver Street, Sewickley, PA 15143-1502 |
| 15402272 | + | Charles A. Knoll, Jr., 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398200 | + | City of Clairton, 551 Ravensburg Blvd., Clairton, PA 15025-1297 |
| 15398203 | | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280948, Harrisburg, PA 17128-0432 |
| 15402271 | + | David M. Nernberg, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398208 | + | Exico Inc., 241 Fourth Avenue, Pittsburgh, PA 15222-1709 |
| 15398209 | + | Exico, Inc., 214 Farmington Rd., Pittsburgh, PA 15215-1633 |
| 15398210 | + | Fox Chapel Area School Disctrict, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398211 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 15398212 | + | Jennifer L. Cerce, Esquire, Maiello, Brungo & Maiello, LLP, South Side Works, 424 South 27th Street #210, Pittsburgh, PA 15203-2380 |
| 15398213 | + | Jordan Tax Services, PO Box 200, Bethel Park, PA 15102-0200 |
| 15398214 | + | Joshua A. Lyons, Esquire, Maurice A. Nernberg & Associates, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398215 | + | Katherine L. DiAmico, Esquire, Portnoff Law Associates, Ltd, P.O. Box 391, Norristown, PA 19404-0391 |
| 15398216 | + | Kristen Wetzel Ladd, Esquire, Unruh, Turner, Burke & Frees, P.C., P.O. Box 515, West Chester, PA 19381-0515 |
| 15398218 | + | Michael G. McCabe, Esquire, Goehring Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15398220 | + | Nissan, P.O. Box 660366, Dallas, TX 75266-0366 |
| 15398224 | | PNC Bank, NA, 1400 Market Street, Philadelphia, PA 19103 |
| 15398221 | + | Penn Hills School District, 12200 Garland Drive, Pittsburgh, PA 15235-3485 |
| 15398222 | + | Penn Hills School District &, Municipal Tax Office, c/o Keystone Collections, 260 Aster Street, Pittsburgh, PA 15235-2059 |
| 15398223 | | Penn Hills Township, 1200 Frankstown Road, 2nd Floor, Pittsburgh, PA 15235 |
| 15398227 | | Shelley Fant, 381 Old Mill Road, Pittsburgh, PA 15238 |
| 15398225 | + | Shelley Fant, 821 Old Mill Road, Pittsburgh, PA 15238-1711 |
| 15398228 | | Shelley Fant, 851 Old Mill Rd., Pittsburgh, PA 15238 |
| 15398231 | + | UPMC Health Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15398232 | + | UPMC Physician Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dcalaiaro@c-vlaw.com | Aug 24 2021 23:25:00 | Donald R. Calaiaro, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |

Case 21-21712-CMB   Doc 38   Filed 08/26/21   Entered 08/27/21 00:29:51   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: dkam | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 24, 2021 | Form ID: 309I | Total Noticed: 65 |

| | | | |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Aug 25 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2021 23:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 24 2021 23:25:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 24 2021 23:25:00 | CITIZENS BANK, N.A., Citizens Bank, 1 Citizens Bank Way, Mail Stop JCA-130, Johnston, RI 02919 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Aug 24 2021 23:25:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15398190 | + EDI: GMACFS.COM | Aug 25 2021 03:13:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15398191 | + EDI: BANKAMER.COM | Aug 25 2021 03:13:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 15401128 | EDI: BANKAMER.COM | Aug 25 2021 03:13:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15400910 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 24 2021 23:25:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15398193 | + EDI: CAPITALONE.COM | Aug 25 2021 03:13:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15402236 | EDI: CAPITALONE.COM | Aug 25 2021 03:13:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15398194 | + EDI: CAPITALONE.COM | Aug 25 2021 03:13:00 | Capital One Bank USA, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15398195 | + Email/Text: BKBCNMAIL@carringtonms.com | Aug 24 2021 23:25:00 | Carrington Mortgage Service, 15 Enterprise Street, Aliso Viejo, CA 92656-2653 |
| 15398198 | + EDI: CITICORP.COM | Aug 25 2021 03:13:00 | Citibank, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15398199 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 24 2021 23:25:00 | Citizens Bank, 1000 Lafayette Blvd., Bridgeport, CT 06604-4725 |
| 15398201 | EDI: COMCASTCBLCENT | Aug 25 2021 03:13:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 15398202 | + EDI: PENNDEPTREV | Aug 25 2021 03:13:00 | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280946, Harrisburg, PA 17128-0001 |
| 15398202 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2021 23:25:00 | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280946, Harrisburg, PA 17128-0001 |
| 15398204 | + Email/Text: bankruptcy@credencerm.com | Aug 24 2021 23:25:00 | Credence Resource Managment, P.O. Box 2300, Southgate, MI 48195-4300 |
| 15398205 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 24 2021 23:29:17 | Credit One Bank Na, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15398206 | + EDI: DIRECTV.COM | Aug 25 2021 03:18:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 15398207 | + EDI: DCI.COM | Aug 25 2021 03:18:00 | Diversified Consultants Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |

Case 21-21712-CMB  Doc 38  Filed 08/26/21  Entered 08/27/21 00:29:51  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0315-2 | User: dkam | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 24, 2021 | Form ID: 309I | Total Noticed: 65 |

| Recip ID | Bypass Marker | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15398217 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2021 23:29:08 | LVNV Funding LLC, c/o Resurgent Capital Serivices, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15400770 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2021 23:29:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15398219 | + | Email/Text: eschrecengost@pennhills.org | Aug 24 2021 23:25:00 | Municipality of Penn Hills, 12245 Frankstown Road, Pittsburgh, PA 15235-3405 |
| 15400337 | | EDI: PENNDEPTREV | Aug 25 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15400337 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15398230 | | EDI: AISSPRINT | Aug 25 2021 03:13:00 | Sprint, P.O. Box 4191, Carol Stream, IL 60197 |
| 15398229 | + | EDI: SWCR.COM | Aug 25 2021 03:18:00 | Southwest Credit Systems, 4120 International Parkway ste 1100, Carrollton, TX 75007-1958 |
| 15398233 | + | EDI: AIS.COM | Aug 25 2021 03:18:00 | Verizon, by American InfoSource as agent, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Indenture |
| 15398234 | | Yale Development & Contracting, Inc. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15398226 | *+ | Shelley Fant, 821 Old Mill Rd., Pittsburgh, PA 15238-1711 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2021          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Grant | on behalf of Creditor CITIZENS BANK N.A. agrant@utbf.com |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 4 of 4 |
| Date Rcvd: Aug 24, 2021 | Form ID: 309I | Total Noticed: 65 |

David M Nernberg
    on behalf of Creditor Charles A. Jr. Knoll dmn@nernberg.com

Donald R. Calaiaro
    on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8