# PROCEEDING MEMO

**Date: 09/02/2021 10:00 am**

**In re:    Eustace O. Uku**

**Bankruptcy No. 21-21712-CMB**
**Chapter: 13**
**Doc. # 30**

**Appearances: Donald R. Calaiaro, David Nernberg, Eustace Uku (Debtor), Amanda Grant**

**Nature of Proceeding: # 30 Objection and Motion to Dismiss the Bankruptcy With Prejudice**

**Additional Pleadings: #34 Certificate of Service**

**Judge's Notes:**
-Attorney Nernberg withdrew the Motion to Dismiss on the record.
OUTCOME: Motion withdrawn.
-Motion to Dismiss (Doc. No. 30) was improperly filed. If Attorney Nernberg decides to refile the Motion to Dismiss, he shall do so pursuant to W.Pa.LBR 9013-1(c).

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
9/2/21 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA