**Date: 09/02/2021 10:00 am**

**In re:    Eustace O. Uku**

**Bankruptcy No. 21-21712-CMB**
**Chapter: 13**
**Doc. # 1**

**Appearances: Donald R. Calaiaro, David Nernberg, Eustace Uku (Debtor), Amanda Grant**

**Nature of Proceeding: # 16 Status Conference re Chapter 13 Voluntary Petition**

**Additional Pleadings:**

**Judge's Notes:**
OUTCOME: Hearing held. Continued to 10/13 at 2:30 pm. Continued status conference will address evidentiary hearing now scheduled for 10/28.
-Evidentiary hearing originally scheduled on 9/15 at 9:00 am is canceled.
-Evidentiary hearing continued to 10/28 at 10:00 am. Automatic stay is extended to 10/28.
-Exhibits are to be filed on or before 10/15.
-Attorney Calaiaro indicated he will be filing a consent order appointing an appraiser on or before 9/3.

HOUSEKEEPING ITEMS:
-Attorney Grant to file a revised Entry of Appearance to correct that she represents PNC Bank and not Citizens Bank, as reflected on the original Entry of Appearance (Doc. No. 19).

FILED
9/2/21 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**