# PROCEEDING MEMO

**Date: 09/02/2021 10:00 am**

**In re:   Eustace O. Uku**

Bankruptcy No. 21-21712-CMB
Chapter: 13
Doc. # 42

**Appearances: Donald R. Calaiaro, David Nernberg, Eustace Uku (Debtor)** , **Amanda Grant**

**Nature of Proceeding: #42 Motion to Extend Time to Deliver Exhibits**

**Additional Pleadings: #43 Text order setting hearing**

**Judge's Notes:**
 OUTCOME: Exhibits are to be filed on or before 10/15.
 -Evidentiary hearing originally scheduled for 9/15 at 9:00 am is canceled.
 -Evidentiary hearing continued to 10/28 at 10:00 am.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
9/2/21 11:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA