IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| EUSTACE O. UKU, | : | Bankruptcy No. 21-21712-CMB |
| | : | |
| Debtor. | : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that, pursuant to Federal Bankruptcy Rules 2002 and 9010, Anthony T. Kovalchick, Deputy Attorney General, hereby enters an appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, and requests to be placed on the Court's electronic service list and to receive copies of all notices, pleadings, and other matters filed herein.

DATE: September 13, 2021                                  Respectfully submitted

                                                          JOSH SHAPIRO
                                                          ATTORNEY GENERAL

COMMONWEALTH OF PENNSYLVANIA              BY: /s/ Anthony T. Kovalchick
OFFICE OF ATTORNEY GENERAL                ANTHONY T. KOVALCHICK
1251 Waterfront Place                     Deputy Attorney General
Mezzanine Level
Pittsburgh, PA 15222                      PA I.D. No. 89056
Tel: (412) 565-2543
E-mail: akovalchick@attorneygeneral.gov   JASON L. SWARTLEY
                                          Chief Deputy Attorney General
                                          Financial Enforcement Section