**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                    : BANKRUPTCY NO. 21-21712-CMB

Eustace O. Uku                                                   :

                            Debtor(s),                        : CHAPTER 13

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

TO THE CLERK OF COURTS:

Please enter the appearance of Kristen Wetzel Ladd, on behalf of Creditor, PNC Bank, N.A., in the above-referenced matter and index the same on the master mailing list.

                                            Respectfully submitted,

                                            UNRUH TURNER BURKE & FREES, P.C.

Date: 9/14/21              By:     */s/ Kristen Wetzel Ladd*
                                            Kristen Wetzel Ladd, Esq.
                                            Attorney I.D. No. 208755
                                            Unruh Turner Burke & Frees
                                            P.O. Box 515
                                            17 West Gay Street
                                            West Chester, PA 19381

                                            *Attorney for Creditor, PNC Bank, N.A.*