IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Eustace O. Uku,<br>Debtor | Bankruptcy No. 21-21712-CMB<br>Chapter 13<br>Related to Documents Nos. 65, 77 |
| Shelley Fant Uku, aka Shelley Fant,<br>Movant<br>vs. | Hearing Date: October 13, 2021<br>At 2:30 p.m. |
| Eustace O. Uku, and Ronda J. Winnecour<br>Respondents | |

### CONSENT ORDER OF COURT CONTINUING RELIEF FROM STAY HEARING CURRENTLY SET FOR OCTOBER 13, 2021 AT 2:30 P.M.

AND NOW, this ___5th___ day of ___October___ 2021, it is hereby ORDERED, ADJUDGED and DECREED that the Relief from Stay hearing scheduled in the above matter, for October 13, 2021, at 2:30 p.m., is hereby rescheduled, at the request of the Movant, for the 15TH day of DECEMBER, 2021, at 3:30 o'clock, ___p.___ m., via the ***Zoom ideo Conference Application*** ("Zoom") per Chief Judge Bohm's Zoom Procedures.

BY THE COURT,

_____  dmk
Carlota M. Böhm, Chief Judge
United States Bankruptcy Judge

FILED
10/5/21 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Consent:

/s/Donald R. Calaiaro, Esquire, Attorney for Debtor, Eustace Uku, (consented to via email)
Donald R. Calaiaro, Esquire

/s/Mary Bower Sheats, Attorney for Movant, Shelley Fant
Mary Bower Sheats

/s/Owen Katz, Esquire_____
Counsel for Ronda J. Winnecour, Chapter 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Oct 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2021          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda Grant | on behalf of Creditor CITIZENS BANK N.A. agrant@utbf.com |
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 bnicholas@kmllawgroup.com |
| David M Nernberg | on behalf of Creditor Charles A. Jr. Knoll dmn@nernberg.com |
| Donald R. Calaiaro | on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Oct 05, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
 on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
 on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
 on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen Wetzel Ladd
 on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, nanderson@utbf.com

Mary Bower Sheats
 on behalf of Creditor Shelley Fant Mary@mbsheatslaw.com
 mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 14