**pennsylvania**
DEPARTMENT OF REVENUE

October 14, 2021

U.S. Bankruptcy Court
Western District of Pennsylvania (Pittsburgh)

Re: Eustace O. Uku, Case: 21-21712
Notice to Withdraw Proof of Claim

Please withdraw proof of claim 1-1 in this case as it is filed in error. Claim 9 represents the Department's current interest in the case.

Thank you

/s/ Patrick M. Miller

**Patrick M. Miller** | Bankruptcy Supervisor
PA Department of Revenue
Bureau of Compliance
4th and Walnut St. | Harrisburg, PA 17128
E-mail: patrickmi@pa.gov
**www.revenue.state.pa.us**