# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : BANKRUPTCY NO. 21-21712-CMB |
| Eustace O. Uku | : CHAPTER 13 |
| Debtor(s), | : RELATED DOCUMENT NO. 19 |
| PNC Bank | : |
| Movant, | : HEARING DATE: |
| | : RESPONSE DUE: |
| No Respondent(s) | : DOCUMENT NO.   92 |

## ORDER

AND NOW, this __22nd__ day of ____October____, 2021, upon consideration of Motion to Substitute Appearance, and any and all responses thereto, it is hereby ORDERED that the Motion is GRANTED. Unruh Turner Burke & Frees, P.C. is permitted to file the proposed the Substitution of Appearance that is attached as "Exhibit A" to its motion.

BY THE COURT:

_Carlota M. Böhm_
J.   dmk

FILED
10/22/21 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Oct 22, 2021 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |
| cr | | PNC Bank, N.A., 249 FifthAvenue, One PNC Plaza, Pittsburgh, PA 15222 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 22 2021 22:59:00 | CITIZENS BANK, N.A., Citizens Bank, 1 Citizens Bank Way, Mail Stop JCA-130, Johnston, RI 02919 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Grant | on behalf of Creditor CITIZENS BANK  N.A. agrant@utbf.com |
| Amanda Grant | on behalf of Creditor PNC Bank  N.A. agrant@utbf.com |
| Anthony T. Kovalchick | on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Oct 22, 2021 | Form ID: pdf900 | Total Noticed: 3 |

Brian Nicholas
    on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 bnicholas@kmllawgroup.com

David M Nernberg
    on behalf of Creditor Charles A. Knoll  Jr. dmn@nernberg.com

David M Nernberg
    on behalf of Plaintiff Charles A. Knoll  Jr. dmn@nernberg.com

Donald R. Calaiaro
    on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen Wetzel Ladd
    on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, nanderson@utbf.com

Mary Bower Sheats
    on behalf of Creditor Shelley Fant Mary@mbsheatslaw.com mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 16