1593154O1\ems\111721

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

IN RE:

EUSTACE O. UKU,                                             BANKRUPTCY NO. 21-21712-CMB

        Debtor.                                                        Chapter 13

## ORDER OF COURT

      AND NOW, this _____ day of _____, 2021, upon consideration of the Objection to Exemptions filed by Creditor, Charles A. Knoll, Jr., it is hereby ORDERED that:

      1)     the value of 214 Farmington Road is set at Four Hundred and Fifty-Thousand Dollars ($450,000);

      2)     the property at 214 Farmington Road shall NOT be exempt; and,

      3)     the property at 214 Farmington Road shall be sold and any amount obtained shall be utilized to pay creditors in order of their priority.

                                                           BY THE COURT:


                                                          _____J.