IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bankruptcy No. 21-21712-CMB |
| ) | |
| Eustace O. Uku, ) | Chapter: 13 |
| ) | |
| Debtor ) | |

## CERTIFICATE OF SERVICE OF OBJECTIONS TO EXEMPTIONS AND ORDER SCHEDULING DATES FOR RESPONSE AND ZOOM HEARING ON MOTION

I, David M. Nernberg, declare under penalty of perjury that Creditor, Charles A. Knoll's Objections to Exemptions (document 91), Proposed Order (document 101) and the Order Scheduling Dates for Response and Zoom Hearing on Motion dated November 16, 2021 (document 98) have been sent to the entities listed on the attached matrix via First Class Mail on 11/17/21 and that this Certificate of Service is true and correct to the best of my knowledge and belief.

Respectfully Submitted,
MAURICE A. NERNBERG & ASSOCIATES

By:    /s/ David M. Nernberg

David M. Nernberg
Pa. I.D. No. 205631
Maurice A. Nernberg & Associates
301 Smithfield Street
Pittsburgh, PA 15222
(412) 232-0334
dmn@nernberg.com
Counsel for Charles A. Knoll, Jr.

Date: November 17, 2021

Label Matrix for local noticing
0315-2
Case 21-21712-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Nov 17 10:02:23 EST 2021

Ally Financial c/o AIS Portfolio Services,
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Clairton City School District
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

County of Allegheny
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

PNC Bank, N.A.
249 FifthAvenue
One PNC Plaza
Pittsburgh, PA 15222

Penn Hills School District and Municipality
Tax Division
c/o Maiello, Brungo & Maiello, LLP
Foxpointe II
100 Purity Rd, Ste. 3
Pittsburgh, PA 15235-4441

Peoples Natural Gas Company LLC
GRB Law
Frick Building
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6101

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Allegheny County
John K. Weinstein, County Treasurer
Room 108 Courthouse
436 Grant Street
Pittsburgh, PA 15219-2400

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

Bank of America
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America
P.O. Box 982238
El Paso, TX 79980-0001

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA
P.O. Box 30258
Salt Lake City, UT 84130-0258

Carrington Mortgage Service
15 Enterprise Street
Aliso Viejo, CA 92656-2653

Charles A. Knoll
408 1/2 Beaver Street
Sewickley, PA 15143-1502

Charles A. Knoll
408 Beaver Street
Sewickley, PA 15143-1502

Charles A. Knoll, Jr.
301 Smithfield Street
Pittsburgh, PA 15222-2207

Citibank
P.O. Box 6190
Sioux Falls, SD 57117-6190

Citizens Bank
1000 Lafayette Blvd.
Bridgeport, CT 06604-4725

City of Clairton
551 Ravensburg Blvd.
Clairton, PA 15025-1297

City of Clairton
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Clairton City School District
GRB Law
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh PA 15219-6101

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Commonwealth of PA
Department of Revenue
Bureau of Compliance
Department 280946
Harrisburg, PA 17128-0001

Commonwealth of PA
Department of Revenue
Bureau of Compliance
Department 280948
Harrisburg, PA 17128-0432

