**PROCEEDING MEMO**

Date: 12/15/2021 02:30 pm

In re:    Eustace O. Uku

Bankruptcy No. 21-21712-CMB
Chapter: 13
Doc. # 91

Appearances:    Donald Calaiaro, Esq,
David Nernberg, Esq.
Amanda Grant, Esq.
Mary Bower Sheats, Esq.
James Warmbrodt

Nature of Proceeding: # 91 Objection to Exemptions

Additional Pleadings: #97 Debtor's Response
#101 Proposed Order

Judge's Notes:

OUTCOME:  Hearing Held.  Objection withdrawn.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
12/16/21 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA