# PROCEEDING MEMO

**Date:** 02/15/2022 10:00 am

**In re:** Eustace O. Uku

                                                                                                           Bankruptcy No. 21-21712-CMB
                                                                                                            Chapter: 13
                                                                                                            Doc. # 16

**Appearances:** Mark Peduto, Esq.
                        David Nernberg, Esq.
                        Anthony Kovalchick, Esq.
                        Owen Katz, Esq.

**Nature of Proceeding:** # 16 Continued Status Hearing on Ch. 13 Petition

**Additional Pleadings:**
    #46 Proceeding memo dated 9/2/2021
    #82 Proceeding memo dated 10/13/2021
    #103 Proceeding memo dated 12/15/2021

**Judge's Notes:**

**Outcome:** Hearing Held. Property to be sold. Interim Confirmation has been issued. Final Confirmation ready to be confirmed. Plan payments being made. Monthly Financial Reports to begin to be filed in March. Debtor is a W-2 Employee. Tax Returns filed and up to date. Conciliation Conference is already scheduled for 03/17/2022 at 2:30 p.m. via Ch 13 341 Zoom Location. Status Conference concluded.

FILED
2/15/22 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                                       Carlota Böhm
                                                      Chief U.S. Bankruptcy Judge