**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Calaiaro Valencik, | ) **Related Document No.** 128-129 |
| **Movant,** | ) **Hearing Date:** 04/26/22 @ 11:00 a.m. |
| **vs.** | ) **Response Due:** 03/31/22 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
INTERIM FEES AND EXPENSES APPLICATION
FILED ON BEHALF OF CALAIARO VALENCIK
- Document No. 128**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** filed on March 14, 2022, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** were to be filed and served no later than March 31, 2022.

It is hereby respectfully requested that the Order attached to the **Interim Fees and Expenses Application Filed on Behalf of Calaiaro Valencik** be entered by the Court.

**DATE:** April 1, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**