# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) **Chapter** 13 |
| **Debtor,** | ) |
| Eustace O. Uku, | ) **Related Claim No.** 13 |
| **Movant,** | ) **Related Document No.** 144-143 |
| vs. | ) **Hearing Date:** 08/23/22 @ 10:00 a.m. |
| PNC Bank, N.A. | ) **Response Due:** 08/15/22 |
| **Respondent.** | ) **Document No.** |

## NOTICE TO WITHDRAW OBJECTION TO CLAIM OF PNC BANK, N.A.

The Debtor wishes to withdraw the Objection to Claim of PNC Bank, N.A. filed July 14, 2022. (Doc. #144)

**Dated:** July 25, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

**Date:**_____

SO ORDERED.

_____
**Chief Judge Carlota M. Böhm**
**United States Bankruptcy Judge**