**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Eustace O. Uku,<br>    **Debtor,**<br>Eustace O. Uku,<br>    **Movant,**<br>    vs.<br>PNC Bank, N.A.<br>    **Respondent.** | ) Case No. 21-21712-CMB<br>) Chapter 13<br>)<br>) Related Claim No. 13<br>) Related Document No. 144-143<br>) Hearing Date: 08/23/22 @ 10:00 a.m.<br>) Response Due: 08/15/22<br>) Document No. |

### NOTICE TO WITHDRAW OBJECTION TO CLAIM OF PNC BANK, N.A.

The Debtor wishes to withdraw the Objection to Claim of PNC Bank, N.A. filed July 14, 2022. (Doc. #144)

Dated: July 25, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
PA I.D. No. 27538
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930

Date: 7/26/2022

FILED
7/26/22 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

SO ORDERED.

**Chief Judge Carlota M. Böhm**
**United States Bankruptcy Judge**
dmk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 28, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Amanda Grant | on behalf of Creditor PNC Bank  N.A. agrant@utbf.com |
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 bnicholas@kmllawgroup.com |
| David M Nernberg | on behalf of Creditor Charles A. Knoll  Jr. dmn@nernberg.com |
| David M Nernberg | on behalf of Defendant Charles A. Knoll  Jr. dmn@nernberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

David M Nernberg
    on behalf of Plaintiff Charles A. Knoll Jr. dmn@nernberg.com

David W. Raphael
    on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

Donald R. Calaiaro
    on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kristen Wetzel Ladd
    on behalf of Creditor PNC Bank N.A. kladd@utbf.com, nanderson@utbf.com

Mark B. Peduto
    on behalf of Defendant Eustace O. Uku mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Mark B. Peduto
    on behalf of Debtor Eustace O. Uku mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Mary Bower Sheats
    on behalf of Creditor Shelley Fant Mary@mbsheatslaw.com
    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Mary Bower Sheats
    on behalf of Counter-Defendant Shelley L Fant Mary@mbsheatslaw.com
    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Mary Bower Sheats
    on behalf of Counter-Claimant Shelley L Fant Mary@mbsheatslaw.com
    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Mary Bower Sheats
    on behalf of Defendant Shelley L Fant Mary@mbsheatslaw.com
    mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 25