**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Eustace O. Uku, | ) |
| **Movant,** | ) **Hearing Date:** 08/23/22 @ 11:00 a.m. |
| **vs.** | ) **Response Due:** 08/11/22 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| **Respondent.** | ) **Document No.** |

**ENTERED BY DEFAULT
ORDER APPROVING RETENTION OF AGENTS**

**AND NOW**, this ___12th___ day of ___August___, **2022,** upon consideration of the ***Motion to Employ Real Estate Agents,*** it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The above referenced Application is hereby approved as of the date the Application was filed.

2. ***Kate Balzer and Garrett Freund agents of Piatt Sotheby's International Realty, 260 Forbes Avenue, Suite 1525, Pittsburgh, PA 15222*** is hereby appointed as ***Real Estate Agents*** for the Debtor(s) in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at **544 9th Street Clairton, Allegheny County, Pennsylvania**. A realtor commission in the amount of **a flat fee of $3,000.00** ***plus $450.00 brokerage fee*** is tentatively approved, subject to final court order.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on the application of the above criteria.

5. ***Applicant shall serve the within Order on all interested parties and file a certificate of service.***

FILED
8/12/22 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
*dmk*

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 21-21712-CMB

Eustace O. Uku                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                    Page 1 of 2
Date Rcvd: Aug 12, 2022                     Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

**Recip ID              Recipient Name and Address**
db                  +  Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022                 Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed
below:**

**Name                    Email Address**

Allison L. Carr
                        on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Allison L. Carr
                        on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov

Amanda Grant
                        on behalf of Creditor PNC Bank  N.A. agrant@utbf.com

Brian Nicholas
                        on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
                        2004-1 bnicholas@kmllawgroup.com

David M Nernberg
                        on behalf of Creditor Charles A. Knoll  Jr. dmn@nernberg.com

David M Nernberg

District/off: 0315-2                          User: auto                          Page 2 of 2
Date Rcvd: Aug 12, 2022                  Form ID: pdf900                  Total Noticed: 1

                on behalf of Defendant Charles A. Knoll  Jr. dmn@nernberg.com

David M Nernberg
                on behalf of Plaintiff Charles A. Knoll  Jr. dmn@nernberg.com

David W. Raphael
                on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

Donald R. Calaiaro
                on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
                on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
                on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Jeffrey R. Hunt
                on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
                on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
                on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
                on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen Wetzel Ladd
                on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, nanderson@utbf.com

Mark B. Peduto
                on behalf of Defendant Eustace O. Uku mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Mark B. Peduto
                on behalf of Debtor Eustace O. Uku mpeduto@c-vlaw.com
jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com

Mary Bower Sheats
                on behalf of Creditor Shelley Fant Mary@mbsheatslaw.com
mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Mary Bower Sheats
                on behalf of Counter-Defendant Shelley L Fant Mary@mbsheatslaw.com
mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Mary Bower Sheats
                on behalf of Counter-Claimant Shelley L Fant Mary@mbsheatslaw.com
mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Mary Bower Sheats
                on behalf of Defendant Shelley L Fant Mary@mbsheatslaw.com
mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Office of the United States Trustee
                ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

S. James Wallace
                on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 25