**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Eustace O. Uku, | ) |
|     **Movant,** | ) **Related Document No.** 159-160 |
|     **vs.** | ) |
| Charles A. Knoll, Jr., | ) |
| Municipality of Penn Hills, | ) **Hearing Date:** 10/13/22 @ 11:00 a.m. |
| Penn Hills School District, | ) |
| County of Allegheny, and | ) **Response Due:** 09/19/22 |
| Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, | ) |
|     **Respondents.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO SELL REAL PROPERTY FREE AND**
**CLEAR OF ALL LIENS AND ENCUMBRANCES - Document No. 159**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Sell Real Property Free and Clear of All Liens and Encumbrances** filed on August 31 2022, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Sell Real Property Free and Clear of All Liens and Encumbrances** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Sell Real Property Free and Clear of All Liens and Encumbrances** were to be filed and served no later than September 19, 2022.

It is hereby respectfully requested that the Order attached to the **Motion to Sell Real Property Free and Clear of All Liens and Encumbrances** be entered by the Court.

**DATE:** September 20, 2022          **BY:** /s/ Donald R. Calaiaro
                                                                  **Donald R. Calaiaro, Esquire**
                                                                  **PA I.D. #27538**
                                                                  dcalaiaro@c-vlaw.com
                                                                  **CALAIARO VALENCIK**
                                                                  **938 Penn Avenue, Suite 501**
                                                                  **Pittsburgh, PA  15222-3708**
                                                                  **(412) 232-0930**