**PROCEEDING MEMO**

Date: 10/13/2022 11:00 am

In re:   Eustace O. Uku

                                                Bankruptcy No. 21-21712-CMB
                                                Chapter: 13
                                                Doc. # 159

Appearances:  Andrew Pratt, Esq.
                    James   Warmbrodt
                    Ryan Scialabba

Nature of Proceeding: # 159 Motion to Sell Property Free and Clear of Liens under
                          Section 363(f) . Re: 8260 Chaske Street, Verona, PA 15147

Outcome:  Hearing held.  Sale approved.  No objections to sale . No higher or better offers. Revised Order to be filed by 10/14/2022.

                                                Carlota Böhm
                                                U.S. Bankruptcy Judge

                              FILED
                              10/13/22 3:31 pm
                              CLERK
                              U.S. BANKRUPTCY
                              COURT - WDPA