**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Eustace O. Uku, | ) |
|     **Movant,** | ) **Related Document No.** 178-177 |
|     vs. | ) |
| Charles A. Knoll, Jr., | ) |
| Municipality of Penn Hills, | ) **Hearing Date:** 12/13/22 @ 9:45 a.m. |
| Penn Hills School District, | ) |
| County of Allegheny, and | ) **Response Due:** 12/12/22 |
| Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, | ) |
|     **Respondents.** | ) **Document No.** |

**CERTIFICATE OF SERVICE OF Notice and Order Setting Emergency Hearing and Emergency Motion to Amend Order Confirming Chapter 13 Sale of Property Free and Clear and Divested of Liens, Claims and Encumbrances**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 7, 2022.

**SERVICE BY FEDEX AND E-MAIL**:
David M Nernberg, Maurice A. Nernberg & Assoc., 301 Smithfield Street, Pittsburgh, PA 15222; dmn@nernberg.com *(Attorney for Charles A. Knoll, Jr.)*

Jennifer L. Cerce, Maiello Brungo & Maiello, Southside Works, 424 S. 27th Street, Ste 210, Pittsburgh, PA 15203; jlc@mbm-law.net *(Attorney for Municipality of Penn Hills, Penn Hills School District)*

Jeffrey R. Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219; jhunt@grblaw.com *(Attorney for Allegheny County)*

James C. Warmbrodt, Office of the Chapter 13 Trustee, US Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA  15219; jwarmbrodt@chapter13trusteewdpa.com *(Staff Attorney at Chapter 13 Trustee's Office)*

**SERVICE BY FEDEX AND FIRST-CLASS MAIL (no e-mail or fax numbers found)**:
Mellon Bank Community Development Corporation, ATTN: Malcom Blount, Senior Vice President, One Mellon Bank Center 151-2850, Pittsburgh, PA 15258-0001 *(Pittsburgh address matches the resident of the Grantee on the original mortgage.)*

Mellon Bank Community Development Corporation, 21 South 12th Street, 13th Floor, Philadelphia, PA 19107 *(Philadelphia address was found on the PA Department of State website.)*

**SERVICE BY FIRST-CLASS MAIL AND E-MAIL**:
Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Overnight U.S. Mail and/or e-mail and/or First-Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** December 7, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
[dcalaiaro@c-vlaw.com](mailto:dcalaiaro@c-vlaw.com)
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**