## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Eustace O. Uku, | ) |
| **Movant,** | ) **Related Document No.** 184 |
| vs. | ) |
| Charles A. Knoll, Jr., | ) |
| Municipality of Penn Hills, | ) **Hearing Date:** 10/13/22 @ 11:00 a.m. |
| Penn Hills School District, | ) |
| County of Allegheny, and | ) **Response Due:** 9/19/22 |
| Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, and Mellon Bank Community | ) |
| Development | ) |
| **Respondents.** | ) **Document No.** |

### CERTIFICATE OF SERVICE OF Amended Order Confirming Chapter 13 Sale of Property Free and Clear and Divested of Liens, Claims Encumbrances

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 13, 2022.

**SERVICE FIRST-CLASS MAIL:**

County of Allegheny, Jeffrey R. Hunt, Esquire, GRB Law, 525 William Penn Place
Pittsburgh, PA 15219

Municipality of Penn Hills, c/o Jennifer L. Cerce, Esquire, Maiello Brungo & Maiello
Southside Works, 424 S. 27th Street, Suite 210, Pittsburgh, PA 15203

Penn Hills School District, c/o Jennifer L. Cerce, Esquire, Maiello Brungo & Maiello
Southside Works, 424 S. 27th Street, Suite 210, Pittsburgh, PA 15203

Charles A. Knoll, Jr., c/o David M. Nernberg, Esquire Maurice A. Nernberg & Assoc. 301 Smithfield Street
Pittsburgh, PA 15222

Ronda J. Winnecour, 3250 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

Mellon Bank Community, Development Corp., 1 Mellon Bank Center, Pittsburgh, PA 15258

Mellon Bank Community, Development Corp., 500 Grant Street, Suite 2850, Pittsburgh, PA 15258

Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215

James C. Warmbrodt, Office of the Chapter 13 Trustee, US Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA  15219

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Overnight U.S. Mail and/or e-mail and/or First-Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** December 13, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**