# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Eustace O. Uku, | ) |
|     **Movant,** | ) |
|     **vs.** | ) |
| Charles A. Knoll, Jr., | ) **Related to Doc. No.** 184 |
| Municipality of Penn Hills, | ) |
| Penn Hills School District, | ) |
| County of Allegheny, and | ) |
| Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, and Mellon Bank | ) |
| Community Development | ) |
|     **Respondents.** | ) **Document No.** |

## STATUS REPORT

**AND NOW** comes the Debtor, Eustace O. Uku, by and through his counsel of record, Calaiaro Valencik and Donald R. Calaiaro, and provides the following Status Report:

1. On October 20, 2022, this Court confirmed and approved the sale of real property located at 8260 Chaske Street, Pittsburgh, Pennsylvania 15220 (the "Sale Order"). Doc. No. 171.

2. The Sale Order was later amended on December 13, 2022. Doc. No. 184.

3. As of the date of this Status Report, the Sale has not closed.

4. The designated Closing Agent has delayed the closing of the sale.

5. The Debtor will file a Report of Closing within the time period provided for in the Sale Order after the sale has closed.

**SIGNATURE ON FOLLOWING PAGE**

It is so reported.

                                       **Respectfully submitted,**

**Dated:** January 17, 2023                **BY:** /s/ Donald R. Calaiaro
                                                    **Donald R. Calaiaro, Esquire**
                                                    **PA I.D. No. 27538**
                                                    Dcalaiaro@c-vlaw.com
                                                   **CALAIARO VALENCIK**
                                                   **938 Penn Avenue, Suite 501**
                                                   **Pittsburgh, PA  15222-3708**
                                                   **(412) 232-0930**