**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Eustace O. Uku, | ) |
|     **Movant,** | ) **Related Document No.** 184,177,171,159 |
|     vs. | ) |
| Charles A. Knoll, Jr., | ) |
| Municipality of Penn Hills, | ) |
| Penn Hills School District, | ) |
| County of Allegheny, | ) |
| Mellon Bank Community Development, | ) |
| PNC Bank, National Association, and | ) |
| Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, | ) |
|     **Respondents.** | ) **Document No.** |

**AMENDED CERTIFICATE OF SERVICE OF Amended Motion to Sell Real Property Free and Clear of All Liens and Encumbrances**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 22, 2023.

**SERVICE BY FIRST-CLASS MAIL:**
Eustace Uku, 214 Farmington Road, Pittsburgh, PA 15215

Home Buyers of Pittsburgh, LLC, 1080 Steuben Street, Pittsburgh, PA 15220

Mellon Bank Community Development Corp., 1 Mellon Bank Center, Pittsburgh, PA 15258

Mellon Bank Community Development Corp., 500 Grant Street, Suite 2850, Pittsburgh, PA 15258

PNC Bank, N.A., 1600 Market Street, Philadelphia, PA 19103

**SERVICE BY NEF**:
Jennifer L. Cerce on behalf of Creditor Penn Hills School District and Municipality of Penn Hills; jlc@mbm-law.net

Jeffrey R. Hunt on behalf of Creditor County of Allegheny; jhunt@grblaw.com

David M Nernberg on behalf of Creditor Charles A. Knoll, Jr.; dmn@nernberg.com

Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** February 22, 2022    /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**