## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Eustace O. Uku, | ) |
| **Movant,** | ) **Related Document No.** 189-191 |
| **vs.** | ) |
| Charles A. Knoll, Jr., | ) |
| Municipality of Penn Hills, | ) **Hearing Date:** 03/23/23 @ 1:30 p.m. |
| Penn Hills School District, | ) |
| County of Allegheny, Mellon Bank | ) |
| Community Development, PNC Bank | ) |
| National Association and | ) **Response Due:** 03/16/23 |
| Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, | ) |
| **Respondents.** | ) **Document No.** |

### CERTIFICATION OF NO OBJECTION REGARDING AMENDED MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES
### - Document No. 189

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Amended Motion to Sale of Property Free and Clear of all Liens and Encumbrances** filed on February 22, 2023, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Amended Motion to Sale of Property Free and Clear of all Liens and Encumbrances** appears thereon. Pursuant to the Notice of Hearing, objections to the **Amended Motion to Sale of Property Free and Clear of all Liens and Encumbrances** were to be filed and served no later than March 16, 2023.

It is hereby respectfully requested that the Order attached to the **Amended Motion to Sale of Property Free and Clear of all Liens and Encumbrances** be entered by the Court.

**DATE:** March 17, 2023

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**