IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 21-21712-CMB |
| Eustace O. Uku, | : | |
| | : | Chapter 13 |
| Debtor | : | |
| Home Buyers of PGH, LLC | : | |
| Movant | : | |

ORDER

And now, this 23rd day of March, 2023, upon consideration of Movant Home Buyers of PGH, LLC's Response to Debtor's Amended Motion to Sell Real Property Free and Clear of All Liens and Encumbrances, it is hereby ordered that Debtor's motion is denied and that Movant's hand money shall be returned immediately.

_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge