**CERTIFICATE OF SERVICE of Response to Amended Motion to Sell Real Property Free and Clear of All Liens and Encumbrances**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on March 17, 2023.

SERVICE BY FIRST-CLASS MAIL:

Ally Financial, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Citizens Bank
1 Citizens Bank Way
Mail Stop JCA-130
Johnston, RI 02919

SERVICE BY NEF:

Jennifer L. Cerce, jlc@mbm-law.ne

Jeffrey R. Hunt, jhunt@grblaw.com

David M. Nernberg, dmn@nernberg.com

Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

|  |  |
|---|---|
| Executed on March 17, 2023 | Respectfully submitted,<br>MITCHEL ZEMEL, ESQ., LLC<br><br>  /s/Mitchel Zemel<br>Mitchel Zemel, Esquire<br>PA ID No. 75593<br>428 Blvd. of the Allies<br>Third Floor<br>Pittsburgh, PA 15219<br>zemel@zemellaw.com<br>Telephone: 724.473.2246 |