IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 21-21712-CMB |
| Eustace O. Uku, | Chapter 13 |
| Debtor, | Related Document 189 |
| Home Buyers of PGH, LLC, | Hearing Date: 04.17.2023 @ 1:30 p.m. |
| Movant, | |
| vs. | |
| Charles A. Knoll, Jr., Municipality of Penn Hills, Penn Hills School District, County of Allegheny, Mellon Bank Community Development, PNC Bank National Association and Ronda J. Winnecour, Trustee, | |
| Respondents | |

ORDER

And now, this 17th day of April, 2023, upon consideration of Movant Home Buyers of PGH, LLC's Amended Response to Debtor's Amended Motion to Sell Real Property Free and Clear of All Liens and Encumbrances, it is hereby ordered that Debtor's motion is denied and that Movant's hand money shall be returned immediately.

_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge