**PROCEEDING MEMO**

Date: 03/23/2023 01:30 pm

In re:   Eustace O. Uku

                                          Bankruptcy No. 21-21712-CMB
                                          Chapter: 13
                                          Doc. # 189

Appearances:  Donald R. Calaiaro, Esq.
                    Owen Katz, Esq.

Nature of Proceeding: # 189 Amended Motion to Sell Property Free and Clear
                         of Liens under Section 363(f) . Re: 8260 Chaske Street,
          Municipality of Penn Hills, Allegheny County, Pennsylvania.

Additional Pleadings: #205 Response of Home Buyers of Pittsburgh
                        #206 Proposed Order

Outcome:  Hearing Held.  Sale confirmed.  Revised Order to be filed by March 24, 2023.


                                          Carlota Böhm
                                          U.S. Bankruptcy Judge


                                          FILED
                                          3/24/23 9:38 am
                                          CLERK
                                          U.S. BANKRUPTCY
                                          COURT - WDPA