IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 21-21712-CMB |
| Eustace O. Uku, | Chapter 13 |
| Debtor, | Related Documents 189, 210, 211 |
| Home Buyers of PGH, LLC, | |
| Movant, | |
| vs. | |
| Charles A. Knoll, Jr., Municipality of Penn Hills, Penn Hills School District, County of Allegheny, Mellon Bank Community Development, PNC Bank National Association and Ronda J. Winnecour, Trustee, | |
| Respondents | |

ORDER

And now, this __ day of _____, 2023, upon consideration of Movant Home Buyers of PGH, LLC's Motion requesting reconsideration of the Court's order of March 23, 2023 granting Debtor's Amended Motion to Sell Real Property Free and Clear of All Liens and Encumbrances, it is hereby ordered that a hearing on this matter is scheduled for _____.

_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge