**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Eustace O. Uku, | ) |
| **Movant,** | ) **Related Doc. No.** 214,189,184,177,171,159 |
| vs. | ) |
| Charles A. Knoll, Jr., | ) |
| Municipality of Penn Hills, | ) |
| Penn Hills School District, | ) |
| County of Allegheny, | ) |
| Mellon Bank Community Development, | ) |
| PNC Bank, National Association, and | ) |
| Ronda J. Winnecour, Chapter 13 | ) |
| Trustee, | ) |
| **Respondents.** | ) Document No. |

**CERTIFICATE OF SERVICE OF Amended Order Confirming Chapter 13 Sale of Property Free and Clear and Divested of Liens and Encumbrances**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 27, 2023.

**SERVICE BY FIRST-CLASS MAIL:**
Eustace Uku, 214 Farmington Road, Pittsburgh, PA 15215
Home Buyers of Pittsburgh, LLC, 1080 Steuben Street, Pittsburgh, PA 15220
Mellon Bank Community Development Corp., 1 Mellon Bank Center, Pittsburgh, PA 15258
Mellon Bank Community Development Corp., 500 Grant Street, Suite 2850, Pittsburgh, PA 15258
PNC Bank, N.A., 1600 Market Street, Philadelphia, PA 19103

**SERVICE BY NEF**:
Mitchel Zemel on behalf of Interested Party Home Buyers of PGH; zemel@zemellaw.com
Jennifer L. Cerce on behalf of Creditor Penn Hills School District and Municipality of Penn Hills; jlc@mbm-law.net
Jeffrey R. Hunt on behalf of Creditor County of Allegheny; jhunt@grblaw.com
David M Nernberg on behalf of Creditor Charles A. Knoll, Jr.; dmn@nernberg.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com
Owen Katz; okatz@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic

Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** March 27, 2023

<u>/s/ Donald R. Calaiaro</u>
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**