PROCEEDING MEMO

**Date: 04/04/2023 01:30 pm**

**In re:   Eustace O. Uku**

**Bankruptcy No. 21-21712-CMB**
**Chapter: 13**
**Doc. # 211**

**Appearances:  Mitchel Zemel, Esq.**
**Donald Calaiaro, Esq.**

**Nature of Proceeding: # 211 Motion to Reconsider Order Permitting Sale**

**Additional Pleadings: #214 Amended Order Granting Motion to Sell Property**
**#219 Debtor's Response to Motion**

**Outcome:   Hearing Held.**
**Buyer will forfeit hand-money.**
**The Agreement has been terminated.**
**Attorney Calaiaro will filed a Proposed Order by 04/11/2023.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
4/4/23 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA