**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** <br> Eustace O. Uku, <br> **Debtor,** <br> Home Buyers of PGH, LLC, <br> **Movant,** <br> vs. <br> Charles A. Knoll, Jr., <br> Municipality of Penn Hills, <br> Penn Hills School District, <br> County of Allegheny, and <br> Ronda J. Winnecour, Chapter 13 <br> Trustee, and Mellon Bank <br> Community Development <br> **Respondents.** | ) **Case No.** 21-21712-CMB <br> ) <br> ) **Chapter** 13 <br> ) <br> ) <br> ) **Hearing Date:** April 4, 2023 at 1:30 PM <br> ) <br> ) **Response Due Date**: March 31, 2023 <br> ) <br> ) <br> ) <br> ) **Related to Doc. No.** 211 <br> ) <br> ) **Document No.** |

## ORDER OF COURT

**AND NOW**, this _____ day of April, 2023, it is **ORDERED, ADJUDGED,** and **DECREED** that the Motion for Reconsideration of Order Permitting Sale of Real Property Free and Clear of All Liens and Encumbrances filed by Home Buyers of PGH, LLC is **DENIED**.

Upon consent of the Parties, **IT IS ORDERED AND DECREED** that Home Buyers of PGH, LLC's rights under the purchase agreement for 8260 Chaske Street are **TERMINATED** and it shall have no other claims against the Debtor.

It is **FURTHER ORDERED** that the Hand Money for the purchase of 8260 Chaske Street shall be forfeited to the Seller and paid to Donald R. Calaiaro as counsel for the Debtor. This Payment shall be in satisfaction of any claims against Home Buyers of PGH, LLC. The Hand Money is currently being held in Debtor's Counsel IOLTA account. Upon the entry of this order, Debtor's Counsel is authorized to release the Hand Money immediately upon the entry of this Order.

It is **FURTHER ORDERED** that the Debtor is authorized to re-list this property at 8260 Chaske Street for sale in accordance with Bankruptcy Rules and procedures.

**By the Court,**

_____
**Judge Carlota M. Böhm**
**United States Bankruptcy Judge**