IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 21-21712-CMB |
| Eustace O. Uku, Debtor, | Chapter 13 |
| Home Buyers of PGH, LLC, Movant, | |
| vs. | |
| Charles A. Knoll, Jr., Municipality of Penn Hills, Penn Hills School District, County of Allegheny, Mellon Bank Community Development, PNC Bank National Association and Ronda J. Winnecour, Trustee, Respondents | |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes Mitchel Zemel, Esq., counsel to Home Buyers of PGH, LLC, an interested party in the above-captioned case, and certifies to this Honorable Court that he (a) has satisfied the interest of Home Buyers of PGH, LLC in the above-captioned case, and (b) has informed and received the consent of Home Buyers of PGH, LLC to withdraw his appearance in the above-captioned case. Having so certified and pursuant to PA.LBR 9010-2(b), Mitchel Zemel, Esq., requests that this Honorable Court grant his request for leave for withdrawal of his appearance and termination of his CM/ECF record in this case.

Respectfully submitted,

MITCHEL ZEMEL, ESQ., LLC
  /s/Mitchel Zemel
Mitchel Zemel, Esquire
PA ID 75593
428 Blvd. of the Allies, Third Floor
Pittsburgh, PA 15219
zemel@zemellaw.com
Telephone: 724.473.2246