IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 21-21712-CMB |
| Eustace O. Uku, | Chapter 13 |
| Debtor, | |
| Home Buyers of PGH, LLC, | Related Document 226 |
| Movant, | |
| vs. | |
| Charles A. Knoll, Jr., Municipality of Penn Hills, Penn Hills School District, County of Allegheny, Mellon Bank Community Development, PNC Bank National Association and Ronda J. Winnecour, Trustee, | |
| Respondents | |

ORDER

    And now, this __ day of _____, 2023, Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Mitchel Zemel is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge