IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 21-21712-CMB |
| Eustace O. Uku, | Chapter 13 |
| Debtor, | Related Document 226 |
| Home Buyers of PGH, LLC, | |
| Movant, | |
| vs. | |
| Charles A. Knoll, Jr., Municipality of Penn Hills, Penn Hills School District, County of Allegheny, Mellon Bank Community Development, PNC Bank National Association and Ronda J. Winnecour, Trustee, | |
| Respondents | |

## Certificate of Service of Motion for Withdrawal of Appearance and Termination of CM/ECF Record

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on April 13, 2023.

SERVICE BY FIRST-CLASS MAIL:

Ally Financial, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Citizens Bank
1 Citizens Bank Way
Mail Stop JCA-130
Johnston, RI 02919

SERVICE BY NEF:

Jennifer L. Cerce, jlc@mbm-law.ne

Jeffrey R. Hunt, jhunt@grblaw.com

David M. Nernberg, dmn@nernberg.com

Allison L. Carr, acarr@attorneygeneral.gov

Kristen Wetzel Ladd, kladd@utbf.com, nanderson@utbf.com

Keri P. Ebeck, kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Brian Nicholas, bnicholas@kmllawgroup.com

Mary Bower Sheats, Mary@mbsheatslaw.com, mbsheats@gmail.com,

Sheats@Gubinskylaw.com, G19303@notify.cincompass.com

David Z. Valencik, dvalencik@c-vlaw.com, kmosur@c-vlaw.com, ssimmons@c-vlaw.com,

jadam@c-vlaw.com, apratt@c-vlaw.com, mpeduto@c-vlaw.com,mlocke@c-vlaw.com

S. James Wallace, ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| Executed on April 13, 2023 | Respectfully submitted,<br>MITCHEL ZEMEL, ESQ., LLC |
| | __/s/Mitchel Zemel_____<br>Mitchel Zemel, Esquire<br>PA ID No. 75593<br>428 Blvd. of the Allies<br>Third Floor<br>Pittsburgh, PA 15219<br>zemel@zemellaw.com<br>Telephone: 724.473.2246 |