**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Eustace O. Uku, | ) |
| **Movant,** | ) **Related Document No.** 233 |
| vs. | ) **Hearing Date:** 05/08/23 @ 1:30 p.m. |
| Shelley Fant and Tara Fields, | ) |
| **Respondents.** | ) **Document No.** |

### CONSENT TO RESPONDENT SHELLEY FANT'S MOTION TO CONTINUE AND RESCHEDULE THE MAY 8, 2023 HEARING ON THE DEBTOR'S MOTION TO GAIN ACCESS OR POSSESSION OF PROPERTY

The Attorney for the Debtor/Movant, Eustace O. Uku, consents to the Motion of Shelley Fant, filed on April 19, 2023 (Doc. #233), requesting the continuance of the May 8, 2023, hearing in the above matter to May 25, 2023, at 1:30 p.m.

**Respectfully submitted,**

**Dated:** April 20, 2023

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**