IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eustace O. Uku<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>21-21712-CMB |
| Nationstar Mortgage LLC as servicer for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-8, U.S. Bank National Association, as Trustee<br>　　　Movant.<br>v.<br><br>Eustace O. Uku<br>　　　Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

　　　Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-8, U.S. Bank National Association, as Trustee, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

        Respectfully submitted,

Dated:  June 14, 2023

BY:/*s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 23-069189

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Eustace O. Uku<br>    Debtor,<br><br>Nationstar Mortgage LLC as servicer for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-8, U.S. Bank National Association, as Trustee<br>    Movant.<br>v.<br><br>Eustace O. Uku<br>    Debtor/Respondent,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>21-21712-CMB<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this   15th   day of   June  , 2023:

Eustace O. Uku
214 Farmington Road
Pittsburgh, PA 15215

Donald R Calaiaro, Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
dcalaiaro@c-vlaw.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com