1593154\dna\062623

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-21712-CMB |
| | : | |
| EUSTACE O. UKU | : | |
| . | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| ******************************* | | ADVISARY NO.: 21-02104-CMB |
| CHARLES A. KNOLL, Jr., | | |
| Plaintiff, | | |
| EUSTACE O. UKU, | | |
| Defendant. | | |

## JOINT STATUS REPORT

The parties have been working on scheduling the re-appraisals of the Farmington Road Home per Mr. Uku's schedule. Mr. Uku's appraiser has completed his appraisal. Mr. Knoll's appraiser, Carol Abel was unable to schedule with Mr. Uku until June 28, 2023. The parties respectfully request a 30-day extension to receive the appraisals, meet and confer and file a status report.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bankruptcy No. 21-21712-CMB |
| ) | |
| Eustace O. Uku, ) | Chapter: 13 |
| ) | |
| Debtor. ) | |
| Eustace O. Uku, ) | |
| ) | |
| Movant, ) | |
| v. ) | |
| ) | |
| Ronda J. Winnecour, Ch. 13 Trustee, ) | |
| ) | |
| Respondent. ) | |

## CERTIFICATE OF SERVICE OF JOINT STATUS REPORT

I, David M. Nernberg, declare under penalty of perjury that Creditor, Charles A. Knoll's Joint Status Report dated June 26, 2023, have been sent to the below listed entities in the manner indicated and that this Certificate of Service is true and correct to the best of my knowledge and belief.

*Service via CM/ECF Notice of Electronic Filing on 6/26/2023:*

Donald R. Calaiaro
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
412-232-0930
412-232-3858 (fax)
dcalaiaro@c-vlaw.com
**(representing Eustace O. Uku)**

Keri P. Ebeck
Bernstein-Burkley
707 Grant Street
Suite 2200 Gulf Tower
Pittsburgh, PA 15219
412-456-8112
kebeck@bernsteinlaw.com

**(representing Duquesne Light Company)**

Amanda Grant
Unruh Turner Burke & Frees PC
P.O. Box 515
West Chester, PA 19381-0515
610-692-1371
610-918-1361 (fax)
agrant@utbf.com
**(representing CITIZENS BANK, N.A.)**

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
215-627-7734 (fax)
bnicholas@kmllawgroup.com
**(representing  Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001)**

S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219
412-281-0587
412-281-2971 (fax)
ecfpeoples@grblaw.com
**(representing  Peoples Natural Gas Company LLC)**

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

                        Respectfully Submitted,
                        MAURICE A. NERNBERG & ASSOCIATES

Date: June 26, 2023                 By:/s/ David M. Nernberg
                                          David M. Nernberg
                                          Pa. I.D. No. 205631
                                          Maurice A. Nernberg & Associates
                                          301 Smithfield Street
                                          Pittsburgh, PA 15222
                                          (412) 232-0334
                                          dmn@nernberg.com
                                          *Counsel for Charles A. Knoll, Jr.*