1593154\daa\080823

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-21712-CMB |
| | : | |
| EUSTACE O. UKU | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| ************************************ | | ADVISARY NO.: 21-02104-CMB |
| CHARLES A. KNOLL, Jr., | | |
| Plaintiff, | | |
| EUSTACE O. UKU, | | |
| Defendant. | | |

**<u>JOINT STATUS REPORT</u>**

The parties have met and conferred but thus far have been unable to agree on a value for the property at issue, 214 Farmington Road.