IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Eustace O. Uku,<br>Debtor | Bankruptcy No. 21-21712 CMB<br>Chapter 13<br>Related to Document No. |
| Shelley Fant Oku, aka Shelley Fant,<br>    Movant<br>        vs.<br>Eustace O. Uku, and Ronda J.<br>Winnecour<br>    Respondents | |

<u>NOTICE OF APPEARANCE ON BEHALF OF SHELLEY FANT AND REQUEST FOR
NOTICES</u>

TO: Clerk, United States Bankruptcy Court

PLEASE TAKE NOTICE that Mary Bower Sheats, Esquire, hereby appears in the above captioned case under Chapter 13 of Title 11, United States Code, on behalf of SHELLEY FANT, a party in interest, and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Sections 102(1), and 342 of the Bankruptcy Code that any and all notices given or required to be given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned attorney, at the office, email, telephone and telecopy numbers set forth below.

Executed on: September 14, 2023

Respectfully submitted,
<u>/s/ Mary Bower Sheats</u>
Mary Bower Sheats, Esquire
Pa I.D. # 27911
1195 Washington Pike, Suite 325
Bridgeville, PA 15017
412-281-7266
Mary@mbsheatslaw.com