# PROCEEDING MEMO

**Date: 10/26/2023 01:30 pm**

**In re:   Eustace O. Uku**

**Bankruptcy No. 21-21712-CMB**
**Chapter: 13**
**Doc. # 196**

**Appearances:  Andrew Pratt, Esq.**
**Ronda Winnecour**
**Mary Sheats**

**Nature of Proceeding: # 196 Rescheduled Motion to Gain Access or Possession of Property**

**Additional Pleadings: #218 Response of Shelly Fant**
**#244 Proceeding memo dated 7/13/2023**

**Outcome: Hearing held. Matter continued to November 16, 2023, at 1:30 PM.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
10/26/23 4:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA