1593154\dan\113023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:   BANKRUPTCY NO. 21-21712-CMB

EUSTACE O. UKU

Chapter 13

Debtor.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   ADVISARY NO.: 21-02104-CMB

CHARLES A. KNOLL, Jr.,

Plaintiff,

EUSTACE O. UKU,

Defendant.

## JOINT STATUS REPORT

The Parties mediated and were unable to resolve any issues in this bankruptcy or adversarial action.

Respectfully Submitted,

Date: November 30, 2023

By: /s/ *David M. Nernberg*
David M. Nernberg
Pa. I.D. No. 205631
Maurice A. Nernberg & Associates
301 Smithfield Street
Pittsburgh, PA 15222
(412) 232-0334
dmn@nernberg.com
Counsel for Charles A. Knoll, Jr.

By: /s/ *Donald R. Calaiaro*
Donald R. Calaiaro
CALAIARO VALENCIK
938 Penn Avenue, St. 501
Pittsburgh, PA 15222-3708
dcalaiaro@c-vlaw.com
Counsel for Eustace O. Uku

1