# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>EUSTACE O. UKU<br>    Debtor | Case No. 21-21712-CMB<br><br>Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8<br>    Movant | Hearing Date: 04/25/2024<br><br>Hearing Time: 1:30 pm<br><br>Objection Date: 04/18/2024 |
| vs.<br>EUSTACE O. UKU<br>SHELLEY L. FANT-UKU (NON-FILING CO-DEBTOR)<br>    and<br>RONDA J WINNECOUR, (TRUSTEE)<br>    Respondent | 11 U.S.C. §362 and §1301 |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8 FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **04/18/2024** [*i.e. more than seventeen (17) days after the date of service below*], in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1 . If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

      A hearing will be held on **04/25/2024**, at **1:30 pm** before Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: March 18, 2024

      */s/Mario Hanyon*
      Andrew Spivack, PA Bar No. 84439
      Matthew Fissel, PA Bar No. 314567
      Mario Hanyon, PA Bar No. 203993
      Ryan Starks, PA Bar No. 330002
      Jay Jones, PA Bar No. 86657
      Attorney for Creditor
      BROCK & SCOTT, PLLC
      3825 Forrestgate Drive
      Winston Salem, NC 27103
      Telephone: (844) 856-6646
      Facsimile: (704) 369-0760
      E-Mail: PABKR@brockandscott.com