# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>EUSTACE O. UKU<br>    Debtor | Case No. 21-21712-CMB |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8<br>    Movant | Chapter 13<br><br>Hearing Date: 04/25/2024<br><br>Hearing Time: 1:30 pm<br><br>Objection Date: 04/18/2024 |
| vs.<br>EUSTACE O. UKU<br>SHELLEY L. FANT-UKU (NON-FILING CO-DEBTOR)<br>    and<br>RONDA J WINNECOUR, (TRUSTEE)<br>    Respondent | 11 U.S.C. §362 and §1301 |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 18, 2024.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail:

EUSTACE O. UKU
214 FARMINGTON ROAD
PITTSBURGH, PA 15215

SHELLEY L. FANT-UKU
557 3RD STREET
CLAIRTON, PA 15025

Service by Electronic Notification:

DONALD R. CALAIARO
CALAIARO VALENCIK
938 PENN AVENUE, SUITE 501
PITTSBURGH, PA 15222-3708
DCALAIARO@C-VLAW.COM

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTP.REGION03@USDOJ.GOV

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

Date: March 18, 2024

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com