**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | |
|---|---|
| In Re: : | |
| **EUSTACE O. UKU,** : | Bankruptcy No. 21-21712-CMB |
| Debtor : | Chapter 13 |
| **U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-8** : | Document No. 262 |
| Movant : | Hearing Date & Time: April 25, 2024 @ 1:30 PM |
| : | |
| v. : | |
| **EUSTACE O. UKU** : | 11 U.S.C. §362 and §1301 |
| **SHELLEY L. FANT-UKU (NON FILING CO-DEBTOR)** | |
| and | |
| Ronda J Winnecour, ESQUIRE (TRUSTEE) | |
| **Respondent(s)** : | |

**CERTIFICATION OF NO OBJECTION REGARDING U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-8'S**
**MOTION FOR RELIEF FROM STAY (DE 262)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on <u>March 18, 2024</u> has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than <u>April 18, 2024</u>.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 19, 2024            Respectfully submitted,

Brock & Scott, PLLC

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor

**PAWB Local Form 25 (07/13)**

                                              BROCK & SCOTT, PLLC
                                              3825 Forrestgate Drive
                                              Winston Salem, NC 27103
                                              Telephone: (844) 856-6646
                                              Facsimile: (704) 369-0760
                                              E-Mail: PABKR@brockandscott.com

**PAWB Local Form 25 (07/13)**