**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>EUSTACE O. UKU | Case No. 21-21712-CMB<br>Chapter 13 |
| U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-8,<br>    Movant | |
| | Related Document No. 267 |
| vs. | |
| EUSTACE O. UKU ,<br>    Debtor | |
| SHELLEY L. FANT-UKU<br>    Non-Filing Co-Debtor | |
| and | |
| Ronda J Winnecour<br>    Respondent | |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR RELIEF
FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

I certify under penalty of perjury that on this day, I served or caused to be served the Default Order on Motion for Relief from the Automatic Stay and Co-Debtor Stay on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

| | |
|---|---|
| Donald R. Calaiaro, Esq.<br>*Counsel for Debtor* | Ronda J Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>*Chapter 13 Trustee* |

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

EUSTACE O. UKU
214 Farmington Road
Pittsburgh, PA 15215
*Debtor*

SHELLEY L. FANT-UKU
557 3rd Street
Clairton, PA 15025
*Non-filing Co-Debtor*

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>April 23, 2024</u>

<u>*/s/Mario Hanyon*</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**