# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-21712-CMB |
| | : | |
| EUSTACE O. UKU, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to Doc. Nos. 157, 270, and 271 |
| _____ | : | |
| | : | |
| CHARLES A. KNOLL, JR., | : | |
| | : | Adversary No. 21-2104-CMB |
| Plaintiff, | : | |
| v. | : | |
| | : | Related to Doc. Nos. 4, 97, and 98 |
| | : | |
| EUSTACE O. UKU, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **16th** day of **July, 2024,** upon review of the Status Report filed in the above-captioned adversary proceeding (Adv. No. 21-2104, Doc. No. 98) and the *Chapter 13 Trustee's Objection to Debtor's August 22, 2022 Plan and Request that Case be Dismissed or Converted* (Case No. 21-21712, Doc. No. 271), and upon consideration of the upcoming contested confirmation hearing scheduled on August 13, 2024,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. A status conference on the adversary proceeding will be held at the same time as the contested confirmation hearing on **August 13, 2024**, at **2:30 P.M.** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. The parties are also permitted to participate in the status conference via Zoom Video Conference pursuant to the Undersigned's posted procedures.

2. At the status conference, the parties shall be prepared to address compliance with the Court's Text Order dated May 20, 2024 (Adv. Doc. No. 97), specifically regarding the directive to meet and confer and *jointly* report to the Court thereafter.

1

3. At the contested confirmation hearing, Debtor shall be prepared to fully respond to the Trustee's Objection <u>as the Court intends to convert or dismiss the case on that date</u>.

4. In light of the position taken by Mr. Knoll in the Status Report (Adv. Doc. No. 98), indicating that conversion and liquidation would resolve all outstanding issues in the Adversary Complaint, the Court will consider how to best proceed with the scheduling of Adv. No. 21-2104-CMB following the contested confirmation hearing.

FILED
7/16/24 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____
Carlota M. Böhm     dmk
United States Bankruptcy Judge

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-21712-CMB
Eustace O. Uku  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Jul 16, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Amanda Grant | on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com |
| Andrew Kevin Pratt | on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| David M Nernberg | |

Case 21-21712-CMB    Doc 273    Filed 07/18/24    Entered 07/19/24 00:31:48    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Charles A. Knoll Jr. dmn@nernberg.com

David M Nernberg

on behalf of Defendant Charles A. Knoll Jr. dmn@nernberg.com

David M Nernberg

on behalf of Plaintiff Charles A. Knoll Jr. dmn@nernberg.com

David W. Raphael

on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik

on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

David Z. Valencik

on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Denise Carlon

on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro

on behalf of Creditor Charles A. Knoll Jr. dcalaiaro@c-vlaw.com,
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Donald R. Calaiaro

on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Donald R. Calaiaro

on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Donald R. Calaiaro

on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce

on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen Wetzel Ladd

on behalf of Creditor PNC Bank N.A. kladd@utbf.com, ogomez@utbf.com

Leonard F. Spagnolo

on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com pamctigue@bentzlaw.com

Lorraine Gazzara Doyle

on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2007-8, U.S. Bank Nat ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon

on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats

on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Office of the United States Trustee

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 1

    ustpregion03.pi.ecf@usdoj.gov

Roger Fay

    on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 32