**PROCEEDING MEMO**

**Date: 08/13/2024 02:30 pm**

**In re:** Eustace O. Uku

**Bankruptcy No. 21-21712-CMB**
**Chapter: 13**
**Doc. # 157**

**Appearances:** Donald Calaiaro, Esq.
David Nernberg, Esq.
James Warmbrodt, Esq.

**Nature of Proceeding:** # 157 Contested Plan hearing re plan dated 8/24/2021

**Additional Pleadings:** #271 Trustee's Objection

**NOTES:**
(2:30pm)
-Continued to 9/10 at 10am for an evidentiary hearing. Scheduling Order to be entered. At that time, Court will consider converting the case to Chapter 7, dismissal with prejudice, converting to Chapter 11.
-For Chapter 11 consideration, Debtor needs to provide a proposed draft of a plan or plan summary and income information. That is to be filed by 9/3/24 by Attorney Calaiaro.
- Mr. Knoll and Mr. Uku are ordered to be present at the evidentiary hearing.

HOUSEKEEPING MATTERS:
- TEXT ORDER to be entered rescheduling Debtor's Motion to Convert (Doc. No. 275) to 9/10/24 at 10am.
- Regarding Adv. No. 24-2049, TEXT ORDER to be entered extending the answer deadline to 9/27/24.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
8/14/24 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Amanda Grant | on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com |
| Andrew Kevin Pratt | on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |

Case 21-21712-CMB    Doc 283    Filed 08/16/24    Entered 08/17/24 01:32:41    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

David M Nernberg
    on behalf of Creditor Charles A. Knoll Jr. dmn@nernberg.com

David M Nernberg
    on behalf of Defendant Charles A. Knoll Jr. dmn@nernberg.com

David M Nernberg
    on behalf of Plaintiff Charles A. Knoll Jr. dmn@nernberg.com

David W. Raphael
    on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik
    on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

David Z. Valencik
    on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Denise Carlon
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust
    2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Creditor Charles A. Knoll Jr. dcalaiaro@c-vlaw.com,
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Donald R. Calaiaro
    on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen Wetzel Ladd
    on behalf of Creditor PNC Bank N.A. kladd@utbf.com, ogomez@utbf.com

Leonard F. Spagnolo
    on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com pamctigue@bentzlaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2007-8, U.S. Bank Nat
    ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr
    wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
    on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 32