IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-21712-CMB |
| | : | |
| EUSTACE O. UKU, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| EUSTACE O. UKU, | : | |
| | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. KNOLL, Jr., | : | |
| | : | |
| Creditor. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **WITNESS AND EXHIBIT LIST FOR SEPTEMBER 30, 2024 HEARING**

EXHIBITS FILED ON BEHALF OF: **CHARLES A. KNOLL**

Case No.: 21-21712-CMB

Date of Evidentiary Hearing: 09/30/24

| Exhibit Number/ Letter | Date of Exhibit | Description |
|---|---|---|
| 1 | 10/28/2022 | Creditor, Charles Knoll's Motion for Summary Judgement and Appendix thereto in the Adversary Proceeding related to this action, Doc. No. 33 on 21-2104-CMB. |
| 2 | 09/20/24 | All Documents Produced by Debtor to Knoll and filed with this Court on September 20, 2024. Doc. No. 294 on 21-21712-CMB. |

EXHIBITS FILED ON BEHALF OF: **CHARLES A. KNOLL**

Case No.: <u>21-21712-CMB</u>

Date of Evidentiary Hearing: <u>09/30/24</u>

| Name of Witness | Address | Area of Testimony |
|---|---|---|
| Charles A. Knoll | 408 Beaver Street Sewickley, PA 15143 | Facts and damages. |
| Joshua A. Lyons | 301 Smithfield Street Pittsburgh, PA 15222 | Damages and procedures. |
| Eustace O. Uku | 214 Farmington Road Pittsburgh, PA 15215 | Facts. |