**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| | ) |
| Eustace O. Uku, | ) **Related Document No.** 297-275 |
|     **Movant,** | ) |
|     vs. | ) **Hearing:** 10/24/24 @ 10:00 a.m. |
| Charles A. Knoll, Jr., | ) |
|     **Respondent.** | ) **Document No.** |

EXHIBITS FILED ON BEHALF OF:  Eustace O. Uku

Case No. 21-21712-CMB

Motion to Convert Case from Chapter 13 to Chapter 11

Doc. No. 275

Date of Evidentiary Hearing: 10/24/24 @ 10:00 a.m.

| Exhibit Number/Letter | Date of Exhibit | Witness | Description |
|---|---|---|---|
| A | 09/20/24 | Judicial Notice | Proposed Chapter 11 Plan of Reorganization |
| B | 05/31/23 | Declaration by Eustace O. Uku | 2022 Form 1040-SR Tax Return |
| C | 2023 | Declaration by Eustace O. Uku | Application for Automatic Extension of Time to File U.S. Individual Tax Return for 2023 |
| D | 2023 | Declaration by Eustace O. Uku | 2023 W-2's from United American Security, LLC and Whelan Security Mid Atlantic, LLC |
| E | January 2024 | Declaration by Eustace O. Uku | 2024 Social Security Award Letter |
| F | 05/17/24 | Declaration by Eustace O. Uku | Paystub dated May 17, 2024, from GardaWorld |
| G | 9/20/2024 | Declaration by Eustace O. Uku | Summary of The Debtor's Income from 2023 and 2024 year-to-date |
| H | 09/20/24 | Judicial Notice | Financial Summary Report from the Chapter 13 Trustee's website showing all of Debtor's receipts from August 12, 2021, through August 21, 2024 |
| I | 02/25/2024 | Declaration by Eustace O. Uku | Malpractice Insurance |