# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | **Case No.** 21-21712-CMB |
| Eustace O. Uku, ) | |
| **Debtor,** ) | **Chapter** 13 |
| ) | |
| Eustace O. Uku, ) | **Related Document No.** 297-275 |
| **Movant,** ) | |
| vs. ) | **Hearing:** 10/24/24 @ 10:00 a.m. |
| Charles A. Knoll, Jr., ) | |
| **Respondent.** ) | **Document No.** |

WITNESS LIST FILED ON BEHALF OF:  Eustace O. Uku

Case No. 21-21712-CMB

Motion to Convert Case from Chapter 13 to Chapter 11

Doc. No. 275

Date of Evidentiary Hearing: 10/24/24 @ 10:00 a.m.

| Name of Witness | Address | Area of Testimony |
|---|---|---|
| Eustace O. Uku | c/o Donald R. Calaiaro, Esquire<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222-3708 | Facts about case the claims, and property. |
| Charles A. Knoll, Jr. | c/o David M. Nernberg<br>Maurice A. Nernberg & Associates<br>301 Smithfield Street<br>Pittsburgh, PA 15222 | Facts about case the claims, and property. |