**PROCEEDING MEMO**

**Date: 09/26/2024 02:30 pm**

**In re:    Eustace O. Uku**

**Bankruptcy No. 21-21712-CMB**
**Chapter: 13**
**Doc. # 289**

**Appearances:  David M. Nernberg, Esq.**
**Donald Calaiaro, Esq.**

**Nature of Proceeding: # 289 Motion to Require Additional Debtor Disclosures**

**Additional Pleadings: #294 Response to Comply with Text Order**

-Attorney Nernberg: Did not receive all documents requested regarding income.

OUTCOME: On or before 9/30/24, Attorney Nernberg to file statement of what he has not yet received. On or before, 10/4/24, Attorney Calaiaro to supply what is requested and file a statement identifying what has not been supplied if not available.

HOUSEKEEPING MATTER: Over the next two weeks, Debtor to consider whether he will agree to conversion to Chapter 7 as that may eliminate issues in this case. If the evidentiary hearing on dismissal/conversion is to go forward, counsel shall address how to proceed in light of the fact that Debtor is unable to appear in person.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
9/26/24 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA