1593154M5\dmn\092624\btc\092624

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-21712-CMB |
| | : | |
| EUSTACE O. UKU, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| EUSTACE O. UKU, | : | |
| | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. KNOLL, JR., | : | DOCUMENT NO. 301 |
| | : | |
| Creditor. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REPORT OF DOCUMENTS NOT PRODUCED PURSUANT TO COURT ORDERS DATED SEPTEMBER 11 and 26, 2024

1. 2021 Federal and State Tax Return;

2. 2022 State Tax Return;

3. Original books and records disclosing income and expenses (client names may be redacted for legal services only) in Debtor's legal business and any other business in which he engages from 2021 to the present;

4. Form 1099s issued to Debtor and the record of 1099s issued by Debtor from 2021 to the present;

5. Evidence of the source of the funds utilized to pay the Bankruptcy Plan from 2021 to the present and any other source of income debtor alleges and documents evidencing the income from 2021 to the present. Some information was provided; however, it is believed not all sources of income were shared. Debtor should confirm compliance.

1

                                                Respectfully Submitted,
                                                MAURICE A. NERNBERG & ASSOCIATES

Date: September 26, 2024         By:   /s/ *David M. Nernberg*

                                                David M. Nernberg
                                                Pa. I.D. No. 205631
                                                Maurice A. Nernberg & Associates
                                                301 Smithfield Street
                                                Pittsburgh, PA 15222
                                                (412) 232-0334
                                                dmn@nernberg.com

                                                Counsel for Charles A. Knoll, Jr.