# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 21-21712-CMB |
| Eustace O. Uku, | ) |
| **Debtor,** | ) Chapter 13 |
| | ) |
| Eustace O. Uku, | ) Related to Doc. Nos. 287, 295, & 297 |
| **Movant,** | ) Hearing Date: 10/24/24 @ 10:00 a.m. |
| vs. | ) |
| No Respondent. | ) Document No. 307 |

## ORDER OF COURT

**AND NOW**, to-wit, this 18th day of October, 2024, upon Motion of the Debtor, it is **ORDERED** that:

1. The Motion is **GRANTED.**

2. The Debtor is excused from personally appearing at the hearing scheduled for October 24, 2024, at 10:00 a.m.

3. Furthermore, Charles A. Knoll, Jr. is also excused from personally appearing at the hearing set for October 24, 2024 at 10:00 a.m.

Carlota M. Böhm         dmk
United States Bankruptcy Court Judge

FILED
10/18/24 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Amanda Grant | on behalf of Creditor PNC Bank N.A. agrant@utbf.com, ogomez@utbf.com |
| Andrew Kevin Pratt | on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;amoody@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.Andre |

Case 21-21712-CMB    Doc 310    Filed 10/20/24    Entered 10/21/24 00:26:39    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: Oct 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

wR141044@notify.bestcase.com;amoody@c-vlaw.com

David M Nernberg
    on behalf of Creditor Charles A. Knoll Jr. dmn@nernberg.com, btc@nernberg.com;dmm@nernberg.com

David M Nernberg
    on behalf of Defendant Charles A. Knoll Jr. dmn@nernberg.com, btc@nernberg.com;dmm@nernberg.com

David M Nernberg
    on behalf of Plaintiff Charles A. Knoll Jr. dmn@nernberg.com, btc@nernberg.com;dmm@nernberg.com

David W. Raphael
    on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik
    on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;amoody@c-vlaw.com

David Z. Valencik
    on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;amoody@c-vlaw.com

Denise Carlon
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Creditor Charles A. Knoll Jr. dcalaiaro@c-vlaw.com,
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Donald R. Calaiaro
    on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen Wetzel Ladd
    on behalf of Creditor PNC Bank N.A. kladd@utbf.com, ogomez@utbf.com

Leonard F. Spagnolo
    on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com pamctigue@bentzlaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2007-8, U.S. Bank Nat ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
    on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 18, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Mary Bower Sheats
    on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 32