# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-21712-CMB |
| Eustace O. Uku, | ) |
|     **Debtor,** | ) **Chapter** 13 |
| | ) |
| Eustace O. Uku, | ) **Related Document No.** 305-303 |
|     **Movant,** | ) |
|     vs. | ) **Hearing Date:** 10/24/2024 @ 10:00 a.m. |
| Charles A. Knoll, Jr., | ) |
|     **Respondent.** | ) **Document No.** |

## JOINT STATUS REPORT

**AND NOW**, come Eustace O. Uku, and Charles A. Knoll, Jr., jointly through their respective counsel, and presents the following Status Report:

1. Eustace O. Uku, (the "Debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on July 29, 2021.

2. The Debtor filed a Motion to Convert Case from Chapter 13 to Chapter 11 on August 2, 2024. (Doc. No. 275)

3. The Debtor filed a Motion to Extend Time to File Requested Documents and Statement Identifying Anything Not Provided and Reschedule Evidentiary Hearing (the "Motion") on October 4, 2024. (Doc. No. 303)

4. Charles A. Knoll, Jr. filed a Response to Debtor's Motion on October 4, 2024. (Doc. No. 304)

5. The Court entered an Order on October 7, 2024, requiring the Debtor file a Joint Status Report on or before 4:00 p.m. on October 21, 2024, to enable the Court to determine how to best proceed. (Doc. No. 305)

6. The Debtor has supplied information relating to his 2021 and 2022 tax

returns.

7. The Debtor has not fully supplied:

   A. Information regarding his income from his law practice in another format such as through bank records or other available means.

   B. Affidavit in support of the statement if he did not receive any 1099's in 2022-2023.

   C. Information regarding the source of his income since this Chapter 13 case was filed.

   D. The Debtor has not supplied all the requested information about his chapter 13 funding from third parties. The Debtor is still hospitalized after spinal surgery and has not been able to access or produce these records. The Debtor is in excruciating pain. It is likely he will be in a rehabilitation facility for an extended period of time.

8. This Court entered an Order on October 18, 2024, excusing the Debtor and Charles A. Knoll, Jr. from appearing in person at the hearing scheduled for October 24, 2024. (Doc. No. 307)

9. Counsel for the Debtor represents that the Debtor is currently unable to work at this time. Counsel for Charles A. Knoll, Jr. does not waive his request for proof of Debtor's physical condition and inability to appear.

10. The Debtor has directed his counsel to list the real estate at 214 Farmington Road, Pittsburgh, PA 15215. He has arranged to have a representative meet the real estate agent so that this property could be listed for sale. Listing the property for sale will not adversely affect any party.

11. Counsel for Charles A. Knoll, Jr. does not consent to listing the property at this time as this Court is considering dismissing the bankruptcy with prejudice.

12. Counsel for the Debtor and Counsel for Charles A. Knoll, Jr. continue to discuss possible solutions to their disputes.

It is so reported.

                                        **Respectfully Submitted,**

**Dated**: October 21, 2024,            **CALAIARO VALENCIK**

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire    PA ID 27538**

**938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
Phone:    (412) 232-0930
Fax:    (412) 232-3858
Email:    dcalaiaro@c-vlaw.com**

/s/ David M. Nernberg
**David M. Nernberg, Esquire PA ID No. 205631
Maurice A. Nernberg & Assoc.
301 Smithfield Street
Pittsburgh, PA 15222
412-232-0334
412-232-0710 (fax)
dmn@nernberg.com**