**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 21-21712-CMB |
| | ) |
| Eustace O. Uku, | ) **Chapter** 13 |
| | ) |
| **Debtor.** | ) **Document No.** |

### NOTICE OF ELECTION TO CONVERT TO A CHAPTER 7 PROCEEDING

Eustace O. Uku has elected to convert this Chapter 13 bankruptcy case to a Chapter 7 under 11 U.S.C. § 1307 (a).

**Respectfully Submitted,**

**Dated**: October 23, 2024          **CALAIARO VALENCIK**

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire      PA ID 27538**

**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**Phone:        (412) 232-0930**
**Fax:          (412) 232-3858**
**Email:        dcalaiaro@c-vlaw.com**