IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-21712-CMB |
| EUSTACE O. UKU, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| EUSTACE O. UKU, | : | |
| Movant. | : | |
| vs. | : | |
| CHARLES A. KNOLL, Jr., | : | |
| Creditor. | : | |

**********************************

### AMENDED WITNESS AND EXHIBIT LIST FOR SEPTEMBER 30, 2024 HEARING

EXHIBITS FILED ON BEHALF OF: **CHARLES A. KNOLL**

Case No.: 21-21712-CMB

Date of Evidentiary Hearing: 10/24/24

| Exhibit Number/ Letter | Date of Exhibit | Description |
|---|---|---|
| 1 | 10/28/2022 | Creditor, Charles Knoll's Amended Motion for Summary Judgement in the Adversary Proceeding related to this action, Doc. No. 33 on 21-2104-CMB.<br><br>(The Appendixes to the Amended Motion for Summary Judgment are what follows) |
| 1A | 10/19/2021 | Knoll Adversarial Complaint |
| 1B | 08/24/2021 | Bankruptcy Petition, Schedules filed |
| 1C | 08/12/2021 | Knoll Proof of Claim |
| 1D | 05/25/2022 | Report of Sale |
| 1E | 07/15/2014 | Amended Non-Jury Verdict (G.D. 12-007435) |
| 1F | 02/13/2015 | Opinion (G.D. 12-007435) |
| 1G | 05/24/2021 | Order reassessing Judgement (G.D. 12-007435) |
| 1H | 06/11/2014 | Plaintiff's Proposed Findings of Fact, Conclusions of Law and Proposed Aware (G.D. 12-007435) |

| | | |
|---|---|---|
| 1I | 11/24/2021 | Defendant's Answer to Adversarial Claim for Fraud (21-2104-CMB) |
| 1J | 12/11/2014 | Defendant's Notice of Appeal (G.D. 12-007435) |
| 1K | Last updated – 02/17/2017 | Superior Court Docket Sheet, 2038 WDA 2014 |
| 2A | 09/20/24 | Debtor's Proposed Chapter 11 Plan of Organization (21-21712-CMB) |
| 2B | 2022 | Debtor's 2022 Form 1040-SR Tax Return |
| 2C | 2023 | Debtor's Application for Automatic Extension of Time to File U.S. Individual Income Tax Return for 2023 |
| 2D | 2023 | Debtor's 2023 W-2 Forms from United American Security, LLC and Whelan Security Mid Atlantic, LLC |
| 2E | 2024 | Debtor's 2024 Social Security Award Letter |
| 2F | 05/17/2024 | Debtor's Paystub from GardaWorld |
| 2G | 2023 – to date | Summary of Debtor's Income from 2023 and 2024 year to date |
| 2H | 08/12/21 – 08/21/24 | Financial Summary Report showing all of Debtor's Receipts from August 12, 2021 – August 21, 2024 |
| 2I | Policy runs 02/25/24 – 02/25/25 | Debtor's Malpractice Insurance |
| 2J | 2021 | Debtor's 2021 Redacted Federal and State Tax Returns (Forms PA-40 and 1040-SR) |
| 2K | 2019 | Debtor's 2019 Federal Tax Returns (Form 1040) |
| 2L | 2020 | Debtor's 2020 W2 Form from Small Business Administration and 2020 Mortgage Interest Statement |
| 2M | 01/29/2021 | Debtor's 2021 Social Security Administration Benefit Verification Letter |

WITNESS LIST FILED ON BEHALF OF: **CHARLES A. KNOLL**
Case No.: 21-21712-CMB
Date of Evidentiary Hearing: 10/24/24

| Name of Witness | Address | Area of Testimony |
| --- | --- | --- |
| Charles A. Knoll | 408 Beaver Street Sewickley, PA 15143 | Facts and damages. |
| Joshua A. Lyons | 301 Smithfield Street Pittsburgh, PA 15222 | Damages and procedures. |
| Eustace O. Uku | 214 Farmington Road Pittsburgh, PA 15215 | Facts. |