WPAB FORM 30 (03/12)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-21712-CMB |
| Eustace O. Uku | : | |
|       Debtor | : | |
| | : | Chapter 7 |
| Eustace O. Uku | : | |
|       Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| Ollo Card, Mission Lane, LLC, Credit One Bank | : | |
| Fox Chapel Authority, Ally and Care Credit | : | |
|       Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Donald R. Calaiaro, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:   /s/Donald R. Calaiaro, Esquire_____
Signature

Calaiaro Valencik_____
Typed Name

938 Penn Ave, Suite 501, Pittsburgh, PA 15222
Address

(412) 232-0930/dcalaiaro@c-vlaw.com
Phone No. and Email Address

#27538_____
List Bar I.D. and State of Admission

Ollo Cards
P.O. Box 9222
Old Bethpage, NY 11804

Mission Lane, LLC
P.O. Box 71084
Charlotte, NC 28272

Credit One Bank
Customer Service
P.O. Box 98873
Las Vegas, NV 29193

Care Credit Card
Synchrony Bank
P.O. Box 71784
Philadelphia, PA 19176

Fox Chapel Authority
255 Alpha Drive
Pittsburgh, PA 15238

Ally
P.O. Box 9222
Old Bethpage, NY 11804