Form RSC

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 21−21712−CMB**
Date Converted:

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
    Eustace O. Uku
    214 Farmington Road
    Pittsburgh, PA 15215

Social Security No.:
    xxx−xx−3832

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Donald R. Calaiaro<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222−3708<br>Telephone number:  412−232−0930 | Brian P. Cavanaugh<br>Turin, DeMatt & Cavanaugh, PC<br>115 North Main Street<br>Greensburg, PA 15601<br>Telephone number:  724−838−1400 |

DATE/TIME/LOCATION OF MEETING OF CREDITORS
January 6, 2025
12:00 PM
Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 314 325 2624, and Passcode 9882840550, call 1−878−215−3822

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 12/11/24

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re:<br>Eustace O. Uku<br>Debtor | Case No. 21-21712-CMB<br>Chapter 7 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Dec 11, 2024 | Form ID: rsc | Total Noticed: 81 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |
| cr | + | Banc of America Funding Corporation Mortgage Pass-, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | | PNC Bank, N.A., 249 FifthAvenue, One PNC Plaza, Pittsburgh, PA 15222 |
| 15398189 | + | Allegheny County, John K. Weinstein, County Treasurer, Romm 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 15398192 | + | Bank of America, P.O. Box 982238, El Paso, TX 79980-0001 |
| 15398196 | + | Charles A. Knoll, 408 Beaver Street, Sewickley, PA 15143-1502 |
| 15398197 | + | Charles A. Knoll, 408 1/2 Beaver Street, Sewickley, PA 15143-1502 |
| 15402272 | + | Charles A. Knoll, Jr., 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398200 | + | City of Clairton, 551 Ravensburg Blvd., Clairton, PA 15025-1297 |
| 15418671 | + | Clairton City School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15398203 | | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280948, Harrisburg, PA 17128-0432 |
| 15402271 | + | David M. Nernberg, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398207 | + | Diversified Consultants Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 15398208 | + | Exico Inc., 241 Fourth Avenue, Pittsburgh, PA 15222-1709 |
| 15398209 | + | Exico, Inc., 214 Farmington Rd., Pittsburgh, PA 15215-1633 |
| 16463795 | + | Fox Chapel Authority, 255 Alpha Drive, Pittsburgh, PA 15238-2944 |
| 15398211 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 15398212 | + | Jennifer L. Cerce, Esquire, Maiello, Brungo & Maiello, LLP, South Side Works, 424 South 27th Street #210, Pittsburgh, PA 15203-2380 |
| 15398213 | + | Jordan Tax Services, PO Box 200, Bethel Park, PA 15102-0200 |
| 15398214 | + | Joshua A. Lyons, Esquire, Maurice A. Nernberg & Associates, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398215 | + | Katherine L. DiAmico, Esquire, Portnoff Law Associates, Ltd, P.O. Box 391, Norristown, PA 19404-0391 |
| 15498591 | + | Kristen Wetzel Ladd, PO Box 515, West Chester, PA 19381-0515 |
| 15398216 | + | Kristen Wetzel Ladd, Esquire, Unruh, Turner, Burke & Frees, P.C., P.O. Box 515, West Chester, PA 19381-0515 |
| 16463792 | + | Mission Lane, LLC, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 15398219 | + | Municipality of Penn Hills, 12245 Frankstown Road, Pittsburgh, PA 15235-3405 |
| 15398224 | | PNC Bank, NA, 1400 Market Street, Philadelphia, PA 19103 |
| 15398221 | + | Penn Hills School District, 12200 Garland Drive, Pittsburgh, PA 15235-3485 |
| 15398222 | + | Penn Hills School District &, Municipal Tax Office, c/o Keystone Collections, 260 Aster Street, Pittsburgh, PA 15235-2059 |
| 15398223 | | Penn Hills Township, 1200 Frankstown Road, 2nd Floor, Pittsburgh, PA 15235 |
| 15398228 | | Shelley Fant, 851 Old Mill Rd., Pittsburgh, PA 15238 |
| 15398227 | | Shelley Fant, 381 Old Mill Road, Pittsburgh, PA 15238 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

