# PROCEEDING MEMO

**Date: 12/19/2024 01:30 pm**

**In re:** Eustace O. Uku

**Bankruptcy No. 21-21712-CMB**
**Chapter: 7**
**Doc. # 331**

**Appearances:** David Nernberg, Esq.
Brian Cavanaugh, Trustee
Donald Calaiaro, Esq.

**Nature of Proceeding:** # 331 Ojbection to Debtor's Conversion to Ch. 7 and Request to Dismiss Bankruptcy with Prejudice.

**Additional Pleadings:** #336 Trustee's Response
#337 Debtor's Response

- Objection to Conversion to Chapter 7 is Denied Without Prejudice

- Motion to Dismiss the Case is Denied Without Prejudice

- Mr. Uku must attend § 341 Meeting

- Trustee should investigate Debtor's actions and assets.

- Mr. Uku must supply records and cooperate with Trustee Cavanaugh.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
12/19/24 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA