IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:                                     )<br>                                                 )<br>EUSTACE O. UKU,                )<br>                                                 )<br>    Debtor.                               )<br>_____)<br>                                                 )<br>EUSTACE O. UKU,                )<br>                                                 )<br>    Movant,                              )<br>                                                 )<br>    v.                                         )<br>                                                 )<br>CHARLES A. KNOLL, JR.,     )<br>                                                 )<br>    Respondent.                      )<br>_____) | Bankruptcy No. 21-21712-CMB<br><br>Chapter 7<br><br><br><br><br><br>Related to Doc. No. 331 |

## ORDER

**AND NOW,** this 19th day of December, 2024, whereas Debtor filed a *Notice of Election to Convert to a Chapter 7 Proceeding* (Doc. No. 314) and the above-captioned case was converted on October 23, 2024, and whereas an *Objection to Debtor's Conversion to Chapter 7 and Request to Dismiss Bankruptcy with Prejudice* ("Objection," Doc. No. 331) was filed by Charles A. Knoll, Jr., and whereas a hearing on the matter was held on this date, for the reasons set forth on the record,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Mr. Knoll's Objection and request that the bankruptcy case be dismissed with prejudice is **DENIED** without prejudice at this time. The Chapter 7 Trustee shall be given an opportunity to determine what assets exist and whether there could be a meaningful distribution to unsecured creditors in this case.

FILED
12/19/24 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge