**Date: 01/08/2025 01:30 pm**

**In re:    Eustace O. Uku**

**Bankruptcy No. 21-21712-CMB**
**Chapter: 7**
**Doc. # 343**

**Appearances:  Donald Calaiaro, Esq.**
**David Nernberg, Esq.**
**Brian Cavanaugh, Trustee**

**Nature of Proceeding:  # 343 Application for Compensation Chapter 13 Fee**
**Petition in Converted Case for Donald R. Calaiaro, Debtor's Attorney**

**Additional Pleadings: #349 Objection of Charles A. Knoll, Jr.**

**- Matter is Continued to a Status Conference on May 21, 2025 at 1:30 pm due to more specifics needed on Attorney Nernberg's objections for Attorney Calaiaro's Fee Application.**

**- Status Report by February 15, 2025 is to be submitted by Trustee Cavanaugh.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
1/8/25 3:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Amanda Grant | on behalf of Creditor PNC Bank N.A. agrant@utbf.com, ogomez@utbf.com |
| Andrew Kevin Pratt | on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Andrew Kevin Pratt | on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.Andre |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: Jan 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

wR141044@notify.bestcase.com;asmith@c-vlaw.com

Brian P. Cavanaugh

on behalf of Trustee Brian P. Cavanaugh bcavanaugh@tdc-law.com  PA96@ecfcbis.com

Brian P. Cavanaugh

bcavanaugh@tdc-law.com  PA96@ecfcbis.com

David M Nernberg

on behalf of Creditor Charles A. Knoll Jr. dmn@nernberg.com, btc@nernberg.com;dmm@nernberg.com

David M Nernberg

on behalf of Defendant Charles A. Knoll Jr. dmn@nernberg.com, btc@nernberg.com;dmm@nernberg.com

David M Nernberg

on behalf of Plaintiff Charles A. Knoll Jr. dmn@nernberg.com, btc@nernberg.com;dmm@nernberg.com

David W. Raphael

on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik

on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik

on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com

Denise Carlon

on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro

on behalf of Creditor Charles A. Knoll Jr. dcalaiaro@c-vlaw.com,
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro

on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro

on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro

on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce

on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen Wetzel Ladd

on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, mselby@utbf.com

Leonard F. Spagnolo

on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com  pamctigue@bentzlaw.com

Lorraine Gazzara Doyle

on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates  Series 2007-8, U.S. Bank Nat ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon

on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats

on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy
    on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 34