**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: ) | CASE NO.: | 21-21712-CMB |
| ) | | |
| Eustace O. Uku, ) | CHAPTER 7 | |
| Debtor, ) | | |
| | | |
| Brian P. Cavanaugh, Trustee, ) | DOCUMENT NO. | |
| Movant. ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| No Respondent. | | |

## STATUS REPORT

AND NOW, comes the Trustee, Brian P. Cavanaugh, and files the within Status Report on the sale of 214 Farmington Road, Pittsburgh, PA 15215- the Debtor's residence:

1. On December 19, 2024, the undersigned was ordered by this Court to file a Status Report regarding the sale of the Debtor's residence.

2. On December 19th 2024, the undersigned advised this Court that the Debtor was residing in the residence. In addition and further, the undersigned advised that a realtor that the undersigned had asked to inspect the residence advised that that her inspection revealed that the Debtor's bedroom was the first floor living room and that a portable toilet was placed next to where the Debtor was sleeping. The realtor further advised that residence was in need of repairs and needed to be cleaned out to significantly enhance the salability and value of residence. In addition, the Realtor advised that the Debtor should not be lining in the residence.

3. Charles Knoll, a secured creditor, has offered to cover the costs of repairing and otherwise preparing the residence for sale. The offer is contingent upon an Order of Court being issued that would authorize Charles Knoll to make the repairs and that would authorize Charles Knoll to be reimbursed for the repair costs at closing for the sale of the residence. Further said offer is contingent upon the Debtor vacating the residence.

4. The Debtor advises that he has made efforts to find alternate housing, having applied

to eight to ten hosing providers -but none have accepted his application. Debtor advises that he is on a waiting list for a couple.

     5.     The undersigned is reluctant to evict an elderly and sick man from his residence; however, the peak sale season is fast approaching. Therefore, the Debtor will be afforded a reasonable amount of additional time to find alternate housing.

     6.     However, if the Debor does not soon find alternate housing, the undersigned will have no choice but to seek an Order of Court to remove the Debtor and the Debtor's personal property from the residence.

Date: 2-15-25                                   Respectfully submitted,

Turin, DeMatt & Cavanaugh, P.C.

*/s/ Brian P. Cavanaugh*
Brian P. Cavanaugh
Trustee and Attorney for the Trustee
PA ID No. 72691

115 North Main Street
Greensburg, PA 15601
724-838-1500
bcavanaugh@tdc-law.com