IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 21-21712-CMB |
| EUSTACE O. UKU | ) | |
|         DEBTOR | ) | CHAPTER 7 |
| | ) | |
| BRIAN P. CAVANAUGH, TRUSTEE | ) | DOCUMENT NO. |
|         MOVANT | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

## NOTICE OF RESIGNATION OF CHAPTER 7 TRUSTEE

AND NOW, comes Brian P. Cavanaugh, Chapter 7 Trustee, and files the within Notice of Resignation of Chapter 7 Trustee, averring in support thereof as follows:

1. The undersigned hereby resigns as Chapter 7 Trustee.

2. The undersigned Trustee has collected no funds and has no funds on hand related to the administration of this Estate.

3. Marta Villacorta, Assistant United States Trustee for Region 3, has accepted the undersigned's resignation.

WHEREFORE, Brian P. Cavanaugh, Chapter 7 Trustee, respectfully requests that this Honorable Court accept the foregoing resignation.

Respectfully submitted,

Turin, DeMatt & Cavanaugh, P.C.

DATED: February 24, 2025        BY:    /s/ Brian P. Cavanaugh
Brian P. Cavanaugh, Trustee
PA I.D. # 72691
115 North Main Street
Greensburg, PA  15601
(724) 838-1400
bcavanaugh@tdc-law.com