IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Eustace O. Uku                                              Case No. 21-21712 CMB

Chapter 7

    Debtor.

## APPOINTMENT OF SUCCESSOR TRUSTEE

An order for relief was entered in this case on July 29, 2021, and Brian Cavanaugh was appointed Chapter 7 trustee.  Brian Cavanaugh has resigned as trustee.

The United States Trustee hereby appoints Crystal Thornton-Illar as successor trustee in this case.

Pursuant to 11 U.S.C. § 521, the debtor is required to provide the successor trustee with bank statements, canceled checks, tax returns and/or other documents relating to the property of the estate upon request of the Trustee within five days of any such request.

Pursuant to this appointment, Ms. Thornton-Illar shall be covered by the Western District of Pennsylvania aggregate Chapter 7 blanket bond.

DATED:  February 24, 2025

                ANDREW R. VARA
                UNITED STATES TRUSTEE
                REGIONS 3 and 9

                By: */s/ Marta E. Villacorta*
                    Marta E. Villacorta
                    Assistant United States Trustee