**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EUSTACE O. UKU<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-21712 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/29/2021 and confirmed on 09/21/2021. The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 104,983.99 |
| Less Refunds to Debtor | 15,725.70 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,258.29 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,000.00 | |
|   Trustee Fee | 4,254.20 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,254.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   DEUTSCHE BANK NTC - INDENTURE TRU | 0.00 | 68,230.10 | 0.00 | 68,230.10 |
|     Acct: 9891 | | | | |
|   US BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEUTSCHE BANK NTC - INDENTURE TRU | 0.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 9891 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 2,383.06 | 0.00 | 0.00 | 0.00 |
|     Acct: N185 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 1,869.08 | 0.00 | 0.00 | 0.00 |
|     Acct: N185 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4881 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1940 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1664 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1887 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0283 | | | | |
| | CHARLES A KNOLL JR | 179,137.98 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITY OF CLAIRTON (RE TAX) | 610.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 6669 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5792 | | | | |
| | PENN HILLS SD & PENN HILLS MUNICIPAL | 8,807.50 | 0.00 | 0.00 | 0.00 |
| | Acct: N185 | | | | |
| | PENN HILLS SD & PENN HILLS MUNICIPAL | 6,275.14 | 0.00 | 0.00 | 0.00 |
| | Acct: N185 | | | | |
| | PENN HILLS SD & PENN HILLS MUNICIPAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN HILLS SD & PENN HILLS MUNICIPAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 3,455.95 | 0.00 | 0.00 | 0.00 |
| | Acct: N185 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 2,567.08 | 0.00 | 0.00 | 0.00 |
| | Acct: N185 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6808 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1959 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2842 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8148 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0792 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7591 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9252 | | | | |
| | PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6579 | | | | |
| | PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3832 | | | | |
| | CITY OF CLAIRTON (RE TAX) | 455.02 | 0.00 | 0.00 | 0.00 |
| | Acct: 6669 | | | | |
| | PENN HILLS MUNICIPALITY (RE) | 354.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 6669 | | | | |
| | PENN HILLS MUNICIPALITY (RE) | 35.44 | 0.00 | 0.00 | 0.00 |
| | Acct: 6669 | | | | |
| | PENN HILLS SD (PENN HILLS) (RE) | 1,838.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 6669 | | | | |
| | PENN HILLS SD (PENN HILLS) (RE) | 183.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 6669 | | | | |
| | PENN HILLS SD (PENN HILLS) (RE) | 1,890.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 6669 | | | | |
| | PENN HILLS SD (PENN HILLS) (RE) | 189.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 6669 | | | | |
| | COUNTY OF ALLEGHENY (RE TAX)* | 93.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 9B12 | | | | |
| | COUNTY OF ALLEGHENY (RE TAX)* | 8.43 | 0.00 | 0.00 | 0.00 |
| | Acct: 9B12 | | | | |
| | CLAIRTON CITY SD (CLAIRTON) (RE) | 792.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 9B12 | | | | |
| | CLAIRTON CITY SD (CLAIRTON) (RE) | 79.24 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|     Acct: 9B12 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3832 | | | | |
| | | | | 68,230.10 |
| **Priority** | | | | |
|   DONALD R CALAIARO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EUSTACE O. UKU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EUSTACE O. UKU | 15,725.70 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EUSTACE O. UKU | 15,725.70 | 15,725.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK | 39,570.78 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX1/22 | | | | |
|   KEYSTONE MUNIC COLLECTIONS** NOW | 1,407.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DEUTSCHE BANK NTC - INDENTURE TRU | 950.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9891 | | | | |
|   RONDA J WINNECOUR PA ID #30399** | 11,773.99 | 11,773.99 | 0.00 | 11,773.99 |
|     Acct: $/OE | | | | |
| | | | | 11,773.99 |
| **Unsecured** | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0875 | | | | |
|   BANK OF AMERICA NA** | 5,352.35 | 0.00 | 0.00 | 0.00 |
|     Acct: 3022 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2450 | | | | |
|   BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,895.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 1437 | | | | |
|   LVNV FUNDING LLC | 585.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 4085 | | | | |
|   LVNV FUNDING LLC | 1,848.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 2262 | | | | |
|   CITIZENS BANK NA | 6,005.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 5908 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1198 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7018 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1039 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7959 | | | | |
|   CREDENCE RESOURCE MANAGEMENT+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3976 | | | | |
|   LVNV FUNDING LLC | 1,038.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 7722 | | | | |
|   DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7581 | | | | |
|   GUARDIAN PROTECTION SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1652 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8952 | | | | |
| NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1135 | | | | |
| PNC BANK NA | 41,043.89 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHELLEY FANT | 269,919.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0211 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3832 | | | | |
| UPMC PHYSICIAN SERVICES | 420.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3832 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 198.65 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 89.26 | 0.00 | 0.00 | 0.00 |
| Acct: 8679 | | | | |
| DAVID M NERNBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNRUH TURNER BURKE & FREES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTNOFF LAW ASSOCIATES LTD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EXICO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| YALE DEVELOPMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNRUH TURNER BURKE & FREES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID W RAPHAEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MILSTEAD & ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | 80,004.09 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 14,130.99 | |
| SECURED | 211,026.81 | |
| UNSECURED | 330.397.84 | |

Date: 03/11/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com