IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.:  21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STATUS REPORT

AND NOW, this 21st day of April 2025, Crystal H. Thornton-Illar, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Eustace O. Uku files this Status Report and respectfully states as follows:

1. On July 29, 2021, Eustace O. Uku (the "Debtor") filed a voluntary petition for relief under Chapter 13, of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Pennsylvania at the above-captioned case number (the "Bankruptcy Case").

2. This proceeding is a core proceeding over which this court has jurisdiction under 11 U.S.C. § 157(b)(1).

3. On October 23, 2024, the Bankruptcy Case was converted to a chapter 7 case.

4. On October 23, 2024, Brian Cavanaugh was appointed as the Chapter 7 Trustee.

5. On February 25, 2025, Brian Cavanagh filed a notice of Resignation of Trustee [Doc. No. 363].

6. On February 24, 2024, Crystal H. Thornton-Illar was appointed as the Chapter 7 Trustee.

7. Since that time, the Trustee has worked on getting up to speed in this Bankruptcy Case.

8. The Trustee has had several conversations with the prior trustee, counsel for the Debtor, counsel for Mr. Knoll, and counsel for Fox Chapel water authority.

9. The Trustee has also reached out the Debtor's ex-spouse, Shelly Fant ("Ms. Fant") regarding selling the property that is owned jointly by the Debtor and Ms. Fant.

10. According to counsel for the Debtor , the Debtor is elderly and suffers from  various health conditions and is technically still residing at the property located at 214 Farmington Road, Pittsburgh, PA 15215 (the "Property").

11. The Property is at the heart of the two pending adversary proceedings.  All parties have agreed that the next step in this Bankruptcy Case and the related adversary proceedings is to sell the Property.

12. Upon information and belief, the Debtor is currently in a rehabilitation facility where he has been for several months but his personal items remain at the Property. According to the Debtor's counsel, the Debtor has arranged  to move from the Property to another location  in May, including the removal of all his personal items. The Trustee has no other details, such as when in May this move will occur.

13. The Trustee has attempted to reach Jane Hermann, a real estate agent who was previously involved with the Property, to inquire about listing the Property.  As of the present time, the Trustee has not been able to reach Ms. Hermann.  The Trustee plans to make one more attempt to reach Ms. Hermann, and then she will move on to another prospective real estate agent in that area.

14. The Trustee has had several discussions with counsel for Mr. Knoll about Mr. Knoll

funding some renovations at the Property, which would be repaid from sale proceeds,

to maximize the value of the Property subject to approval by the Court.  Mr. Knoll

would prefer that an agent be hired first to assist with determining what renovations

might be most useful to maximize the value of the Property.

15. Therefore, the next step is to employ a real estate agent, whether that be Ms. Hermann

or another agent.

16. The Trustee would prefer to proceed with the status conference so that all parties can

discuss the sale of the Property since the Trustee is somewhat new to the Bankruptcy

Case and was not present at the last status conference.

Date: April 21, 2025

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
cthornton-illar@leechtishman.com
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
(412) 261-1600