IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.:  21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | |
| | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NO RESPONDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

**AND NOW,** this _____ day of April, 2025, after the status conference held on April 24, 2025, it is hereby ORDERED, ADJUDGED, and DECREED:

The Debtor will physically vacate the real property having an address of 214 Farmington Road Pittsburgh, PA 15215 (the "Premises") on or before May 1, 2025 leaving the Premises in reasonably clean condition and free of any damage;

The Debtor will have until May 30, 2025 to remove all of his personal property and effects, any personal property remaining after May 30, 2025 will considered to be abandoned and Crystal H. Thornton-Illar, the Chapter 7 Trustee (the "Chapter 7 Trustee"), has authority to dispose of any remaining personal items in her discretion;

The Chapter 7 Trustee and any of her proposed professionals have authority to access the

Premises on or after May 5, 2025 so that they can start preparing to list the Premises for sale.

BY THE COURT

Dated: _____, 2025      _____J.
United States Bankruptcy Judge