1593154MO16/dmn/060425/ime/060425

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-21712-CMB |
| | : | ADVERSARY NO.   21-02104-CMB |
| EUSTACE O. UKU, | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | **RULE 7025/9014** |
| EUSTACE O. UKU, | : | **MOTION TO SUBSTITUE** |
| | : | **PARTY/CREDITOR** |
| Movant. | : | **DUE TO DEATH** |
| | : | **(CONSENTED BY DEBTOR** |
| vs. | : | **AND TRUSTEE)** |
| | : | |
| CHARLES A. KNOLL, Jr., | : | |
| | : | |
| Creditor. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RULE 7025 MOTION TO SUBSTITUE PARTY/CREDITOR DUE TO DEATH (CONSENTED BY DEBTOR and TRUSTEE) AND STATEMENT OF DEATH**

**AND NOW,** Kyra E. Knoll, Administrator of the Estate of Party/Creditor and Decedent Charles A. Knoll, Jr. by and through her counsel, David M. Nernberg and Nernberg & Associates, files this Rule 7025 Motion to Substitute Party/Creditor Due to the Death of Charles A. Knoll:

**Procedural History:**

1. Eustace O. Uku ("Uku") filed for bankruptcy under Chapter 13 on July 29, 2021.

2. Charles A. Knoll ("Knoll") is a secured creditor who filed a proper proof of claim and has been involved in this bankruptcy from its inception.

3. Knoll is also a Plaintiff in an Adversary Action to declare Uku's debt non-dischargeable on October 19th, 2021.

4. On May 10, 2025, Charles A. Knoll died in Allegheny County Pennsylvania. Exhibit "A", Death Certificate.

5. On June 4, 2025, the Kyra E. Knoll was appointed Administrator of the Estate of Charles A. Knoll by the Allegheny County Orphans Court. Exhibit "B", Short Certificate.

6. Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr., requests to be substituted for Charles A. Knoll as creditor in the Bankruptcy Action filed at 21-21712-CMB and as Plaintiff in the Adversary Action filed at 21-02104-CMB.

**WHEREFORE,** it is Prayed that this Honorable Court order that Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr., be substituted as the party in the Bankruptcy Action filed at 21-21712-CMB and as Plaintiff in the Adversary Action filed at 21-02104-CMB.

                                         Respectfully Submitted,
                                         MAURICE A. NERNBERG & ASSOCIATES

Date: June 5, 2025            By: /s/ *David M. Nernberg*
                                         David M. Nernberg
                                         Pa. I.D. No. 205631

                                         Maurice A. Nernberg & Associates
                                         301 Smithfield Street
                                         Pittsburgh, PA 15222
                                         (412) 232-0334
                                         dmn@nernberg.com

                                         *Counsel for Charles A. Knoll, Jr.*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-21712-CMB |
| | : | ADVERSARY NO.   21-02104-CMB |
| EUSTACE O. UKU, | : | |
| | : | Chapter 7 |
| Debtor. | : | |
| | : | |
| EUSTACE O. UKU, | : | |
| | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. KNOLL, Jr., | : | |
| | : | |
| Creditor. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER OF COURT**

**AND NOW,** to-wit, this ___ day of _____, 2025, upon Request of the Creditor, Charles A. Knoll, Jr., it is **ORDERED** that Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr., be substituted as the Party/Creditor in Bankruptcy Action at 21-21712-CMB and Adversary Action at 21-02104-CMB.

