IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Eustace O. Uku
    Debtor(s)

Bankruptcy No.: 21-21712-CMB

Chapter 7

Related to Document Nos. 377 and 379

Hearing Date and Time:
July 15, 2025 at 1:30 PM

## CERTIFICATE OF SERVICE OF MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE, OR IN THE ALTERNATIVE MOTION OBJECTING TO DISCHARGE UNDER SECTION 727(A)(8) OR (A)(9) AND ORDER SIGNED JUNE 10, 2025

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 10, 2025.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic mail, first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

### *Service by email:*

Donald R. Calairo
dcalaiaro@c-vlaw.com
Andrew Kevin Pratt
apratt@c-vlaw.com
David Z. Valencik
dvalencik@c-vlaw.com
*Counsel for Eustace O. Uku*

Denise Carlon
dcarlon@kmllawgroup.com
*Counsel for Deutsche Bank National Trust Company*

S. James Wallace
ecfpeoples@grblaw.com
*Counsel for Peoples Natural Gas Company, LLC*

Allison L. Carr
acarr@attorneygeneral.gov
*Counsel for Department of Revenue*

Jennifer L. Cerce
jlc@mbm-law.net
*Counsel for Penn Hills School District and Municipality of Penn Hills*

Keri P. Ebeck
kebeck@bernsteinlaw.com
*Counsel for Duquesne Light Company*

Roger Fay
rfay@alaw.net
*Counsel for Banc of America Funding Corporation Mortgage*

PAWB Local Form 7 (07/13)

| | |
|---|---|
| Lorraine Gazzara Doyle<br>ldoyle@squirelaw.com<br>*Counsel for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-8, U.S. Bank Nat* | Amanda Grant<br>agrant@utbf.com<br>Kristen Wetzel Ladd<br>kladd@utbf.com<br>*Counsel for PNC Bank, N.A.* |
| Mario J. Hanyon<br>mario.hanyon@brockandscott.com<br>*Counsel for U.S. Bank National Association* | Jeffrey R. Hunt<br>jhunt@grblaw.com<br>*Counsel for Clairton City School District and County of Allegheny* |
| Mary F. Kennedy<br>mary@javardianlaw.com<br>*Counsel for Deutsche Bank National Trust Company* | Office of the United States Trustee<br>ustpregion03.pi.ecf@usdoj.gov |
| David W. Raphael<br>raphaeld@fnb-corp.com<br>*Counsel for First National Bank of PA* | Mary Bower Sheats<br>mary@mbsheatslaw.com<br>*Counsel for Shelley L. Fant* |
| Leonard F. Spagnolo<br>lspagnolo@palamerican.com<br>*Mediator* | Crystal H. Thornton-Illar<br>cThornton-Illar@leechtishman.com<br>*Trustee* |

### *Service by First-Class Mail:*

| | |
|---|---|
| Ally Financial, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | CITIZENS BANK, N.A.<br>Citizens Bank<br>1 Citizens Bank Way<br>Mail Stop JCA-130<br>Johnston, RI 02919 |

EXECUTED ON: 06/10/25

By: _____
Signature
David M. Nernberg, Esq.
Typed Name
301 Smithfield Street, Pittsburgh, PA 15222
Address
(412)232-0334
Phone No.
Pa. I.D. No. 205631
List Bar I.D. and State of Admission

PAWB Local Form 7 (07/13)