**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.: 21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STATUS REPORT

AND NOW, this 7th day of August 2025, Crystal H. Thornton-Illar, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Eustace O. Uku files this Status Report and respectfully states as follows:

1. On July 29, 2021, Eustace O. Uku (the "Debtor") filed a voluntary petition for relief under Chapter 13, of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Pennsylvania at the above-captioned case number (the "Bankruptcy Case").

2. This proceeding is a core proceeding over which this court has jurisdiction under 11 U.S.C. § 157(b)(1).

3. On October 23, 2024, the Bankruptcy Case was converted to a chapter 7 case.

4. On October 23, 2024, Brian Cavanaugh was appointed as the Chapter 7 Trustee.

5. On February 25, 2025, Brian Cavanagh filed a notice of Resignation of Trustee [Doc. No. 363].

6. On February 24, 2024, Crystal H. Thornton-Illar was appointed as the Chapter 7 Trustee.

7.      The Debtor is elderly and suffers from various health conditions and resided at 214 Farmington Road, Pittsburgh, PA 15215 (the "Property") until recently. The Debtor has vacated the Property; the Property is currently unoccupied.

8.      The Property is at the heart of the two pending adversary proceedings. All parties have agreed that the next step in this Bankruptcy Case and the related adversary proceedings is to sell the Property.

9.      The Trustee has reached out to no less than five real estate agents to list the Property. Unfortunately, each agent stopped returning the Trustee's call before filing the motion to employ, which has slowed down the sale process. Recently, the Trustee has found an agent, Elias Pappan, who is willing to list the property subject to Court approval. The Trustee plans to file the Motion to Employ the Real Estate Professional simultaneously with this Status Report.  The Trustee has signed a listing agreement subject to Court approval.

10.      The Trustee has kept in touch with counsel for the estate of Mr. Knoll and counsel for the Debtor during this entire process.

11.      Counsel for the estate of Mr. Knoll remains willing to loan money subject to court approval to perform repairs and maintenance on the Property in an effort to obtain a higher selling price.  Once employed, the agent is willing to assist with this process.

12.      The Trustee, counsel for the Debtor, and counsel for the estate of Mr. Knoll agree that a status conference is not necessary at this time.

Date: August 7, 2025

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
Telephone: 412.261.1600
cthornton-illar@leechtishman.com