**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Carlota M. Böhm |
| | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Related Document No. 388 |
| | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | Hearing Date & Time: |
| v. | ) | **September 9, 2025 at 1:30 p.m.** |
| | ) | |
| EUSTACE O. UKU, | ) | Response Deadline:  **August 25, 2025** |
| | ) | |
| Respondent. | ) | |
| | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE PROFESSIONALS**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **August 25, 2025** *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A hearing will be held on **September 9, 2025, at 1:30 p.m.** before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at:

https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.  For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: August 8, 2025

                          LEECH TISHMAN FUSCALDO & LAMPL, LLC

                          By:*/s/ Crystal H. Thornton-Illar*
                                Crystal H. Thornton-Illar (PA I.D. No. 93003)
                                525 William Penn Place, 28th Floor
                                Pittsburgh, Pennsylvania 15219
                                Telephone: 412.261.1600
                                Facsimile:  412.227.5551
                                Email: cthornton@leechtishman.com

                                *Chapter 7 Trustee*