# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | Chapter 7 |
| | ) | |
|       Debtor. | ) | The Honorable Carlota M. Böhm |
| _____ | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Related Document Nos. 388 & 391 |
| | ) | |
|       Chapter 7 Trustee, | ) | |
| | ) | Hearing Date & Time: |
| v. | ) | **September 9, 2025 at 1:30 p.m.** |
| | ) | |
| EUSTACE O. UKU, | ) | Response Deadline:  **August 25, 2025** |
| | ) | |
|       Respondent. | ) | |
| _____ | ) | |

### CERTIFICATE OF SERVICE TO TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE PROFESSIONALS

    I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served the (1) *Trustee's Application to Employ Real Estate Professionals*; and (2) *Notice of Hearing with Response Deadline* on the parties listed on the attached sheet.

                                     LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: August 11, 2025           By: */s/ Crystal H. Thornton-Illar*
                                            Crystal H. Thornton-Illar, Esq. (PA I.D. No. 93003)
                                            525 William Penn Place, 28th Floor
                                            Pittsburgh, PA 15219
                                            Telephone:  412.261.1600
                                            Facsimile:   412.227.5551
                                            cthornton-illar@leechtishman.com

                                            *Chapter 7 Trustee*

**VIA Electronic Mail and the Court's CM/ECF Filing System on August 8, 2025:**

- Office of the United States Trustee – ustpregion03.pi.ecf@usdoj.gov
- David W. Raphael, Counsel for First National Bank of PA – raphaeld@fnb-corp.com
- Leonard F. Spagnolo, Mediator – lspagnolo@palamerican.com, pamctigue@bentzlaw.com

| | | |
|---|---|---|
| **Donald R. Calaiaro**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>412-232-0930<br>412-232-3858 (fax)<br>dcalaiaro@c-vlaw.com<br>*Assigned: 07/29/2021* | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| *Assigned: 08/08/2023* | representing | **Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr.**<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207<br>*(Creditor)* |
| **Denise Carlon**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>215-627-7734 (fax)<br>dcarlon@kmllawgroup.com<br>*Assigned: 01/12/2024*<br>*LEAD ATTORNEY* | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Allison L. Carr**<br>Pennsylvania Office of Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>412-339-2308<br>acarr@attorneygeneral.gov<br>*Assigned: 02/24/2022* | representing | **Dep't of Revenue Office of Attorney General**<br>Anthony T. Kovalchick<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>akovalchick@attorneygeneral.gov<br>*(Creditor)* |

| | | |
|---|---|---|
| **Brian P. Cavanaugh**<br>Turin, DeMatt & Cavanaugh, PC<br>115 North Main Street<br>Greensburg, PA 15601<br>724-838-1400<br>724-834-0363 (fax)<br>bcavanaugh@tdc-law.com<br>  Assigned: 11/14/2024<br>   TERMINATED: 02/24/2025 | representing | **Brian P. Cavanaugh**<br>Turin, DeMatt & Cavanaugh, PC<br>115 North Main Street<br>Greensburg, PA 15601<br>724-838-1400<br>bcavanaugh@tdc-law.com<br>*TERMINATED: 02/24/25*<br>*(Trustee)* |
| **Jennifer L. Cerce**<br>Maiello Brungo & Maiello<br>Southside Works<br>424 S. 27th Street, Ste 210<br>Pittsburgh, PA 15203<br>412-242-4400<br>412-242-4377 (fax)<br>jlc@mbm-law.net<br>  Assigned: 09/20/2021 | representing | **Penn Hills School District and Municipality of Penn Hills**<br>Tax Division<br>c/o Maiello, Brungo & Maiello, LLP<br>Foxpointe II<br>100 Purity Rd, Ste. 3<br>Pittsburgh, PA 15235<br>*(Creditor)* |
| **Keri P. Ebeck**<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>412-456-8112<br>kebeck@bernsteinlaw.com<br>  Assigned: 08/03/2021 | representing | **Duquesne Light Company**<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com<br>*(Creditor)* |
| **Roger Fay**<br>Albertelli Law<br>14000 Commerce Parkway<br>Suite H<br>Mount Laurel, NJ 08054<br>856-724-1888<br>856-793-9190 (fax)<br>rfay@alaw.net<br>  Assigned: 06/15/2023 | representing | **Banc of America Funding Corporation Mortgage**<br>*(Creditor)* |

