# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | Chapter 7 |
| | ) | |
|     Debtor. | ) | The Honorable Carlota M. Böhm |
| | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Related Document Nos. 388 & 391 |
| | ) | |
|     Chapter 7 Trustee, | ) | |
| | ) | Hearing Date & Time: |
| v. | ) | **September 9, 2025 at 1:30 p.m.** |
| | ) | |
| EUSTACE O. UKU, | ) | Response Deadline:  **August 25, 2025** |
| | ) | |
|     Respondent. | ) | |
| | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S
## APPLICATION TO EMPLOY COUNSEL

1. On August 7, 2025, Trustee's Application to Employ Real Estate Professionals (the "Application") [Docket No. 388] was filed.

2. Pursuant to the Notice of Hearing with Response Deadline [Docket No. 391] (the "Notice"), responses, if any, to the Application were required to have been filed with the Bankruptcy Court on or before August 25, 2025 (the "Response Deadline").

3. The Response Deadline has passed and no objections or objections to the Application appear on the docket or were served upon the undersigned counsel. In accordance with the Notice, if no response is filed, the Bankruptcy Court may determine after review of the Application that no hearing is required and accordingly enter Proposed Order by default.

                                        LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: August 26, 2025        By: */s/ Crystal H. Thornton-Illar*
                                       Crystal H. Thornton-Illar
                                       PA I.D. No. 93003
                                       525 William Penn Place, 28th Floor
                                       Pittsburgh, Pennsylvania 15219
                                       Telephone: 412.261.1600
                                       Facsimile:  412.227.5551
                                       Email: cthornton-illar@leechtishman.com
                                       *Chapter 7 Trustee*