IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| Eustace O. Uku | : Bankruptcy No.: 21-21712-CMB |
|           Debtor | : |
| Eustace O. Uku, | : Chapter 7 |
|           Respondent | : |
|     v. | : Related to Document Nos. 396 and 397 |
| Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. | : |
|           Movant. | : Hearing Date and Time: September 30, 2025 at 2:30 pm |

### CERTIFICATE OF SERVICE OF MOTION TO HOLD DEBTOR IN CONTEMPT, VOID EXEMPTIONS AND PRODUCE DOCUMENTS RELATED TO INCOME

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 3, 2025.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic mail, first-class mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by email," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

### *Service by email:*

Donald R. Calairo
dcalaiaro@c-vlaw.com
Andrew Kevin Pratt
apratt@c-vlaw.com
David Z. Valencik
dvalencik@c-vlaw.com
*Counsel for Eustace O. Uku*

Allison L. Carr
acarr@attorneygeneral.gov
*Counsel for Department of Revenue*

Keri P. Ebeck
kebeck@bernsteinlaw.com
*Counsel for Duquesne Light Company*

Denise Carlon
dcarlon@kmllawgroup.com
*Counsel for Deutsche Bank National Trust Company*

S. James Wallace
ecfpeoples@grblaw.com
*Counsel for Peoples Natural Gas Company, LLC*

Jennifer L. Cerce
jlc@mbm-law.net
*Counsel for Penn Hills School District and Municipality of Penn Hills*

Roger Fay
rfay@alaw.net
*Counsel for Banc of America Funding Corporation Mortgage*

PAWB Local Form 7 (09/03)

| | |
|---|---|
| Lorraine Gazzara Doyle<br>ldoyle@squirelaw.com<br>*Counsel for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2007-8, U.S. Bank Nat* | Amanda Grant<br>agrant@utbf.com<br>Kristen Wetzel Ladd<br>kladd@utbf.com<br>*Counsel for PNC Bank, N.A.* |
| Mario J. Hanyon<br>mario.hanyon@brockandscott.com<br>*Counsel for U.S. Bank National Association* | Jeffrey R. Hunt<br>jhunt@grblaw.com<br>*Counsel for Clairton City School District and County of Allegheny* |
| Mary F. Kennedy<br>mary@javardianlaw.com<br>*Counsel for Deutsche Bank National Trust Company* | Office of the United States Trustee<br>ustpregion03.pi.ecf@usdoj.gov |
| David W. Raphael<br>raphaeld@fnb-corp.com<br>*Counsel for First National Bank of PA* | Mary Bower Sheats<br>mary@mbsheatslaw.com<br>*Counsel for Shelley L. Fant* |
| Leonard F. Spagnolo<br>lspagnolo@palamerican.com<br>*Mediator* | Crystal H. Thornton-Illar<br>cThornton-Illar@leechtishman.com<br>*Trustee* |

**Service by First-Class Mail:**

| | |
|---|---|
| Ally Financial, c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | CITIZENS BANK, N.A.<br>Citizens Bank<br>1 Citizens Bank Way<br>Mail Stop JCA-130<br>Johnston, RI 02919 |
| Elias Pappan<br>Engel & Vokers Pittsburgh<br>421 Walnut Street<br>Sewickley, PA 15143 | |

EXECUTED ON: September 3, 2025

By: /s/ *David M. Nernberg*
Signature
David M. Nernberg, Esq.
Typed Name
301 Smithfield Street, Pittsburgh, PA 15222
Address
(412)232-0334
Phone No.
Pa. I.D. No. 205631
List Bar I.D. and State of Admission

PAWB Local Form 7 (09/03)