IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Eustace O. Uku | : | Bankruptcy No.: 21-21712-CMB |
| Debtor | : | |
| Eustace O. Uku, | : | Chapter 7 |
| Respondent | : | |
| v. | : | Related to Document Nos. 396 and 397 |
| Kyra E. Knoll, in her capacity as Administrator for | : | |
| the Estate of Charles A. Knoll, Jr. | : | Hearing Date and Time: |
| Movant. | : | September 30, 2025 at 2:30 pm |

**CERTIFICATE OF SERVICE OF MOTION TO HOLD DEBTOR IN CONTEMPT, VOID
EXEMPTIONS AND PRODUCE DOCUMENTS RELATED TO INCOME**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 3, 2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic mail, first-class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by email," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

### *Service by email:*

Donald R. Calairo
dcalairo@c-vlaw.com
Andrew Kevin Pratt
apratt@c-vlaw.com
David Z. Valencik
dvalencik@c-vlaw.com
*Counsel for Eustace O. Uku*

Denise Carlon
dcarlon@kmllawgroup.com
*Counsel for Deutsche Bank National Trust Company*

S. James Wallace
ecfpeoples@grblaw.com
*Counsel for Peoples Natural Gas Company, LLC*

Allison L. Carr
acarr@attorneygeneral.gov
*Counsel for Department of Revenue*

Jennifer L. Cerce
jlc@mbm-law.com
*Counsel for Penn Hills School District and Municipality of Penn Hills*

Keri P. Ebeck
kebeck@bernsteinlaw.com
*Counsel for Duquesne Light Company*

Roger Fay
rfay@alaw.net
*Counsel for Banc of America Funding Corporation Mortgage*

**PAWB Local Form 7 (09/03)**

Lorraine Gazzara Doyle
ldoyle@squirelaw.com
*Counsel for Banc of America Funding*
*Corporation Mortgage Pass-Through Certificates,*
*Series 2007-8, U.S. Bank Nat*

Amanda Grant
agrant@utbf.com
Kristen Wetzel Ladd
kladd@utbf.com
*Counsel for PNC Bank, N.A.*

Mario J. Hanyon
mario.hanyon@brockandscott.com
*Counsel for U.S. Bank National Association*

Jeffrey R. Hunt
jhunt@grblaw.com
*Counsel for Clairton City School District and County*
*of Allegheny*

Mary F. Kennedy
mary@javardianlaw.com
*Counsel for Deutsche Bank National*
*Trust Company*

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

David W. Raphael
raphaeld@fnb-corp.com
*Counsel for First National Bank of PA*

Mary Bower Sheats
mary@mbsheatslaw.com
*Counsel for Shelley L. Fant*

Leonard F. Spagnolo
lspagnolo@palamerican.com
*Mediator*

Crystal H. Thornton-Illar
cThornton-Illar@leechtishman.com
*Trustee*

### ***Service by First-Class Mail:***

Ally Financial, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

CITIZENS BANK, N.A.
Citizens Bank
1 Citizens Bank Way
Mail Stop JCA-130
Johnston, RI 02919

Elias Pappan
Engel & Vokers Pittsburgh
421 Walnut Street
Sewickley, PA 15143

EXECUTED ON: September 3, 2025

By:  /s/ *David M. Nernberg*
    Signature
    David M. Nernberg, Esq.
    Typed Name
    301 Smithfield Street, Pittsburgh, PA 15222
    Address
    (412)232-0334
    Phone No.
    Pa. I.D. No. 205631
    List Bar I.D. and State of Admission