IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 21-21712-CMB |
| | : | |
| EUSTACE O. UKU, | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| EUSTACE O. UKU, | : | |
| | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| | : | |
| CHARLES A. KNOLL, Jr., | : | |
| | : | |
| Creditor. | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER OF COURT**

**AND NOW,** to-wit, this ___ day of _____, 2025, upon Request of the Creditor, Kyra E. Knoll, as Administrator of the Estate of Charles A. Knoll, Jr., it is **ORDERED** that the time period in which to file any Objection to Discharge is extended 30 days until the 31 of October, 2025.

By the Court,

_____
Honorable Carlota M. Böhm
United States Bankruptcy Judge