**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Carlota M. Böhm |
| | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Related Document Nos. 413 & 414 |
| | ) | |
| Chapter 7 Trustee, | ) | Hearing Date & Time: |
| | ) | **October 28, 2025 at 1:30 p.m.** |
| v. | ) | |
| | ) | Response Deadline: **October 20, 2025** |
| EUSTACE O. UKU, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING TRUSTEE'S**
**MOTION TO OBTAIN FINANCING AND GRANTING**
**ADMINISTRATIVE EXPENSE PRIORITY PURSUANT TO SECTION 364(c)**

1. On October 1, 2025, Trustee's Motion to Obtain Financing and Granting Administrative Expense Priority Pursuant to Section 364(c) (the "Motion") [Docket No. 413] was filed.

2. Pursuant to the Notice of Hearing with Response Deadline [Docket No. 414] (the "Notice"), responses, if any, to the Motion were required to have been filed with the Bankruptcy Court on or before October 20, 2025 (the "Response Deadline").

3. The Response Deadline has passed and no objections or objections to the Motion appear on the docket or were served upon the undersigned counsel. In accordance with the Notice, if no response is filed, the Bankruptcy Court may determine after review of the Motion that no hearing is required and accordingly enter Proposed Order by default.

                 LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: October 22, 2025    By: */s/ Crystal H. Thornton-Illar*
              Crystal H. Thornton-Illar
              PA I.D. No. 93003
              525 William Penn Place, 28th Floor
              Pittsburgh, Pennsylvania 15219
              Telephone: 412.261.1600
              Facsimile:  412.227.5551
              Email: cthornton-illar@leechtishman.com

              *Chapter 7 Trustee*