Form 507

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **EUSTACE O. UKU,** | : | **Bankruptcy No. 21-21712-CMB** |
| **Debtor and Respondent.** | : | |
| | : | **Chapter 7** |
| | : | |
| **KYRA E. KNOLL ADMINISTRATOR** | : | **Related to Doc. No. 418** |
| **OF THE ESTATE OF CREDITOR** | : | |
| **CHARLES A. KNOWLL, JR.,** | : | |
| | : | |
| **Creditor and Movant.** | : | |

**ORDER & NOTICE SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW**, this **20th** of **October, 2025**, an **_AMENDED MOTION TO HOLD DEBTOR IN CONTEMPT AND PRODUCE DOCUMENTS RELATED TO INCOME,_** "Motion" having been filed in the above-captioned case,

It is hereby **ORDERED** that Movant shall **immediately** serve the Motion and this Order and Notice on, as applicable, the following: all respondents and parties in interest and their counsel, Debtor(s), Debtor(s)' counsel, the United States Trustee, and/or the Trustee. At times, service on the entire matrix may be required. Service shall be made in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Undersigned Judge as found on the Court's webpage at www.pawb.uscourts.gov. A Certificate of Service shall be filed forthwith in compliance with the Local Bankruptcy Form.

Respondent(s), you are hereby notified that the Movant(s) seek(s) an order affecting your rights or property. Respondent(s) may wish to take this Order and Notice and the Motion to a lawyer at once.

Respondent(s) are hereby instructed to file with the Clerk and serve upon Movant(s) and counsel for Movant(s) a response to the Motion by no later than **_October 27, 2025._**

An in-person hearing will be held on **_October 28, 2025,_** at **_1:30 p.m.,_** before Judge Carlota M. Böhm in Courtroom B, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Böhm's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Böhm's website (which can be found at https://www.pawb.uscourts.gov/judge-bohms-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Böhm's _General Procedures_, which can be found at https://www.pawb.uscourts.gov/procedures-1.

   **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

   If Respondent(s) fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Movant shall refer to the Undersigned Judge's Procedures posted on the Court's webpage regarding the filing of Certifications of No Objection.  **In the event that no response to the Motion is filed, a Certification of No Objection shall be filed at least three full business days before the scheduled hearing date.**  The parties shall refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

   Pursuant to the Undersigned Judge's Procedures, in the event that the parties are able to resolve their dispute(s), **any consensual order filed with the Court shall be accompanied by a Certification of Counsel advising that all necessary parties consent to the entry of the order.**

   Telephonic participation in the hearing may be permitted as set forth in the Undersigned Judge's Procedures. Arrangements must be made by calling the courtroom deputy at least **three full business days** prior to the scheduled hearing.

   If the Motion includes a request for an extension of time, the time is extended pending the outcome of the hearing.

Carlota M. Böhm, Judge        glb
United States Bankruptcy Court

SIGNED
10/20/25 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 21-21712-CMB

Eustace O. Uku                                                                           Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#               Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

**Recip ID**                    **Recipient Name and Address**
db                   #+  Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:**

**Name**                              **Email Address**

Allison L. Carr
                    on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Allison L. Carr
                    on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov

Amanda Grant
                    on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com

Andrew Kevin Pratt
                    on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com
                    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

District/off: 0315-2                                        User: auto                                              Page 2 of 3
Date Rcvd: Oct 20, 2025                              Form ID: pdf900                                     Total Noticed: 1

Andrew Kevin Pratt
      on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.Andre
wR141044@notify.bestcase.com;asmith@c-vlaw.com

Crystal H. Thornton-Illar
      on behalf of Trustee Crystal H. Thornton-Illar cThornton-Illar@leechtishman.com
bankruptcy@leechtishman.com;dbender@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Crystal H. Thornton-Illar
      cthornton-Illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

David M Nernberg
      on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dmn@nernberg.com,
ime@nernberg.com;jlw@nernberg.com

David M Nernberg
      on behalf of Defendant Charles A. Knoll  Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

David M. Nernberg
      on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
ems@nernberg.com;naoffice@nernberg.com

David W. Raphael
      on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik
      on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik
      on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

Denise Carlon
      on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro
      on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
      on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
      on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
      on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dcalaiaro@c-vlaw.com,
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey R. Hunt
      on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
      on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
      on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen Wetzel Ladd
      on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, ddays@utbf.com

Leonard F. Spagnolo
      on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com  pamctigue@bentzlaw.com

Lorraine Gazzara Doyle
      on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates  Series 2007-8, U.S. Bank Nat
ldoyle@squirelaw.com, logsecf@logs.com

District/off: 0315-2                             User: auto                                    Page 3 of 3
Date Rcvd: Oct 20, 2025                        Form ID: pdf900                              Total Noticed: 1

Mario J. Hanyon
                        on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr
                        wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
                        on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
                        mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
                        on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
                        mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
                        on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
                        mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
                        on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
                        mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy
                        on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
                        2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Roger Fay
                        on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

S. James Wallace
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 34