IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Eustace O. Uku | : | Bankruptcy No.: 21-21712-CMB |
| Debtor | : | |
| Eustace O. Uku, | : | Chapter 7 |
| Respondent | : | |
| v. | : | Related to Document Nos. 418, 419, and 422 |
| Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. | : | Hearing Date and Time: |
| Movant | : | October 28, 2025 at 1:30 PM |

**CERTIFICATE OF SERVICE OF MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE, OR IN THE ALTERNATIVE MOTION OBJECTING TO DISCHARGE UNDER SECTION 727(A)(8) OR (A)(9) AND ORDER SIGNED JUNE 10, 2025**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 24, 2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

### *Service by email:*

Donald R. Calairo
dcalaiaro@c-vlaw.com
Andrew Kevin Pratt
apratt@c-vlaw.com
David Z. Valencik
dvalencik@c-vlaw.com
*Counsel for Eustace O. Uku*

Crystal H. Thornton-Illar
cThornton-Illar@leechtishman.com
*Trustee*

EXECUTED ON: October 24, 2025

By: /s/ *David M. Nernberg*
Signature
David M. Nernberg, Esq.
Typed Name
301 Smithfield Street, Pittsburgh, PA 15222
Address

**PAWB Local Form 7 (07/13)**

(412)232-0334
Phone No.
Pa. I.D. No. 205631
List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**