IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Related to: Document No. 413 |
| _____ | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | **ENTERED BY DEFAULT** |
| | ) | |
| Chapter 7 Trustee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EUSTACE O. UKU, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

**ORDER OF COURT**

And now, this __23rd__ day of __October__, 2025, upon review of the *Trustee's Motion to Obtain Financing and Granting Administrative Expense Priority Pursuant to Section 364(c) of the Bankruptcy Code*[1] (the "Motion"), and after notice and a hearing, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Motion is GRANTED pursuant to the terms set forth in this ORDER.

2. The relief requested is in the best interest of the Debtor's estate to maximize the value of the Debtor's assets.

3. The Chapter 7 Trustee on behalf of the Debtor's estate is authorized to borrow up to $15,000 (the "Advance") from Maurice Nernberg to maintain and prepare to market the Property for sale.

---

[1] Any Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Motion.

4. The Advance shall be pursuant to the terms of this Order and disbursed and applied by the Trustee to the costs and expenses associated with improving the Property to market and sale.

5. This Order shall be in lieu of any loan agreement with respect to the Advance.

6. The obligations of the Debtor under the Advance shall, pursuant to Section 364(c)(1) of the Bankruptcy Code, at all times constitute an allowed administrative expense claim having priority over all administrative expenses of the kind specified in Section 503(b) or 507(b) of the Bankruptcy Code except the expense of the Trustee's professionals. The Advance shall be repaid at closing on the sale of the Property.

7. Any credit extended and loans advanced by Mr. Nernberg under this Order shall be deemed to have been extended in good faith, as that term is used in section 364(e) of the Bankruptcy Code.

8. Notwithstanding anything in this Order to the contrary, the administrative priority of the Loan shall also be subordinate only to the payment of the fees and expenses of the Trustee's professionals.

BY THE COURT

*Carlota M. Böhm* glb
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
10/23/25 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 25, 2025 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Amanda Grant | on behalf of Creditor PNC Bank N.A. agrant@utbf.com, ogomez@utbf.com |
| Andrew Kevin Pratt | on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 3 |
| Date Rcvd: Oct 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Andrew Kevin Pratt
    on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

Crystal H. Thornton-Illar
    on behalf of Trustee Crystal H. Thornton-Illar cThornton-Illar@leechtishman.com
    bankruptcy@leechtishman.com;dbender@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Crystal H. Thornton-Illar
    cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com

David M Nernberg
    on behalf of Plaintiff Kyra E Knoll in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

David M Nernberg
    on behalf of Creditor Kyra E. Knoll in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

David M Nernberg
    on behalf of Defendant Charles A. Knoll Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

David M. Nernberg
    on behalf of Plaintiff Kyra E Knoll in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com, ems@nernberg.com;naoffice@nernberg.com

David W. Raphael
    on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik
    on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik
    on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com

Denise Carlon
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
    on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
    on behalf of Creditor Kyra E. Knoll in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kristen Wetzel Ladd
    on behalf of Creditor PNC Bank N.A. kladd@utbf.com, ddays@utbf.com

Leonard F. Spagnolo
    on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com pamctigue@bentzlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Lorraine Gazzara Doyle
    on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2007-8, U.S. Bank Nat ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
    on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Creditor Shelley Fant mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net bkecf@milsteadlaw.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 35