# PROCEEDING MEMO

**Date:** 10/28/2025 1:30 PM

**In re:** Eustace O. Uku

Bankruptcy No. 21-21712-CMB
Chapter: 7
Doc. # 418

**Appearances:** David Nernberg
Andrew Pratt
Crystal Thornton-Illar

**Nature of Proceeding:** #418 Amended Motion To Hold Debtor In Contempt and Produce Documents Related To Income

**Additional Pleadings:** #427 Response Filed by Debtor

According to Atty. Pratt, documents were produced, but they were produced late due to file corruption. Tax returns will be produced to Movant's Counsel.

Atty. Pratt discovered that the Debtor has an interest in Uku and Uku, P.C. which was not listed in Schedule A/B and not disclosed to Atty. Pratt's firm because his firm received payment from Uku and Uku, P.C. He does not have much information about it. He advised the Trustee to schedule a 2004 Examination. The Debtor does not oppose the Trustee pursuing the MGT matter.

Per the Trustee, the property has been listed for a few weeks, and they received an offer yesterday. She is trying to schedule a 2004 Examination with the Debtor.

Per Atty. Nernberg, he only received the documents produced by the Debtor yesterday.

OUTCOME: 2004 Examination must be completed on or before December 1, 2025. Debtor's Counsel is instructed to make it clear to the Debtor that he must cooperate with the court.

Carlota Böhm
U.S. Bankruptcy Judge

SIGNED
10/28/25 4:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA