IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 21-21712-CMB |
| ) | |
| EUSTACE O. UKU, ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| KYRA E. KNOLL, ADMINISTRATOR OF ) | |
| THE ESTATE OF CREDITOR CHARLES A. ) | |
| KNOLL, JR., ) | |
| ) | |
| Movant, ) | Related to Doc. No. 418 |
| ) | |
| v. ) | |
| ) | |
| EUSTACE O. UKU, ) | |
| ) | |
| Respondent. ) | |

## ORDER

**AND NOW,** this 28th day of October, 2025, upon consideration of the *Amended Motion to Hold Debtor in Contempt and Produce Documents Related to Income* ("Amended Motion," Doc. No. 418), the response thereto, and the arguments presented at the hearing held October 28, 2025,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that the Amended Motion is **GRANTED IN PART** as set forth herein.

1. **On or before November 10, 2025** (the "Production Deadline"), Debtor shall disclose (1) all information, communications, agreements, contracts, or any other documentation (as well as electronic, including emails and texts) related to the Civil Action filed at G.D. 25-008552 and (2) all tax returns as well as financial, service, and any other agreements (oral or written) related to any income Debtor has earned or property he held since the date of the initial bankruptcy filing on May 28, 2020. If any document or information is to be withheld under an attorney-client privilege claim, a privilege log shall be provided by the

1

Production Deadline describing the documents or information, the date it was created, the identity of all those who were provided access, and the basis for the privilege with a sufficient description to permit knowledgeable review.

2. After the Production Deadline and before **December 1, 2025**, Debtor shall be required to submit to an examination under Fed.R.Bankr.P. 2004.

3. A Status Conference on the Amended Motion will be held on **December 16, 2025,** at **1:30 P.M.** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Alternatively, the parties may participate via Zoom Video Conference in compliance with the Undersigned's posted procedures. At the Status Conference, the Court will consider how to proceed regarding the allegations of contempt and whether briefing will be required.

_____
Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
10/28/25 4:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | |
| | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Allison L. Carr | |
| | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Amanda Grant | |
| | on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com |
| Andrew Kevin Pratt | |
| | on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |

Case 21-21712-CMB    Doc 430    Filed 10/30/25    Entered 10/31/25 00:30:03    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| Andrew Kevin Pratt | on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Crystal H. Thornton-Illar | on behalf of Trustee Crystal H. Thornton-Illar cThornton-Illar@leechtishman.com bankruptcy@leechtishman.com;dbender@leechtishman.com;thornton-illarcr81012@notify.bestcase.com |
| Crystal H. Thornton-Illar | cthornton-Illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| David M Nernberg | on behalf of Plaintiff Kyra E Knoll in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com |
| David M Nernberg | on behalf of Creditor Kyra E. Knoll in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com |
| David M Nernberg | on behalf of Defendant Charles A. Knoll Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com |
| David M. Nernberg | on behalf of Plaintiff Kyra E Knoll in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com, ems@nernberg.com;naoffice@nernberg.com |
| David W. Raphael | on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com |
| David Z. Valencik | on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| David Z. Valencik | on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR141044@notify.bestcase.com;asmith@c-vlaw.com |
| Denise Carlon | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Creditor Kyra E. Knoll in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dcalaiaro@c-vlaw.com, kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Clairton City School District jhunt@grblaw.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kristen Wetzel Ladd | on behalf of Creditor PNC Bank N.A. kladd@utbf.com, ddays@utbf.com |
| Leonard F. Spagnolo | on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com pamctigue@bentzlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Lorraine Gazzara Doyle
    on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates Series 2007-8, U.S. Bank Nat ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
    on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Creditor Shelley Fant mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net bkecf@milsteadlaw.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 35