# IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | The Honorable Carlota M. Böhm |
| | ) | |
| | ) | Related Doc. Nos. 431, 432 & 433 |
| CRYSTAL H. THORNTON-ILLAR, | ) | |
| Chapter 7 Trustee, | ) | Hearing Date & Time: |
| | ) | **December 2, 2025 at 1:30 p.m.** |
| Movant, | ) | |
| | ) | Response Deadline: |
| v. | ) | **November 24, 2025** |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY AS INDENTURE TRUSTEE | ) | |
| FOR NEW CENTURY HOME EQUITY | ) | |
| LOAN TRUST 2004, KYRA E. KNOLL, | ) | |
| Administrator of the ESTATE OF | ) | |
| CHARLES A. KNOLL, JR., | ) | |
| PENNSYLVANIA DEPT. OF REVENUE, | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| TOWNSHIP OF O'HARA, FOX CHAPEL | ) | |
| AREA SCHOOL DISTRICT, FOX | ) | |
| CHAPEL AUTHORITY, | ) | |
| HAMPTON/SHALER WATER | ) | |
| AUTHORITY, ALLEGHENY COUNTY, | ) | |
| JORDAN TAX SERVICE, INC., and | ) | |
| KEYSTONE COLLECTION GROUP, | ) | |
| | ) | |
| Respondents. | ) | |
| . | ) | |

## AMENDED CERTIFICATE OF SERVICE
## CHAPTER 7 TRUSTEE'S MOTION FOR SALE OF REAL PROPERTY AND FIXTURES FREE AND CLEAR OF THIRD-PARTY INTERESTS, LIENS, CLAIMS, CHARGES, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. § 363(b)

I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served the (1) ***Chapter 7 Trustee's Motion for Sale of Real Property and Fixtures Free and Clear of Third-Party Interests, Liens, Claims, Charges, and Encumbrances Pursuant to 11 U.S.C. § 363(b)*** [Dkt No. #431]; and (2) ***Notice of Hearing with Response Deadline*** [Dkt No. 432] on the parties listed on the attached sheet.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: November 9, 2025      By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar, Esq. (PA I.D. No. 93003)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
cthornton-illar@leechtishman.com

**VIA Electronic Mail and/or the Court's CM/ECF Filing System on November 7, 2025:**

- Office of the United States Trustee – ustpregion03.pi.ecf@usdoj.gov
- David W. Raphael, Counsel for First National Bank of PA – raphaeld@fnb-corp.com
- Leonard F. Spagnolo, Mediator – lspagnolo@palamerican.com, pamctigue@bentzlaw.com

| | | |
|---|---|---|
| **Donald R. Calaiaro**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>dcalaiaro@c-vlaw.com | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| | representing | **Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr.**<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207<br>*(Creditor)* |
| **Denise Carlon**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Allison L. Carr**<br>Pennsylvania Office of Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>acarr@attorneygeneral.gov | representing | **Dep't of Revenue Office of Attorney General**<br>Anthony T. Kovalchick<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>akovalchick@attorneygeneral.gov<br>*(Creditor)* |
| **Brian P. Cavanaugh**<br>Turin, DeMatt & Cavanaugh, PC<br>115 North Main Street<br>Greensburg, PA 15601<br>bcavanaugh@tdc-law.com | representing | **Brian P. Cavanaugh**<br>Turin, DeMatt & Cavanaugh, PC<br>115 North Main Street<br>Greensburg, PA 15601<br>724-838-1400<br>bcavanaugh@tdc-law.com<br>*TERMINATED: 02/24/25*<br>*(Trustee)* |
| **Jennifer L. Cerce**<br>Maiello Brungo & Maiello | representing | **Penn Hills School District and Municipality of Penn Hills** |

| | | |
|---|---|---|
| **Southside Works**<br>424 S. 27th Street, Ste 210<br>Pittsburgh, PA 15203<br>jlc@mbm-law.net | | **Tax Division**<br>c/o Maiello, Brungo & Maiello, LLP<br>Foxpointe II<br>100 Purity Rd, Ste. 3<br>Pittsburgh, PA 15235<br>*(Creditor)* |
| **Keri P. Ebeck**<br>**Bernstein-Burkley**<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com | representing | **Duquesne Light Company**<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com<br>*(Creditor)* |
| **Roger Fay**<br>**Albertelli Law**<br>14000 Commerce Parkway<br>Suite H<br>Mount Laurel, NJ 08054<br>rfay@alaw.net | representing | **Banc of America Funding Corporation Mortgage**<br>*(Creditor)* |
| **Lorraine Gazzara Doyle**<br>**Richard M. Squire & Associates**<br>115 West Avenue<br>Suite 104<br>19406, Ste 150<br>Jenkintown, PA 08053<br>ldoyle@squirelaw.com | representing | **Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 07-00008, U.S. Bank Nat**<br>P.O. Box 619096<br>Dallas, TX 75261-9741<br>*(Creditor)* |
| **Amanda Grant**<br>**Unruh Turner Burke & Frees PC**<br>P.O. Box 515<br>West Chester, PA 19381-0515<br>agrant@utbf.com | representing | **CITIZENS BANK, N.A.**<br>Citizens Bank<br>1 Citizens Bank Way<br>Mail Stop JCA-130<br>Johnston, RI 02919<br>*(Creditor)*<br>PRO SE |
| | representing | **PNC Bank, N.A.**<br>249 Fifth Avenue<br>One PNC Plaza<br>Pittsburgh, PA 15222<br>*(Creditor)* |

