## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 21-21712-CMB |
| ) | |
| EUSTACE O. UKU, ) | Chapter 7 |
| ) | |
| Debtor. ) | The Honorable Carlota M. Böhm |
| ) | |
| ) | Related Doc. Nos. 431 & 432 |
| CRYSTAL H. THORNTON-ILLAR, ) | |
| Chapter 7 Trustee, ) | Hearing Date & Time: |
| ) | **December 2, 2025 at 1:30 p.m.** |
| Movant, ) | |
| ) | Response Deadline: |
| v. ) | **November 24, 2025** |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY AS INDENTURE TRUSTEE ) | |
| FOR NEW CENTURY HOME EQUITY ) | |
| LOAN TRUST 2004, KYRA E. KNOLL, ) | |
| Administrator of the ESTATE OF ) | |
| CHARLES A. KNOLL, JR., ) | |
| PENNSYLVANIA DEPT. OF REVENUE, ) | |
| INTERNAL REVENUE SERVICE, ) | |
| TOWNSHIP OF O'HARA, FOX CHAPEL ) | |
| AREA SCHOOL DISTRICT, FOX ) | |
| CHAPEL AUTHORITY, ) | |
| HAMPTON/SHALER WATER ) | |
| AUTHORITY, ALLEGHENY COUNTY, ) | |
| JORDAN TAX SERVICE, INC., and ) | |
| KEYSTONE COLLECTION GROUP, ) | |
| ) | |
| Respondents. ) | |
| . ) | |

## **NOTICE OF SALE**

**Sale Hearing: December 2, 2025 at 1:30 p.m.**
U.S. Bankruptcy Court
Courtroom B, 54th Floor
U.S. Steel Tower, 600 Grant Street
Pittsburgh, PA 15219

In re: Eustace O. Uku
Bankruptcy Case Number: 21-21712-CMB
Initial Offer: $440,000

Property to Be Sold: 214 Farmington Road, Pittsburgh, Pennsylvania 15215 Tax ID/Parcel No. 10224-R-00070-0000-00, deed dated May 1, 2007 and recorded May 14, 2017 in Deed Book 13234, Page 372.

A sale motion has been filed [Doc. No. 431], which sets forth the assets for sale in more detail. The sale is **As is, Where is** and is subject to higher and better offers at the sale hearing. The starting bid must be $442,500 and subsequent bids in increments of $1,000 with a nonrefundable deposit of 10% of the purchase price to be paid at the time of the sale hearing. Objection to the sale motion must be filed and served by November 24, 2025.

For More Information Contact: Crystal Thornton-Illar, 525 William Penn Place, 28th Fl, Pittsburgh PA, 15219; 412-261-1600; cthornton-illar@leechtisman.com.

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: November 17, 2025

By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar, Esq. (PA I.D. No. 93003)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Facsimile: 412.227.5551
cthornton-illar@leechtishman.com