IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 21-21712-CMB |
| ) | |
| EUSTACE O. UKU, ) | Chapter 7 |
| ) | |
| Debtor. ) | The Honorable Carlota M. Böhm |
| ) | |
| ) | Related Doc. Nos. 431, 432 & 434 |
| CRYSTAL H. THORNTON-ILLAR, ) | |
| Chapter 7 Trustee, ) | Hearing Date & Time: |
| ) | **December 2, 2025 at 1:30 p.m.** |
| Movant, ) | |
| ) | Response Deadline: |
| v. ) | **November 24, 2025** |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY AS INDENTURE TRUSTEE ) | |
| FOR NEW CENTURY HOME EQUITY ) | |
| LOAN TRUST 2004, KYRA E. KNOLL, ) | |
| Administrator of the ESTATE OF ) | |
| CHARLES A. KNOLL, JR., ) | |
| PENNSYLVANIA DEPT. OF REVENUE, ) | |
| INTERNAL REVENUE SERVICE, ) | |
| TOWNSHIP OF O'HARA, FOX CHAPEL ) | |
| AREA SCHOOL DISTRICT, FOX ) | |
| CHAPEL AUTHORITY, ) | |
| HAMPTON/SHALER WATER ) | |
| AUTHORITY, ALLEGHENY COUNTY, ) | |
| JORDAN TAX SERVICE, INC., and ) | |
| KEYSTONE COLLECTION GROUP, ) | |
| ) | |
| Respondents. ) | |
| . ) | |

**PROOF OF PUBLICATION OF**
**NOTICE OF SALE IN THE PITTSBURGH POST-GAZETTE**

Crystal H. Thornton-Illar, the Chapter 7 Trustee of the Eustace O. Uku bankruptcy case (the "Chapter 7 Trustee"), hereby files this Proof of Publication of the Notice of Sale in the Pittsburgh Post-Gazette, which is attached.

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: December 1, 2025           By: */s/ Crystal H. Thornton-Illar*
                                                        Crystal H. Thornton-Illar
                                                        PA I.D. No. 93003
                                                        525 William Penn Place, 28th Floor
                                                        Pittsburgh, PA 15219
                                                        Telephone:  412.261.1600
                                                        Facsimile:   412.227.5551
                                                        Email: cthornton-illar@leechtishman.com

*Chapter 7 Trustee*

No. _____  Term, _____

## Proof of Publication of Notice in Pittsburgh Post-Gazette

Under Act No 587, Approved May 16, 1929, PL 1784, as last amended by Act No 409 of September 29, 1951

Commonwealth of Pennsylvania, County of Allegheny, ss _____J. France_____, being duly sworn, deposes and says that the Pittsburgh Post-Gazette, a newspaper of general circulation published in the City of Pittsburgh, County and Commonwealth aforesaid, was established in 1993 by the merging of the Pittsburgh Post-Gazette and Sun-Telegraph and The Pittsburgh Press and the Pittsburgh Post-Gazette and Sun-Telegraph was established in 1960 and the Pittsburgh Post-Gazette was established in 1927 by the merging of the Pittsburgh Gazette established in 1786 and the Pittsburgh Post, established in 1842, since which date the said Pittsburgh Post-Gazette has been regularly issued in said County and that a copy of said printed notice or publication is attached hereto exactly as the same was printed and published in the _regular_ editions and issues of the said Pittsburgh Post-Gazette a newspaper of general circulation on the following dates, viz:

**20 of November, 2025**

Affiant further deposes that he/she is an agent for the PG Publishing Company, a corporation and publisher of the Pittsburgh Post-Gazette, that, as such agent, affiant is duly authorized to verify the foregoing statement under oath, that affiant is not interested in the subject matter of the afore said notice or publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
PG Publishing Company

Sworn to and subscribed before me this day of:
November 20, 2025

_____

Commonwealth of Pennsylvania - Notary Seal
Tracy Kopyar, Notary Public
Allegheny County
My commission expires August 18, 2029
Commission number 1458478
Member, Pennsylvania Association of Notaries

**STATEMENT OF ADVERTISING COSTS**
Leech Tishman Fuscaldo & Lampl LLC
525 William Penn Pl., Fl. 28
Pittsburgh, PA 15219-1728

To PG Publishing Company
Total -------------------------------------- $314.60

**PUBLISHER'S RECEIPT FOR ADVERTISING COSTS**

PG PUBLISHING COMPANY, publisher of the Pittsburgh Post-Gazette, a newspaper of general circulation, hereby acknowledges receipt of the aforesaid advertising and publication costs and certifies that the same have been fully paid.

*Office:*
358 North Shore Drive, Suite 300,
Pittsburgh, PA 15212
*Email:* PublicNotices@post-gazette.com
Phone: 412-263-1440

PG Publishing Company, a Corporation, Publisher of Pittsburgh Post-Gazette, a Newspaper of General Circulation

By _____David A. Lockerbie_____

I hereby certify that the foregoing is the original Proof of Publication and receipt for the Advertising costs in the subject matter of said notice.

_____ Attorney For

**COPY OF NOTICE OR PUBLICATION**

**NOTICE OF SALE**
**Sale Hearing: December 2, 2025 at 1:30 p.m.**
U.S. Bankruptcy Court, Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.
In re: Eustace O. Uku
Bankruptcy Case Number: 21-21712-CMB
Initial Offer: $440,000
Property to Be Sold: 214 Farmington Road, Pittsburgh, Pennsylvania 15215 Tax ID/Parcel No. 10224-R-00070-0000-00, deed dated May 1, 2007 and recorded May 14, 2017 in Deed Book 13234, Page 372.
A sale motion has been filed [Doc. No. 431], which sets forth the assets for sale in more detail. The sale is **As is, Where is** and is subject to higher and better offers at the sale hearing. The starting bid must be $442,500 and subsequent bids in increments of $1,000 with a nonrefundable deposit of 10% of the purchase price to be paid at the time of the sale hearing. Objection to the sale motion must be filed and served by November 24, 2025. For More Information Contact: Crystal Thornton-Illar, 525 William Penn Place, 28th Fl, Pittsburgh, PA, 15219; 412-261-1600; **cthornton-illar@leechtisman.com**