# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy Case No. 21-21712-CMB |
| EUSTACE O. UKU, | Chapter 7 |
| Debtor. | The Honorable Carlota M. Böhm |
| | Related Doc. Nos. 431, 432 & 434 |
| CRYSTAL H. THORNTON-ILLAR, Chapter 7 Trustee, | Hearing Date & Time: **December 2, 2025 at 1:30 p.m.** |
| Movant, | |
| v. | Response Deadline: **November 24, 2025** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST 2004, KYRA E. KNOLL, Administrator of the ESTATE OF CHARLES A. KNOLL, JR., PENNSYLVANIA DEPT. OF REVENUE, INTERNAL REVENUE SERVICE, TOWNSHIP OF O'HARA, FOX CHAPEL AREA SCHOOL DISTRICT, FOX CHAPEL AUTHORITY, HAMPTON/SHALER WATER AUTHORITY, ALLEGHENY COUNTY, JORDAN TAX SERVICE, INC., and KEYSTONE COLLECTION GROUP, | |
| Respondents. | |

## PROOF OF PUBLICATION OF
## NOTICE OF SALE IN THE PITTSBURGH LEGAL JOURNAL

Crystal H. Thornton-Illar, the Chapter 7 Trustee of the Eustace O. Uku bankruptcy case (the "Chapter 7 Trustee"), hereby files this Proof of Publication of the Notice of Sale in the Pittsburgh Legal Journal, which is attached.

Respectfully submitted,

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: December 1, 2025    By: */s/ Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone:  412.261.1600
Facsimile:   412.227.5551
Email: cthornton-illar@leechtishman.com

*Chapter 7 Trustee*

2

## Proof of Publication of Notice in Pittsburgh Legal Journal

*Commonwealth of Pennsylvania* }
} SS:
*County of Allegheny,* }

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the words in the printed notice appearing to the right are the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

**Nov 20, 2025**

That affiant further states that he/she is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he/she is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

Signature of Affiant

Subscribed and sworn to before me this 20th day of November, 2025

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Marye Zoe Young, Notary Public
Allegheny County
My commission expires November 8, 2029
Commission number 1408873
Member, Pennsylvania Association of Notaries

Crystal H. Thornton-Illar
Leech Tishman
525 William Penn Place, 28th Fl.
Pittsburgh, PA 15219

### Statement of Advertising Cost

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates | $375.00 |
| Proof Fees | $0.00 |
| Total | $375.00 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 25-04267

---

**Bankruptcy Notice**

Notice of Sale
Sale Hearing: December 2, 2025 at 1:30 p.m.
U.S. Bankruptcy Court, Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219
In re: Eustace O. Uku
Bankruptcy Case Number: 21-21712-CMB
Initial Offer: $440,000

Property to Be Sold: 214 Farmington Road, Pittsburgh, Pennsylvania 15215, Tax ID/Parcel No. 10224-R-00070-0000-00, deed dated May 1, 2007 and recorded May 14, 2017 in Deed Book 13234, Page 372.

A sale motion has been filed (Doc. No. 431), which sets forth the assets for sale in more detail. The sale is As is, Where is and is subject to higher and better offers at the sale hearing. The starting bid must be $442,500 and subsequent bids in increments of $1,000 with a nonrefundable deposit of 10% of the purchase price to be paid at the time of the sale hearing. Objection to the sale motion must be filed and served by November 24, 2025.

For More Information Contact: Crystal Thornton-Illar, 525 William Penn Place, 28th Fl., Pittsburgh PA, 15219; 412-261-1600; cthornton-illar@leechtisman.com.

25-04267 Nov 20, 2025