## PROCEEDING MEMO

**Date:** 12/02/2025 1:30 PM
**In re:** Eustace O. Uku

**Bankruptcy No.** 21-21712-CMB
**Chapter:** 7
**Doc. #** 431

**Appearances:** Michael Kruszewski, Andrew Pratt, David Nuremberg, Bradley Dehart

**Nature of Proceeding:** #431 Chapter 7 Trustee's Motion for Sale of Real Property and Fixtures Free and Clear of Third-Party Interests, Liens, Claims, Charges, and Encumbrances

**Additional Pleadings:** #436 Response by Debtor

Per Atty. Pratt, the Debtor would not be opposed to holding sale proceeds in escrow.

Per the Chapter 7 Trustee, the sale was advertised properly, the parties do not oppose the sale going forward, and the Trustee will hold any further proceeds in escrow. The sale is to good faith purchasers in accordance with *In re Abbotts Dairies*.

OUTCOME: The sale is confirmed to Bradley Dehart and Lindsey Gray. The proposed order must be filed by the Chapter 7 Trustee on or before December 12, 2025 after review by both Atty. Pratt and Atty. Nuremberg.

Status Conference scheduled for December 16, 2025 (Doc. No. 418) is CONTINUED to January 7, 2026 at 11:30am.

On or before December 12, 2025, Atty. Nuremberg is instructed to propose a global settlement to Atty. Pratt. Before January 1, 2026, both parties must meet for two hours with clients to discuss settlement. Parties are encouraged to narrow their issues.

FILED
12/2/25 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**