**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 21-21712-CMB |
| ) | |
| EUSTACE O. UKU, ) | Chapter 7 |
| ) | |
| Debtor. ) | The Honorable Carlota M. Böhm |
| ) | |
| ) | Related Doc. Nos. 431 & 442 |
| CRYSTAL H. THORNTON-ILLAR, ) | |
| Chapter 7 Trustee, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| DEUTSCHE BANK NATIONAL TRUST ) | |
| COMPANY AS INDENTURE TRUSTEE ) | |
| FOR NEW CENTURY HOME EQUITY ) | |
| LOAN TRUST 2004, KYRA E. KNOLL, ) | |
| Administrator of the ESTATE OF ) | |
| CHARLES A. KNOLL, JR., ) | |
| PENNSYLVANIA DEPT. OF REVENUE, ) | |
| INTERNAL REVENUE SERVICE, ) | |
| TOWNSHIP OF O'HARA, FOX CHAPEL ) | |
| AREA SCHOOL DISTRICT, FOX ) | |
| CHAPEL AUTHORITY, ) | |
| HAMPTON/SHALER WATER ) | |
| AUTHORITY, ALLEGHENY COUNTY, ) | |
| JORDAN TAX SERVICE, INC., and ) | |
| KEYSTONE COLLECTION GROUP, ) | |
| ) | |
| Respondents. ) | |
| . ) | |

**CERTIFICATE OF SERVICE
TO ORDER CONFIRMING SALE OF REAL PROPERTY
<u>FREE AND DIVESTED OF LIENS</u>**

I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served the ***Order Confirming Sale of Real Property Free and Divested of Liens*** [Dkt No. 442] on the parties listed on the attached sheet.

                                                LEECH TISHMAN FUSCALDO & LAMPL, LLC

Dated: December 12, 2025        By: */s/ Crystal H. Thornton-Illar*
                                             Crystal H. Thornton-Illar, Esq. (PA I.D. No. 93003)
                                             525 William Penn Place, 28th Floor
                                             Pittsburgh, PA 15219
                                             Telephone:  412.261.1600
                                             Facsimile:   412.227.5551
                                             cthornton-illar@leechtishman.com

**VIA the Court's CM/ECF Filing System on December 11, 2025, and Electronic Mail on December 12, 2025:**

- Office of the United States Trustee – ustpregion03.pi.ecf@usdoj.gov
- David W. Raphael, Counsel for First National Bank of PA – raphaeld@fnb-corp.com
- Leonard F. Spagnolo, Mediator – lspagnolo@palamerican.com, pamctigue@bentzlaw.com

**VIA Electronic Mail on December 12, 2025:**

| | | |
|---|---|---|
| **Donald R. Calaiaro**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>dcalaiaro@c-vlaw.com | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| | representing | **Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr.**<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207<br>*(Creditor)* |
| **Denise Carlon**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Allison L. Carr**<br>Pennsylvania Office of Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>acarr@attorneygeneral.gov | representing | **Dep't of Revenue Office of Attorney General**<br>Anthony T. Kovalchick<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>akovalchick@attorneygeneral.gov<br>*(Creditor)* |
| **Brian P. Cavanaugh**<br>Turin, DeMatt & Cavanaugh, PC<br>115 North Main Street<br>Greensburg, PA 15601<br>bcavanaugh@tdc-law.com | representing | **Brian P. Cavanaugh**<br>Turin, DeMatt & Cavanaugh, PC<br>115 North Main Street<br>Greensburg, PA 15601<br>bcavanaugh@tdc-law.com<br>*TERMINATED: 02/24/25*<br>*(Trustee)* |

| | | |
|---|---|---|
| **Jennifer L. Cerce**<br>Maiello Brungo & Maiello<br>Southside Works<br>424 S. 27th Street, Ste 210<br>Pittsburgh, PA 15203<br>jlc@mbm-law.net | representing | **Penn Hills School District and Municipality of Penn Hills**<br>Tax Division<br>c/o Maiello, Brungo & Maiello, LLP<br>Foxpointe II<br>100 Purity Rd, Ste. 3<br>Pittsburgh, PA 15235<br>*(Creditor)* |
| **Keri P. Ebeck**<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com | representing | **Duquesne Light Company**<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com<br>*(Creditor)* |
| **Roger Fay**<br>Albertelli Law<br>14000 Commerce Parkway<br>Suite H<br>Mount Laurel, NJ 08054<br>rfay@alaw.net | representing | **Banc of America Funding Corporation Mortgage**<br>*(Creditor)* |
| **Lorraine Gazzara Doyle**<br>Richard M. Squire & Associates<br>115 West Avenue<br>Suite 104<br>19406, Ste 150<br>Jenkintown, PA 08053<br>ldoyle@squirelaw.com | representing | **Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 07-00008, U.S. Bank Nat**<br>P.O. Box 619096<br>Dallas, TX 75261-9741<br>*(Creditor)* |
| **Amanda Grant**<br>Unruh Turner Burke & Frees PC<br>P.O. Box 515<br>West Chester, PA 19381-0515<br>agrant@utbf.com | representing | **CITIZENS BANK, N.A.**<br>Citizens Bank<br>1 Citizens Bank Way<br>Mail Stop JCA-130<br>Johnston, RI 02919<br>*(Creditor)*<br>PRO SE |
| | representing | **PNC Bank, N.A.**<br>249 Fifth Avenue<br>One PNC Plaza<br>Pittsburgh, PA 15222<br>*(Creditor)* |

