**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 21-21712-CMB |
|  | ) |  |
| EUSTACE O. UKU, | ) | Chapter 7 |
|  | ) |  |
| Debtor. | ) | The Honorable Carlota M. Böhm |
|  | ) |  |
| _____ | ) |  |
|  | ) | Related to:  Document No. 431 |
| CRYSTAL H. THORNTON-ILLAR, | ) |  |
| Chapter 7 Trustee, | ) |  |
|  | ) |  |
| Movant, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| DEUTSCHE BANK NATIONAL TRUST | ) |  |
| COMPANY AS INDENTURE TRUSTEE | ) |  |
| FOR NEW CENTURY HOME EQUITY | ) |  |
| LOAN TRUST 2004, KYRA E. KNOLL, | ) |  |
| Administrator of the ESTATE OF | ) |  |
| CHARLES A. KNOLL, JR., | ) |  |
| PENNSYLVANIA DEPT. OF REVENUE, | ) |  |
| INTERNAL REVENUE SERVICE, | ) |  |
| TOWNSHIP OF O'HARA, FOX CHAPEL | ) |  |
| AREA SCHOOL DISTRICT, FOX | ) |  |
| CHAPEL AUTHORITY, | ) |  |
| HAMPTON/SHALER WATER | ) |  |
| AUTHORITY, ALLEGHENY COUNTY, | ) |  |
| JORDAN TAX SERVICE, INC., and | ) |  |
| KEYSTONE COLLECTION GROUP, | ) |  |
|  | ) |  |
| Respondents. | ) |  |
| . | ) |  |

**ORDER CONFIRMING SALE OF REAL PROPERTY
FREE AND DIVESTED OF LIENS**

AND NOW, this  11th  day of  December  2025, upon consideration of the

Chapter 7 Trustee's Motion for Sale of Real Property and Fixtures Free and Clear of Third-Party

Interests, Liens, Claim, Charges and Encumbrances Pursuant to 11 U.S.C. § 363(b) (the "Sale

Motion")[1] filed at Document No. 431 after hearing held in the Bankruptcy Courtroom B 54th

Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219, the Court finds:

(1)    Service of the Sale Motion, the Notice of Hearing, and the Notice of Sale were

proper, and no further notice of the sale hearing is required.

(2)    That said sale hearing was duly advertised on the Court's website pursuant to

W. PA LBR 6004-1(c)(2) on November 25, 2025, in the Post-Gazette on

November 20, 2025 and in the Pittsburgh Legal Journal on November 20, 2025, as

shown by the Proof of Publications duly filed.

(3)    That at the sale hearing the highest/best offer received was that of Bradley Dehart

and Lindsey Gray (the "Purchasers"), and no objections to the sale were made,

which would result in cancellation of said sale.

(4)    That the price of $440,000 offered by the Purchasers was a full and fair price for

Real Property.

(5)    That the Purchaser(s) has acted in good faith with respect to the within sale in

accordance with *In re Abbotts Dairies of Pennsylvania, Inc.,* 788 F2d. 143 (3d Cir.

1986).

**NOW THEREFORE**, it is hereby **ORDERED, ADJUDGED AND DECREED** that the

sale by Special Warranty deed of the real property having an address of 214 Farmington Road,

Pittsburgh, Pennsylvania 15215, Tax ID/Parcel No. 0224-R-00070-0000-00 (the "Real Property")

is hereby **CONFIRMED** to Bradley Dehart and Lindsey Gray for $440,000 free and divested of

all liens and claims, and, that Crystal H. Thornton-Illar, the Chapter 7 Trustee of the estate of

Eustace Uku is authorized to make, execute and deliver to the Purchasers the necessary deed and/or

---

[1]Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Sale Motion.

other documents required to transfer the Debtor's interest in the Real Property purchased pursuant to the terms of sale;

It is **FURTHER ORDERED, ADJUDGED AND DECREED** that the liens and claims, be, and they hereby are, transferred to the proceeds of sale, if and to the extent they may be determined to be valid liens against the Real Property, that the within decreed sale shall be free, clear and divested of all liens and claims;

It is **FURTHER ORDERED, ADJUDGED AND DECREED**, that the sale proceeds shall be disbursed as follow at closing:

a. All closing costs, including the Debtor's share of the transfer taxes;
b. Amounts advanced pursuant to the Financing Order in total amount of $13,690;
c. The current year and delinquent, if any, real estate taxes, water and sewer charges in the approximate amount of $10,000;
d. The Real Estate Agent's commission of the offered purchase price, which is $15,795;
e. They Buyer's real estate agent's commission in the amount of $11,000;
f. The Mortgage payoff to Deutsche Bank, in the approximate amount of $200,000;
g. The remaining proceeds will be paid to the Trustee on behalf of the Debtor's estate and will be distributed pursuant to further order of Court.

