IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 21-21712-CMB |
|     Eustace O. Uku | : | Chapter 7 |
|         Debtor | : | |
| | : | |
| Eustace O. Uku | : | |
| | : | Document No. |
|         Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Debtor Name: Eustace O. Uku

Incorrect Address: 214 Farmington Road, Pittsburgh, PA 15215


Corrected Address:

    Debtor Name: Eustace O. Uku

    Correct Address: 508 N. St. Clair St., Apt. 1, Pittsburgh, PA 15206


DATED: January 21, 2026                          CALAIARO VALENCIK

                                                              BY: /s/ Donald R. Calaiaro
                                                               Donald R. Calaiaro, Esq.PA I.D. No. 27538
                                                                555 Grant Street, Suite 300
                                                                Pittsburgh, PA 15219
                                                                Phone:  (412) 232-0930
                                                                Fax:    (412) 232-3858
                                                                Email:  dcalaiaro@c-vlaw.com