IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bank. Case No.:  21-21712-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STATUS REPORT

AND NOW, this 5th day of February 2026, Crystal H. Thornton-Illar, the Chapter 7 Trustee (the "Trustee"), of the bankruptcy estate of Eustace O. Uku files this Status Report and respectfully states as follows:

1. On July 29, 2021, Eustace O. Uku (the "Debtor") filed a voluntary petition for relief under Chapter 13, of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Pennsylvania at the above-captioned case number (the "Bankruptcy Case").

2. This proceeding is a core proceeding over which this court has jurisdiction under 11 U.S.C. § 157(b)(1).

3. On October 23, 2024, the Bankruptcy Case was converted to a chapter 7 case.

4. On October 23, 2024, Brian Cavanaugh was appointed as the Chapter 7 Trustee.

5. On February 25, 2025, Brian Cavanagh filed a notice of Resignation of Trustee [Doc. No. 363].

6. On February 24, 2024, Crystal H. Thornton-Illar was appointed as the Chapter 7 Trustee.

7.  On August 7, 2025, the Trustee filed the Application to Employ Elias Pappan ("Mr. Pappan") and Engel & Volkers as Real Estate Professional (the "Real Estate Application") [Doc. No. 388] to sell the Property.  On August 27, 2025, a default order was entered granting the Real Estate Application [Doc. No. 394].

8.  On November 7, 2025, the Chapter 7 Trustee's Motion for Sale of Real Property and Fixtures Free and Clear of Third-Party Interests, Liens, Claims, Charges, and Encumbrances Pursuant to 11 U.S.C. § 363(b) [Doc. No. 431] (the "Sale Motion") was filed, whereby the Trustee sought to sale the real estate located at 214 Farmington Road, Pittsburgh, PA 15215 (the "Property").

9.  On December 2, 2025, a hearing on the Sale Motion was filed, and an order granting the Sale Motion was entered on December 11, 2025 [Doc. No. 442], whereby the sale of the Property was approved to Bradley Dehart and Lindsey Gray for $440,000 free and clear of all liens, claims, and interests.

10. The closing was initially scheduled to occur on December 19, 2025.

11. Alltech National Settlements ("Alltech") is the closing agent assisting with the sale of the Property.

12. The closing was rescheduled for January 16, 2026 due to an issue with the dye test and Alltech uncovered two old National City Bank open-end mortgages on the Property.  Since that time, the Trustee and Alltech have worked with PNC as the successor in interest to National City Bank to determine that those old open-end mortgages were satisfied but the satisfaction pieces were not filed.  Satisfaction pieces for those open-end National City Bank mortgages have been prepared and have been or will be filed.

13. The Property is subject to a first mortgage in favor of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004 ("Deutsche Bank"). The mortgage is originally dated February 13, 2004 with a face amount of $295,000 and recorded in the Allegheny County Recorder of Deeds on February 20, 2004 in Mortgage Book Volume 27162, Page 303 (the "Deutsche Bank Mortgage").   Deutsche Bank filed Proof of Claim No.14-1 in the amount of $271,995.25 owed as of the Petition Date.  According to the Chapter 13 Standing Trustee's Final Report and Account, Deutsche Bank was paid $68,230.10 during the Chapter 13 case [Doc. No. 326]. Carrington Mortgage Services, LLC ("Carrington") is the servicer for the Deutsche Bank Mortgage.

14. Alltech has been unable to get a payoff for the Deutsche Bank Mortgage from Deutsche Bank or Carrington.  The Trustee has also called and emailed all parties that have filed claims and/or notices of mortgage payment change.  While the Trustee had a few conversations, she was unable to obtain the payoff.

15. To that end, the Trustee filed an Expedited Motion to Compel the Lienholder to Provide the Mortgage Payoff.

16. The Deutsche Bank Mortgage payoff is the only thing holding up the closing.

17. The Trustee has conferred with counsel for the Debtor and counsel for Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles. Knoll, Jr.,  and all parties agree to continue the status conferences scheduled for February 11, 2026 until March 18, 2026.  The parties hope the sale of the Property will close prior to the rescheduled status conference.

Date: February 5, 2026

By: /s/ Crystal H. Thornton-Illar
  Crystal H. Thornton-Illar
  PA I.D. No. 93003
  cthornton-illar@leechtishman.com
  525 William Penn Place, 28th Floor
  Pittsburgh, Pennsylvania 15219
  (412) 261-1600