| | | |
|---|---|---|
| County of Allegheny<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh PA 15219-6101 | Credence Resource Managment<br>P.O. Box 2300<br>Southgate, MI 48195-4300 | Credit One Bank Na<br>P.O. Box 98872<br>Las Vegas, NV 89193-8872 |
| David M. Nernberg<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207 | Deutsche Bank National Trust Company, at. el<br>c/o Carrington Mortgage Services, LLC<br>1600 South Douglass Road<br>Anaheim, CA 92806-5948 | Direct TV<br>P.O. Box 5007<br>Carol Stream, IL 60197-5007 |
| Diversified Consultants Inc.<br>P.O. Box 551268<br>Jacksonville, FL 32255-1268 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219-4430 | Exico Inc.<br>241 Fourth Avenue<br>Pittsburgh, PA 15222-1709 |
| Exico, Inc.<br>214 Farmington Rd.<br>Pittsburgh, PA 15215-1633 | Fox Chapel Area School Disctrict<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 | Guardian Protection Services<br>174 Thorn Hill Road<br>Warrendale, PA 15086-7528 |
| Jennifer L. Cerce, Esquire<br>Maiello, Brungo & Maiello, LLP<br>South Side Works<br>424 South 27th Street #210<br>Pittsburgh, PA 15203-2380 | Jordan Tax Services<br>PO Box 200<br>Bethel Park, PA 15102-0200 | Joshua A. Lyons, Esquire<br>Maurice A. Nernberg & Associates<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207 |
| Katherine L. DiAmico, Esquire<br>Portnoff Law Associates, Ltd<br>P.O. Box 391<br>Norristown, PA 19404-0391 | Kristen Wetzel Ladd, Esquire<br>Unruh, Turner, Burke & Frees, P.C.<br>P.O. Box 515<br>West Chester, PA 19381-0515 | LVNV Funding LLC<br>c/o Resurgent Capital Serivices<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Michael G. McCabe, Esquire<br>Goehring Rutter and Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6107 | Municipality of Penn Hills<br>12245 Frankstown Road<br>Pittsburgh, PA 15235-3405 |
| Municipality of Penn Hills<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 | Nissan<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC Bank, N.A.<br>249 Fifth Avenue, 17th Floor<br>Pittsburgh, PA 15222-2707 | PNC Bank, NA<br>1400 Market Street<br>Philadelphia, PA 19103 | Penn Hills Municipality<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 |
| Penn Hills School District<br>12200 Garland Drive<br>Pittsburgh, PA 15235-3485 | Penn Hills School District<br>c/o Keystone Collections Group<br>546 Wendel Road<br>Irwin, PA 15642-7539 | Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235-4441 |

Penn Hills School District &
Municipal Tax Office
c/o Keystone Collections
260 Aster Street
Pittsburgh, PA 15235-2059

Penn Hills Township
1200 Frankstown Road, 2nd Floor
Pittsburgh, PA 15235

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Shelley Fant
381 Old Mill Road
Pittsburgh, PA 15238

Shelley Fant
821 Old Mill Rd.
Pittsburgh, PA 15238-1711

Shelley Fant
851 Old Mill Rd.
Pittsburgh, PA 15238

Shelley L. Fant
821 Old Mill Road
Pittsburgh, PA 15238-1711

Southwest Credit Systems
4120 International Parkway ste 1100
Carrollton, TX 75007-1958

(p)SPRINT
C O AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

UPMC Health Services
P.O. Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
P.O. Box 1123
Minneapolis, MN 55440-1123

Verizon
by American InfoSource as agent
P.O. Box 4457
Houston, TX 77210-4457

Dep't of Revenue Office of Attorney Gen
Anthony T. Kovalchick
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222-4227

Donald R. Calaiaro
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708

Eustace O. Uku
214 Farmington Road
Pittsburgh, PA 15215-1633

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CITIZENS BANK, N.A.
Citizens Bank
1 Citizens Bank Way
Mail Stop JCA-130
Johnston, RI 02919

(d)Citizens Bank N.A.
One Citizens Bank Way Mailstop JCA115
Johnston, RI 02919

Sprint
P.O. Box 4191
Carol Stream, IL 60197

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Deutsche Bank National Trust Company, as I

(d)Shelley Fant
821 Old Mill Road
Pittsburgh, PA 15238-1711

(d)Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

(u) Yale Development & Contracting, Inc.

(d) Charles Fant Jr.
301 Smithfield Street
Pittsburgh, PA 15222-2207

(d) Shelley Fant
821 Old Mill Road
Pittsburgh, Pa 15238-1711

End of Label Matrix
Mailable recipients    75
Bypassed recipients     6
Total                  81