| Recipient | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 12 2024 00:15:39 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 17128-0946 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 11 2024 23:59:00 | CITIZENS BANK, N.A., Citizens Bank, 1 Citizens Bank Way, Mail Stop JCA-130, Johnston, RI 02919 |
| cr | + | Email/Text: ebnjts@grblaw.com | Dec 11 2024 23:59:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 12 2024 00:01:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: jlc@mbm-law.net | Dec 12 2024 00:00:00 | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3, Pittsburgh, PA 15235-4441 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 11 2024 23:59:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 11 2024 23:59:00 | U.S. Bank National Association, as Trustee for Ban, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 16463791 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 11 2024 23:58:43 | Ally, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16467862 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2024 01:27:25 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15398190 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 11 2024 23:59:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15398191 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2024 23:59:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 15401128 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 11 2024 23:59:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15398195 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 23:59:00 | Carrington Mortgage Service, 15 Enterprise Street, Aliso Viejo, CA 92656 |
| 15400910 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 11 2024 23:59:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15398193 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 23:57:36 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15402236 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2024 00:15:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15398194 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 11 2024 23:58:13 | Capital One Bank USA, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 16463794 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2024 00:15:34 | Care Credit Card, Synchrony Bank, P.O. Box 71784, Philadelphia, PA 19176-1784 |
| 15398198 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2024 00:39:37 | Citibank, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15398199 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 11 2024 23:59:00 | Citizens Bank, 1000 Lafayette Blvd., Bridgeport, CT 06604-4725 |
| 15407978 | + | Email/Text: Bankruptcy@keystonecollects.com | Dec 12 2024 00:00:00 | City of Clairton, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398201 | | Email/Text: documentfiling@lciinc.com | Dec 11 2024 23:59:00 | Comcast, P.O. Box 3002, Southeastern, PA |

Case 21-21712-CMB   Doc 348   Filed 12/13/24   Entered 12/14/24 00:33:22   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: rsc | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| | | | | 19398-3002 |
| 15398202 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 00:00:00 | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280946, Harrisburg, PA 17128-0001 |
| 15418670 | + | Email/Text: ebnjts@grblaw.com | Dec 11 2024 23:59:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15398204 | + | Email/Text: bankruptcy@credencerm.com | Dec 12 2024 00:01:00 | Credence Resource Managment, P.O. Box 2300, Southgate, MI 48195-4300 |
| 16463793 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2024 23:58:47 | Credit One Bank, Customer Service, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15398205 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 11 2024 23:58:16 | Credit One Bank Na, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15411748 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 11 2024 23:59:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 15398206 | + | Email/Text: G06041@att.com | Dec 12 2024 00:01:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 15420498 | + | Email/Text: jdryer@bernsteinlaw.com | Dec 11 2024 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15398210 | + | Email/Text: Bankruptcy@keystonecollects.com | Dec 12 2024 00:00:00 | Fox Chapel Area School Disctrict, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398217 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 00:13:49 | LVNV Funding LLC, c/o Resurgent Capital Serivices, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15400770 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2024 00:13:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15398218 | + | Email/Text: ebnjts@grblaw.com | Dec 11 2024 23:59:00 | Michael G. McCabe, Esquire, Goehring Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15407976 | + | Email/Text: Bankruptcy@keystonecollects.com | Dec 12 2024 00:00:00 | Municipality of Penn Hills, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398220 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 11 2024 23:59:00 | Nissan, P.O. Box 660366, Dallas, TX 75266-0366 |
| 16463790 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 12 2024 00:15:00 | Ollo Cards, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15410315 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 11 2024 23:59:00 | PNC Bank, N.A., 249 Fifth Avenue, 17th Floor, Pittsburgh, PA 15222 |
| 15412322 | + | Email/Text: jlc@mbm-law.net | Dec 12 2024 00:00:00 | Penn Hills Municipality, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15412260 | + | Email/Text: jlc@mbm-law.net | Dec 12 2024 00:00:00 | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15407977 | + | Email/Text: Bankruptcy@keystonecollects.com | Dec 12 2024 00:00:00 | Penn Hills School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15400337 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15398229 | + | Email/Text: bankruptcy@sw-credit.com | Dec 12 2024 00:01:07 | Southwest Credit Systems, 4120 International Parkway ste 1100, Carrollton, TX 75007-1958 |
| 15398230 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Dec 11, 2024 | Form ID: rsc | Total Noticed: 81 |