By the Court,

_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

## Certification of Death

| Field | Value |
|---|---|
| Disposition Permit Number | E052051 |
| State File Number | 352220-2025 |
| Decedent's Legal Name | Charles A. Knoll Jr. |
| Date of Death | May 10, 2025 |
| Alias | Not Applicable |
| Social Security Number | (redacted) |
| Sex | Male |
| Age | 72 Years |
| Date of Birth | March 24, 1953 |
| Birthplace | Pittsburgh, Pennsylvania |
| Ever in US Armed Forces | No |
| Marital Status at Time of Death | Divorced |
| Residence Address | 101 Buhlmont Dr, Sewickley, Pennsylvania 15143-8704 |
| Surviving Spouse's Name | Not Applicable |
| Residence County | Allegheny |
| Parent's Name | Charles A. Knoll Sr. |
| Parent's Name | Catherine Baker |
| Informant's Name | Chloe Knoll |
| Informant's Relationship to Decedent | Daughter |
| Place of Death | Decedent's Residence, 101 Buhlmont Dr |
| City or Town, State, and Zip Code | Sewickley, Pennsylvania 15143-8704 |
| County of Death | Allegheny |
| Method of Disposition | Cremation |
| Place of Disposition | Pittsburgh Cremation Services |
| Location of Disposition | Pittsburgh, PA 15237-2719 |
| Date of Disposition | May 13, 2025 |
| Time of Death | 12:10 PM |
| Name and Address of Funeral Facility | R D Copeland Ltd - Irvine Chapel (Sewickley), 702 Beaver St Sewickley, PA 15143-1744 |
| Funeral Director | Eric Sarokon (Signature on File) |

**PART I. Cause of Death:**

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| Immediate Cause → a. | Respiratory Failure | Days |
| b. | Aspiration into airway | Weeks |
| c. | Amyotrophic Lateral Sclerosis | Months |
| d. | <<<>>> | <<<>>> |

**PART II. Other Significant Conditions Contributing to Death:** <<<>>>

| Field | Value |
|---|---|
| Was an Autopsy Performed? | No |
| Were Autopsy Findings Available to Complete Cause of Death? | Not Applicable |
| Date of Injury | Not Applicable |
| Time of Injury | Not Applicable |
| Place of Injury | Not Applicable |
| Injury at Work | Not Applicable |
| Location of Injury | Not Applicable |
| Describe How Injury Occurred | Not Applicable |
| If Transportation Injury, Specify | Not Applicable |
| Did Tobacco Use Contribute to Death? | No |
| Pregnant at Time of Death | Not Applicable |
| Manner of Death | Natural |
| Hispanic Origin | No, not Spanish/Hispanic/Latino |
| Education | Doctorate or Professional degree |
| Decedent's Race | White |
| Usual Occupation | Lawyer |
| Kind of Business/Industry | Legal |

Certifier's Name & Title: *Nicholas Abbott DO (Signature on File)*
Address: 1211 Wilmington Avenue, Indiana, Pennsylvania 15705-0001
Date Certified: May 12, 2025
Registrar's Name/District Number: *WAYNE P. MADDEN (Signature on File)*    02-013
Date Filed: May 13, 2025

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Wayne Madden* — Local Registrar    Date Issued: 5 / 14 / 2025

*Lisa A. Hasselbrook* — State Registrar

H105.805.1    REV (8/20)    **WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

L 921410715

---

R D COPELAND LTD - IRVINE CHAPEL (SEWICKLEY)
702 BEAVER ST
SEWICKLEY, PA 15143-1744

Order Number    FHO202505427706


EXHIBIT "A"

Certificate Fee: $20.00

FORM 20

## DEPARTMENT OF COURT RECORDS, WILLS/ORPHANS' COURT DIVISION

*COMMONWEALTH OF PENNSYLVANIA*

*ALLEGHENY COUNTY*

SS:   No.:   2313150

No.   022503622

I, Michael McGeever, Director of the Department of Court Records in and for the County of Allegheny in the Commonwealth of Pennsylvania, DO HEREBY CERTIFY that on the 4th day of June, 2025   LETTERS OF ADMINISTRATION C.T.A.

on the Estate of CHARLES A. KNOLL JR.,

deceased, were granted to KYRA E. KNOLL

having first been qualified well and truly to administer the same. And, I further certify that no revocation of said Letters appears of record in my office.

Date of Death   5/10/2025

Social Security No.   ▇▇▇▇▇▇▇

Given under my hand and seal of office, at Pittsburgh this 4th day of June 2025

*Michael McGeever*

Director, Department of Court Records

*[signature]*

Clerk

**NOT VALID WITHOUT ORIGINAL SIGNATURE AND IMPRESSED SEAL**



EXHIBIT "B"