| | | |
|---|---|---|
| **Lorraine Gazzara Doyle**<br>Richard M. Squire & Associates<br>115 West Avenue<br>Suite 104<br>19406, Ste 150<br>Jenkintown, PA 08053<br>610-202-0060<br>ldoyle@squirelaw.com<br>  Assigned: 06/15/2023 | representing | **Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 07-00008, U.S. Bank Nat**<br>P.O. Box 619096<br>Dallas, TX 75261-9741<br>*(Creditor)* |
| **Amanda Grant**<br>Unruh Turner Burke & Frees PC<br>P.O. Box 515<br>West Chester, PA 19381-0515<br>610-692-1371<br>610-918-1361 (fax)<br>agrant@utbf.com<br>  Assigned: 08/12/2021<br>   TERMINATED: 10/22/2021<br><br>  Assigned: 10/15/2021 | representing | **CITIZENS BANK, N.A.**<br>Citizens Bank<br>1 Citizens Bank Way<br>Mail Stop JCA-130<br>Johnston, RI 02919<br>*(Creditor)*<br>PRO SE |
| | representing | **PNC Bank, N.A.**<br>249 FifthAvenue<br>One PNC Plaza<br>Pittsburgh, PA 15222<br>*(Creditor)* |
| **Mario J. Hanyon**<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054<br>844 856 6646<br>wbecf@brockandscott.com<br>  Assigned: 02/15/2024 | representing | **U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr**<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019<br>*(Creditor)* |
| **Jeffrey R. Hunt**<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219<br>412-281-0587<br>412-281-2971 (fax)<br>jhunt@grblaw.com<br>  Assigned: 09/27/2021 | representing | **Clairton City School District**<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219<br>United States of America<br>412-281-0587<br>412-281-2971 (fax)<br>jhunt@grblaw.com<br>*(Creditor)* |

| | | |
|---|---|---|
| | | **County of Allegheny**<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219<br>United States<br>412-281-0587<br>412-281-2971 (fax)<br>jhunt@grblaw.com<br>*(Creditor)* |
| **Mary F. Kennedy**<br>Law Offices of Gregory Javardian<br>1310 Industrial Boulevard<br>Suite 101<br>Southampton, PA 18966<br>215-942-9690<br>mary@javardianlaw.com<br>  *Assigned: 12/12/2024* | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Anthony T. Kovalchick**<br>PA Office of the Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>412-565-2543<br>akovalchick@attorneygeneral.gov<br>  *Assigned: 09/13/2021*<br>   *TERMINATED: 02/25/2022* | representing | **Dep't of Revenue Office of Attorney General**<br>Anthony T. Kovalchick<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>akovalchick@attorneygeneral.gov<br>*(Creditor)* |
| **Kristen Wetzel Ladd**<br>Unruh Turner Burke & Frees<br>PO Box 515<br>West Chester, PA 19381-0515<br>610-692-1371<br>kladd@utbf.com<br>  *Assigned: 09/14/2021* | representing | **PNC Bank, N.A.**<br>249 FifthAvenue<br>One PNC Plaza<br>Pittsburgh, PA 15222<br>*(Creditor)* |
| **David M Nernberg**<br>Maurice A. Nernberg & Assoc.<br>301 Smithfield Street<br>Pittsburgh, PA 15222<br>412-232-0334<br>412-232-0710 (fax)<br>dmn@nernberg.com<br>  *Assigned: 08/02/2021* | representing | **Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr.**<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207<br>*(Creditor)* |

| | | |
|---|---|---|
| **Brian Nicholas**<br>325 Chestnut Street<br>Suite 725<br>Philadelphia, PA 19106<br>201-549-2366<br>brian+ecf@briannicholas.com<br> *Assigned: 08/06/2021*<br> *TERMINATED: 01/12/2024* | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Mark B. Peduto**<br>Calaiaro Valencik<br>938 Penn Avenue<br>Suite 501<br>Pittsburgh, PA 15222<br>412-232-0930<br>412-232-3858 (fax)<br>mpeduto@c-vlaw.com<br> *Assigned: 05/31/2022*<br> *TERMINATED: 09/27/2022* | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| **Andrew Kevin Pratt**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>412-232-0930<br>412-232-3858 (fax)<br>apratt@c-vlaw.com<br> *Assigned: 09/28/2022*<br> *LEAD ATTORNEY* | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| **Mary Bower Sheats**<br>Mary Bower Sheats, Attorney at Law<br>1195 Washington Pike<br>Suite 325<br>Bridgeville, PA 15017<br>412-281-7266<br>412-226-5107 (fax)<br>mary@mbsheatslaw.com<br> *Assigned: 09/14/2021* | representing | **Shelley Fant**<br>821 Old Mill Road<br>Pittsburgh, Pa 15238<br>*(Creditor)* |

**David Z. Valencik**
Calaiaro Valencik
555 Grant Street
Suite 300
Pittsburgh, PA 15219
412-232-0930
412-232-3858 (fax)
dvalencik@c-vlaw.com
 *Assigned: 09/28/2022*
 *LEAD ATTORNEY*

representing

**Eustace O. Uku**
214 Farmington Road
Pittsburgh, PA 15215
*(Debtor)*

**S. James Wallace**
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219
412-281-0587
412-281-2971 (fax)
ecfpeoples@grblaw.com
 *Assigned: 08/06/2021*

representing

**Peoples Natural Gas Company LLC**
GRB Law
Frick Building
437 Grant Street, 14th Floor
Pittsburgh, PA 15219
4122810587
swallace@grblaw.com
*(Creditor)*