| | | |
|---|---|---|
| **Mario J. Hanyon**<br>**Brock & Scott, PLLC**<br>**302 Fellowship Road**<br>**Suite 130**<br>**Mount Laurel, NJ 08054**<br>wbecf@brockandscott.com | representing | **U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr**<br>**8950 Cypress Waters Boulevard**<br>**Coppell, TX 75019**<br>*(Creditor)* |
| **Jeffrey R. Hunt**<br>**GRB Law**<br>**525 William Penn Place**<br>**Suite 3110**<br>**Pittsburgh, PA 15219**<br>jhunt@grblaw.com | representing | **Clairton City School District**<br>**Goehring, Rutter & Boehm**<br>**437 Grant Street, 14th Floor**<br>**Frick Building**<br>**Pittsburgh, PA 15219**<br>**United States of America**<br>jhunt@grblaw.com<br>*(Creditor)* |
| | | **County of Allegheny**<br>**Goehring, Rutter & Boehm**<br>**437 Grant Street, 14th Floor**<br>**Frick Building**<br>**Pittsburgh, PA 15219**<br>**United States**<br>jhunt@grblaw.com<br>*(Creditor)* |
| **Mary F. Kennedy**<br>**Law Offices of Gregory Javardian**<br>**1310 Industrial Boulevard**<br>**Suite 101**<br>**Southampton, PA 18966**<br>mary@javardianlaw.com | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Anthony T. Kovalchick**<br>**PA Office of the Attorney General**<br>**1251 Waterfront Place**<br>**Mezzanine Level**<br>**Pittsburgh, PA 15222**<br>akovalchick@attorneygeneral.gov | representing | **Dep't of Revenue Office of Attorney General**<br>**Anthony T. Kovalchick**<br>**1251 Waterfront Place**<br>**Mezzanine Level**<br>**Pittsburgh, PA 15222**<br>akovalchick@attorneygeneral.gov<br>*(Creditor)* |

| | | |
|---|---|---|
| **Kristen Wetzel Ladd**<br>Unruh Turner Burke & Frees<br>PO Box 515<br>West Chester, PA 19381-0515<br>kladd@utbf.com | representing | **PNC Bank, N.A.**<br>249 Fifth Avenue<br>One PNC Plaza<br>Pittsburgh, PA 15222<br>*(Creditor)* |
| **David M Nernberg**<br>Maurice A. Nernberg & Assoc.<br>301 Smithfield Street<br>Pittsburgh, PA 15222<br>dmn@nernberg.com | representing | **Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr.**<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207<br>*(Creditor)* |
| **Brian Nicholas**<br>325 Chestnut Street<br>Suite 725<br>Philadelphia, PA 19106<br>brian+ecf@briannicholas.com | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Mark B. Peduto**<br>Calaiaro Valencik<br>938 Penn Avenue<br>Suite 501<br>Pittsburgh, PA 15222<br>mpeduto@c-vlaw.com | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| **Andrew Kevin Pratt**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>apratt@c-vlaw.com | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| **Mary Bower Sheats**<br>Mary Bower Sheats, Attorney at Law<br>1195 Washington Pike<br>Suite 325<br>Bridgeville, PA 15017<br>mary@mbsheatslaw.com | representing | **Shelley Fant**<br>821 Old Mill Road<br>Pittsburgh, Pa 15238<br>*(Creditor)* |

| | | |
|---|---|---|
| **David Z. Valencik**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>dvalencik@c-vlaw.com | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| **S. James Wallace**<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219<br>ecfpeoples@grblaw.com | representing | **Peoples Natural Gas Company LLC**<br>GRB Law<br>Frick Building<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219<br>swallace@grblaw.com<br>*(Creditor)* |
| **Mitchel Zemel**<br>Mitchel Zemel, ESQ., LLC<br>428 Blvd. of the Allies<br>Ste Third Floor<br>Pittsburgh, PA 15219<br>zemel@zemellaw.com | representing | **Home Buyers of PGH**<br>*(Interested Party)*<br>PRO SE |

**VIA First-Class U.S. Mail on November 8, 2025:**

Ally Financial
c/o AIS Portfolio Services
4515 N. Santa Fe Avenue
Department APS
Oklahoma City, OK 73118-7901

Kyra E. Knoll
301 Smithfield Street
Pittsburgh, PA 15222-2207

PNC Bank, N.A.
249 Fifth Avenue
One PNC Plaza
Pittsburgh, PA 15222

U.S. Bank National Association
8950 Cypress Waters Boulevard
Coppell, TX 75019-4620