| | | |
|---|---|---|
| **Mario J. Hanyon**<br>**Brock & Scott, PLLC**<br>**302 Fellowship Road**<br>**Suite 130**<br>**Mount Laurel, NJ 08054**<br>**wbecf@brockandscott.com** | representing | **U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr**<br>**8950 Cypress Waters Boulevard**<br>**Coppell, TX 75019**<br>*(Creditor)* |
| **Jeffrey R. Hunt**<br>**GRB Law**<br>**525 William Penn Place**<br>**Suite 3110**<br>**Pittsburgh, PA 15219**<br>**jhunt@grblaw.com** | representing | **Clairton City School District**<br>**Goehring, Rutter & Boehm**<br>**437 Grant Street, 14th Floor**<br>**Frick Building**<br>**Pittsburgh, PA 15219**<br>**United States of America**<br>**jhunt@grblaw.com**<br>*(Creditor)* |
| | | **County of Allegheny**<br>**Goehring, Rutter & Boehm**<br>**437 Grant Street, 14th Floor**<br>**Frick Building**<br>**Pittsburgh, PA 15219**<br>**United States**<br>**jhunt@grblaw.com**<br>*(Creditor)* |
| **Mary F. Kennedy**<br>**Law Offices of Gregory Javardian**<br>**1310 Industrial Boulevard**<br>**Suite 101**<br>**Southampton, PA 18966**<br>**mary@javardianlaw.com** | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Anthony T. Kovalchick**<br>**PA Office of the Attorney General**<br>**1251 Waterfront Place**<br>**Mezzanine Level**<br>**Pittsburgh, PA 15222**<br>**akovalchick@attorneygeneral.gov** | representing | **Dep't of Revenue Office of Attorney General**<br>**Anthony T. Kovalchick**<br>**1251 Waterfront Place**<br>**Mezzanine Level**<br>**Pittsburgh, PA 15222**<br>**akovalchick@attorneygeneral.gov**<br>*(Creditor)* |

| | | |
|---|---|---|
| **Kristen Wetzel Ladd**<br>Unruh Turner Burke & Frees<br>PO Box 515<br>West Chester, PA 19381-0515<br>kladd@utbf.com | representing | **PNC Bank, N.A.**<br>249 Fifth Avenue<br>One PNC Plaza<br>Pittsburgh, PA 15222<br>*(Creditor)* |
| **David M Nernberg**<br>Maurice A. Nernberg & Assoc.<br>301 Smithfield Street<br>Pittsburgh, PA 15222<br>dmn@nernberg.com | representing | **Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr.**<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207<br>*(Creditor)* |
| **Brian Nicholas**<br>325 Chestnut Street<br>Suite 725<br>Philadelphia, PA 19106<br>brian+ecf@briannicholas.com | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Mark B. Peduto**<br>Calaiaro Valencik<br>938 Penn Avenue<br>Suite 501<br>Pittsburgh, PA 15222<br>mpeduto@c-vlaw.com | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| **Andrew Kevin Pratt**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>apratt@c-vlaw.com | representing | **Eustace O. Uku**<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*(Debtor)* |
| **Mary Bower Sheats**<br>Mary Bower Sheats, Attorney at Law<br>1195 Washington Pike<br>Suite 325<br>Bridgeville, PA 15017<br>mary@mbsheatslaw.com | representing | **Shelley Fant**<br>821 Old Mill Road<br>Pittsburgh, Pa 15238<br>*(Creditor)* |

| | | |
|---|---|---|
| **David Z. Valencik**<br>**Calaiaro Valencik**<br>**555 Grant Street**<br>**Suite 300**<br>**Pittsburgh, PA 15219**<br>**dvalencik@c-vlaw.com** | representing | **Eustace O. Uku**<br>**214 Farmington Road**<br>**Pittsburgh, PA 15215**<br>*(Debtor)* |
| **S. James Wallace**<br>**GRB Law**<br>**525 William Penn Place**<br>**Suite 3110**<br>**Pittsburgh, PA 15219**<br>**ecfpeoples@grblaw.com** | representing | **Peoples Natural Gas Company LLC**<br>**GRB Law**<br>**Frick Building**<br>**437 Grant Street, 14th Floor**<br>**Pittsburgh, PA 15219**<br>**swallace@grblaw.com**<br>*(Creditor)* |
| **Mitchel Zemel**<br>**Mitchel Zemel, ESQ., LLC**<br>**428 Blvd. of the Allies**<br>**Ste Third Floor**<br>**Pittsburgh, PA 15219**<br>**zemel@zemellaw.com** | representing | **Home Buyers of PGH**<br>*(Interested Party)*<br>**PRO SE** |

**VIA First-Class U.S. Mail on December 12, 2025:**

| | |
|---|---|
| Bradley Dehart and Lindsey Gray<br>214 Farmington Road<br>Pittsburgh, PA 15215<br>*Purchasers* | Berkshire Hathaway HomeServices<br>The Preferred Realty<br>Attn: Michelle Sager<br>421 Broad Street<br>Sewickley, PA 15143<br>*Closing Agent* |