It is **FURTHER ORDERED, ADJUDGED AND DECREED** that the Real Estate Agent's commission owed to Elias Pappan in the amount of $15,795 is hereby approved and no further fee application or fee order is required.

It is **FURTHER ORDERED, ADJUDGED AND DECREED**

(1) Within seven (7) days of the date of this Order, the Trustee shall serve a copy of the within Order on each Respondent/Defendant (*i.e.*, each party against whom relief is sought) and its attorney of record, if any, upon any attorney or party who answered the motion or appeared at the hearing, the attorney for the debtor, the

3

Closing Agent, the Purchaser, and the attorney for the Purchaser, if any, and file a
certificate of service.

(2)    Closing shall occur within sixty (60) days of the date of this Order unless otherwise
agreed by the Trustee and the Purchaser;

(3)    Within fourteen (14) days following closing, the Chapter 7 Trustee shall file a
Report of Sale;

(4)    The stay provided for in Fed. Rule Bank. Pro. 6004(h) and 6006(d) is waived, and
the Parties are authorized to immediately consummate the transactions approved in
this Sale Order.

(5)    To the extent there is a discrepancy or conflict with the terms of the Sale Motion,
the Contract of Sale or other related documents, the terms of this Sale Order shall
control.

(6)    This Sale Order survives any dismissal or conversion of this Bankruptcy Case.


BY THE COURT:

Carlota M. Böhm glb

Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
12/11/25 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

4

United States Bankruptcy Court
Western District of Pennsylvania

In re: | Case No. 21-21712-CMB

Eustace O. Uku | Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3

Date Rcvd: Dec 11, 2025 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2025:**

**Recip ID**      **Recipient Name and Address**
db      #+   Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2025 at the address(es) listed below:**

**Name**      **Email Address**

Allison L. Carr
     on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Allison L. Carr
     on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov

Amanda Grant
     on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com

Andrew Kevin Pratt
     on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com
     kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

District/off: 0315-2

Date Rcvd: Dec 11, 2025

User: auto

Form ID: pdf900

Page 2 of 3

Total Noticed: 1

**Andrew Kevin Pratt**

on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.Andre
wR141044@notify.bestcase.com;asmith@c-vlaw.com

**Crystal H. Thornton-Illar**

on behalf of Trustee Crystal H. Thornton-Illar cThornton-Illar@leechtishman.com
bankruptcy@leechtishman.com;dbender@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

**Crystal H. Thornton-Illar**

cthornton-Illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

**David M Nernberg**

on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
ime@nernberg.com;jlw@nernberg.com

**David M Nernberg**

on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dmn@nernberg.com,
ime@nernberg.com;jlw@nernberg.com

**David M Nernberg**

on behalf of Defendant Charles A. Knoll  Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

**David M. Nernberg**

on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
ems@nernberg.com;naoffice@nernberg.com

**David W. Raphael**

on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

**David Z. Valencik**

on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

**David Z. Valencik**

on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

**Denise Carlon**

on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
2004-1 dcarlon@kmllawgroup.com

**Donald R. Calaiaro**

on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

**Donald R. Calaiaro**

on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

**Donald R. Calaiaro**

on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

**Donald R. Calaiaro**

on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dcalaiaro@c-vlaw.com,
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

**Jeffrey R. Hunt**

on behalf of Creditor County of Allegheny jhunt@grblaw.com

**Jeffrey R. Hunt**

on behalf of Creditor Clairton City School District jhunt@grblaw.com

**Jennifer L. Cerce**

on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

**Keri P. Ebeck**

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

**Kristen Wetzel Ladd**

on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, ddays@utbf.com

**Leonard F. Spagnolo**

on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com  pamctigue@bentzlaw.com

District/off: 0315-2    User: auto    Page 3 of 3
Date Rcvd: Dec 11, 2025    Form ID: pdf900    Total Noticed: 1

Lorraine Gazzara Doyle
    on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates  Series 2007-8, U.S. Bank Nat
    ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr
    wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
    on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
    on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy
    on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
    2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 35