|  |  |  | Dec 12 2024 01:27:25 | Sprint, P.O. Box 4191, Carol Stream, IL 60197-4191 |
|---|---|---|---|---|
| 15398231 | + | Email/Text: BNCnotices@dcmservices.com | Dec 12 2024 00:00:00 | UPMC Health Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15398232 | + | Email/Text: BNCnotices@dcmservices.com | Dec 12 2024 00:00:00 | UPMC Physician Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15398233 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 11 2024 23:58:17 | Verizon, by American InfoSource as agent, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Banc of America Funding Corporation Mortgage |
| cr |  | Deutsche Bank National Trust Company, as Indenture |
| intp |  | Home Buyers of PGH |
| 15398234 |  | Yale Development & Contracting, Inc. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Charles A. Knoll, Jr., 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| cr | *+ | Shelley Fant, 821 Old Mill Road, Pittsburgh, Pa 15238-1711 |
| 15398226 | *+ | Shelley Fant, 821 Old Mill Rd., Pittsburgh, PA 15238-1711 |
| 15417233 | * | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15398225 | ##+ | Shelley Fant, 821 Old Mill Road, Pittsburgh, PA 15238-1711 |
| 15421498 | ##+ | Shelley L. Fant, 821 Old Mill Road, Pittsburgh, PA 15238-1711 |

TOTAL: 4 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Amanda Grant | on behalf of Creditor PNC Bank N.A. agrant@utbf.com, ogomez@utbf.com |
| Andrew Kevin Pratt | on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;amoody@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 6 |
| Date Rcvd: Dec 11, 2024 | Form ID: rsc | Total Noticed: 81 |

Andrew Kevin Pratt
    on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;amoody@c-vlaw.com

Brian P. Cavanaugh
    on behalf of Trustee Brian P. Cavanaugh bcavanaugh@tdc-law.com PA96@ecfcbis.com

Brian P. Cavanaugh
    bcavanaugh@tdc-law.com PA96@ecfcbis.com

David M Nernberg
    on behalf of Creditor Charles A. Knoll Jr. dmn@nernberg.com, btc@nernberg.com;dmm@nernberg.com

David M Nernberg
    on behalf of Defendant Charles A. Knoll Jr. dmn@nernberg.com, btc@nernberg.com;dmm@nernberg.com

David M Nernberg
    on behalf of Plaintiff Charles A. Knoll Jr. dmn@nernberg.com, btc@nernberg.com;dmm@nernberg.com

David W. Raphael
    on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik
    on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;amoody@c-vlaw.com

David Z. Valencik
    on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;amoody@c-vlaw.com

Denise Carlon
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Creditor Charles A. Knoll Jr. dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Donald R. Calaiaro
    on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Donald R. Calaiaro
    on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen Wetzel Ladd
    on behalf of Creditor PNC Bank N.A. kladd@utbf.com, mselby@utbf.com

Leonard F. Spagnolo
    on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com pamctigue@bentzlaw.com

Lorraine Gazzara Doyle
    on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2007-8, U.S. Bank Nat ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 6 of 6 |
| Date Rcvd: Dec 11, 2024 | Form ID: rsc | Total Noticed: 81 |

Mary Bower Sheats
 on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
 mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
 on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
 mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
 on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
 mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
 on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
 mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Roger Fay
 on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 33