**Mitchel Zemel**
Mitchel Zemel, ESQ., LLC
428 Blvd. of the Allies
Ste Third Floor
Pittsburgh, PA 15219
724-473-2246
zemel@zemellaw.com
 *Assigned: 03/17/2023*
  *TERMINATED: 04/14/2023*

representing

**Home Buyers of PGH**
*(Interested Party)*
PRO SE

**VIA First-Class U.S. Mail on August 9, 2025:**

Ally Financial
c/o AIS Portfolio Services
4515 N. Santa Fe Avenue
Department APS
Oklahoma City, OK 73118-7901

Kyra E. Knoll
301 Smithfield Street
Pittsburgh, PA 15222-2207

PNC Bank, N.A.
249 Fifth Avenue
One PNC Plaza
Pittsburgh, PA 15222

U.S. Bank National Association
8950 Cypress Waters Boulevard
Coppell, TX 75019-4620

Allegheny County
John K. Weinstein, County Treasurer
Room 108 Courthouse
436 Grant Street
Pittsburgh, PA 15219-2400

Ally
P.O. Box 9222
Old Bethpage, NY 11804-9222

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

Bank of America
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America
P.O. Box 982238
El Paso, TX 79980-0001

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA
P.O. Box 30258
Salt Lake City, UT 84130-0258

Care Credit Card
Synchrony Bank
P.O. Box 71784
Philadelphia, PA 19176-1784

Carrington Mortgage Service LLC
1600 S. Douglas Road, Suite 110
Anaheim, CA 92806-5951

Charles A. Knoll
408 ½ Beaver Street
Sewickley, PA 15143-1502

Charles A. Knoll
408 Beaver Street
Sewickley, PA 15143-1502

Citibank
P.O. Box 6190
Sioux Falls, SD 57117-6190

Citizens Bank
1000 Lafayette Boulevard
Bridgeport, CT 06604-4723

City of Clairton
551 Ravensburg Boulevard
Clairton, PA 15025-1297

City of Clairton
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Commonwealth of PA
Department of Revenue
Bureau of Compliance
Department 280946
Harrisburg, PA 17128-0001

Credence Resource Management
P.O. Box 2300
Southgate, MI 48195-4300

Credit One Bank
Customer Service
P.O. Box 98873
Las Vegas, NV 89193-8873

Credit One Bank, NA
P.O. Box 98872
Las Vegas, NV 89193-8872

Deutsche Bank National Trust Company, et al.
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5948

Direct TV
P.O. Box 5007
Carol Stream, IL 60197-5007

Diversified Consultants Inc.
P.O. Box 551268
Jacksonville, FL 32255-1268

Exico Inc.
241 Fourth Avenue
Pittsburgh, PA 15222-1709

Exico, Inc.
214 Farmington Road
Pittsburgh, PA 15215-1633

Fox Chapel Area School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Fox Chapel Authority
255 Alpha Drive
Pittsburgh, PA 15238-2944

Guardian Protection Services
174 Thorn Hill Road
Warrendale, PA 15086-7528

Jordan Tax Services
P.O. Box 200
Bethel Park, PA 15102-0200

Joshua A. Lyons, Esq.
Maurice A. Nernberg & Associates
301 Smithfield Street
Pittsburgh, PA 15222-2207

Katherine L. DiAmico, Esq.
Portnoff Law Associates, Ltd.
P.O. Box 391
Norristown, PA 19404-0391

Kyra E. Knoll, in her capacity as
Administrator for the
Estate of Charles A. Knoll, Jr.
301 Smithfield Street
Pittsburgh, PA 15222-2207

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Michael G. McCabe, Esq.
Goehring Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107

Mission Lane LLC
P.O. Box 105286
Atlanta, GA 30348-5286

Municipality of Penn Hills
12245 Frankstown Road
Pittsburgh, PA 15235-3405

Municipality of Penn Hills
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Nissan
P.O. Box 660366
Dallas, TX 75266-0366

Ollo Cards
P.O. Box 9222
Old Bethpage, NY 11804-9222

PNC Bank Retail Lending
P.O. Box 94982
Cleveland, OH 44101-4982

PNC Bank, NA
1400 Market Street
Philadelphia, PA 19103

Penn Hills School District
12200 Garland Drive
Pittsburgh, PA 15235-3485

Penn Hills School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Penn Hills School District &
Municipal Tax Office
c/o Keystone Collections
260 Aster Street
Pittsburgh, PA 15235-2059

Penn Hills Township
1200 Frankstown Road, 2nd Floor
Pittsburgh, PA 15235

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Resurgent Receivables, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Shelley Fant
381 Old Mill Road
Pittsburgh, PA 15238

Shelley Fant
821 Old Mill Road
Pittsburgh, PA 15238-1711

Shelley Fant
851 Old Mill Road
Pittsburgh, PA 15238

Southwest Credit Systems
4120 International Parkway, Suite 1100
Carrollton, TX 75007-1958

Sprint
P.O. Box 4191
Carol Stream, IL 60197-4191

UPMC Health Services
P.O. Box 1123
Minneapolis, MN 55440-1123

UPMC Physicians Services
P.O. Box 1123
Minneapolis, MN 55440-1123

Verizon
by American InfoSource as agent
P.O. Box 4457
Houston, TX 77210-4457