Allegheny County
John K. Weinstein, County Treasurer
Room 108 Courthouse
436 Grant Street
Pittsburgh, PA 15219-2400

Ally
P.O. Box 9222
Old Bethpage, NY 11804-9222

Ally Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

Bank of America
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America
P.O. Box 982238
El Paso, TX 79980-0001

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

Capital One Bank
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One Bank (USA), N.A.
by American InfoSource as agent
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA
P.O. Box 30258
Salt Lake City, UT 84130-0258

Care Credit Card
Synchrony Bank
P.O. Box 71784
Philadelphia, PA 19176-1784

Carrington Mortgage Service LLC
1600 S. Douglas Road, Suite 110
Anaheim, CA 92806-5951

Charles A. Knoll
408 ½ Beaver Street
Sewickley, PA 15143-1502

Charles A. Knoll
408 Beaver Street
Sewickley, PA 15143-1502

Citibank
P.O. Box 6190
Sioux Falls, SD 57117-6190

Citizens Bank
1000 Lafayette Boulevard
Bridgeport, CT 06604-4723

City of Clairton
551 Ravensburg Boulevard
Clairton, PA 15025-1297

City of Clairton
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Commonwealth of PA
Department of Revenue
Bureau of Compliance
Department 280946
Harrisburg, PA 17128-0001

Credence Resource Management
P.O. Box 2300
Southgate, MI 48195-4300

Credit One Bank
Customer Service
P.O. Box 98873
Las Vegas, NV 89193-8873

Credit One Bank, NA
P.O. Box 98872
Las Vegas, NV 89193-8872

Deutsche Bank National Trust Company, et al.
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5948

Direct TV
P.O. Box 5007
Carol Stream, IL 60197-5007

Diversified Consultants Inc.
P.O. Box 551268
Jacksonville, FL 32255-1268

Exico Inc.
241 Fourth Avenue
Pittsburgh, PA 15222-1709

Exico, Inc.
214 Farmington Road
Pittsburgh, PA 15215-1633

Fox Chapel Area School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Fox Chapel Authority
255 Alpha Drive
Pittsburgh, PA 15238-2944

Guardian Protection Services
174 Thorn Hill Road
Warrendale, PA 15086-7528

Jordan Tax Services
P.O. Box 200
Bethel Park, PA 15102-0200

Joshua A. Lyons, Esq.
Maurice A. Nernberg & Associates
301 Smithfield Street
Pittsburgh, PA 15222-2207

Katherine L. DiAmico, Esq.
Portnoff Law Associates, Ltd.
P.O. Box 391
Norristown, PA 19404-0391

Kyra E. Knoll, in her capacity as
Administrator for the
Estate of Charles A. Knoll, Jr.
301 Smithfield Street
Pittsburgh, PA 15222-2207

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Michael G. McCabe, Esq.
Goehring Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107

Mission Lane LLC
P.O. Box 105286
Atlanta, GA 30348-5286

Municipality of Penn Hills
12245 Frankstown Road
Pittsburgh, PA 15235-3405

Municipality of Penn Hills
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Nissan
P.O. Box 660366
Dallas, TX 75266-0366

Ollo Cards
P.O. Box 9222
Old Bethpage, NY 11804-9222

PNC Bank Retail Lending
P.O. Box 94982
Cleveland, OH 44101-4982

PNC Bank, NA
1400 Market Street
Philadelphia, PA 19103

Penn Hills School District
12200 Garland Drive
Pittsburgh, PA 15235-3485

Penn Hills School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642-7539

Penn Hills School District &
Municipal Tax Office
c/o Keystone Collections
260 Aster Street
Pittsburgh, PA 15235-2059

Penn Hills Township
1200 Frankstown Road, 2nd Floor
Pittsburgh, PA 15235

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Resurgent Receivables, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Shelley Fant
381 Old Mill Road
Pittsburgh, PA 15238

Shelley Fant
821 Old Mill Road
Pittsburgh, PA 15238-1711

Shelley Fant
851 Old Mill Road
Pittsburgh, PA 15238

Southwest Credit Systems
4120 International Parkway, Suite 1100
Carrollton, TX 75007-1958

Sprint
P.O. Box 4191
Carol Stream, IL 60197-4191

UPMC Health Services
P.O. Box 1123
Minneapolis, MN 55440-1123

UPMC Physicians Services
P.O. Box 1123
Minneapolis, MN 55440-1123

Verizon
by American InfoSource as agent
P.O. Box 4457
Houston, TX 77210-4457

Elias Pappan
Engel & Vokers Pittsburgh
421 Walnut Street
Sewickley, PA 15143-1535

Eustace O. Uku
214 Farmington Road
Pittsburgh, PA 15215-1633

Internal Revenue Service
c/o Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
1000 Liberty Avenue
Suite 711B
Pittsburgh, PA 15222

Township of O'Hara
325 Fox Chapel Road
Pittsburgh, PA 15238

Hampton/Shaler Water Authority
P.O. Box 66
3101 McCully Road
Allison Park, PA 15101

Fox Chapel Borough
401 Fox Chapel Road
Pittsburgh, PA 15238