**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EUSTACE O. UKU, | ) | Bankruptcy Case No. 21-21712-CMB |
| | ) | |
| Debtor. | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| CRYSTAL H. THORNTON-ILLAR, | ) | Hearing Date and Time: |
| Chapter 7 Trustee, | ) | |
| | ) | Response Date: |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY AS INDENTURE TRUSTEE | ) | |
| FOR NEW CENTURY HOME EQUITY | ) | |
| LOAN TRUST 2004, CARRINGTON | ) | |
| MORTGAGE SERVCIES, LLC. | ) | |

**CERTIFICATE OF SERVICE**

I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served the 1) the Expedited Motion to Compel Lienholder to Provide Mortgage Payoff 2) Notice and Order Setting Expedited Hearing on February 11, 2026 as set forth on the attached sheet.

February 6, 2026                    LEECH TISHMAN FUSCALDO & LAMPL, LLC

                                    By: /s/ *Crystal H. Thornton-Illar*
                                        Crystal H. Thornton-Illar (Pa. I.D. No.93003)
                                        525 William Penn Place, 28th Floor
                                        Pittsburgh, PA  15219
                                        (412) 261-1600 (Phone)
                                        (412) 227-5551 (Fax)
                                        cthornton-illar@leechtishman.com

**VIA the Court's CM/ECF Filing System and Electronic Mail on February 6, 2026:**

Office of the United States Trustee – ustpregion03.pi.ecf@usdoj.gov

| | | |
|---|---|---|
| **Donald R. Calaiaro**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>dcalaiaro@c-vlaw.com | representing | **Eustace O. Uku**<br>508 N. St. Clair St.<br>Apt. 1<br>Pittsburgh, PA 15206<br>*(Debtor)* |
| | representing | **Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr.**<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207<br>*(Creditor)* |
| **Denise Carlon**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>mmiksich@kmllawgroup.com<br>bnicholas@kmllawgroup.com | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Allison L. Carr**<br>Pennsylvania Office of Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>acarr@attorneygeneral.gov | representing | **Dep't of Revenue Office of Attorney General**<br>Anthony T. Kovalchick<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>akovalchick@attorneygeneral.gov<br>*(Creditor)* |
| **Jennifer L. Cerce**<br>Maiello Brungo & Maiello<br>Southside Works<br>424 S. 27th Street, Ste 210<br>Pittsburgh, PA 15203<br>jlc@mbm-law.net | representing | **Penn Hills School District and Municipality of Penn Hills**<br>Tax Division<br>c/o Maiello, Brungo & Maiello, LLP<br>Foxpointe II<br>100 Purity Rd, Ste. 3<br>Pittsburgh, PA 15235 |

| | | |
|---|---|---|
| **Keri P. Ebeck**<br>Bernstein-Burkley<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com | representing | **Duquesne Light Company**<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>kebeck@bernsteinlaw.com |
| **Roger Fay**<br>Albertelli Law<br>14000 Commerce Parkway<br>Suite H<br>Mount Laurel, NJ 08054<br>rfay@alaw.net | representing | **Banc of America Funding Corporation Mortgage**<br>*(Creditor)* |
| **Lorraine Gazzara Doyle**<br>Richard M. Squire & Associates<br>115 West Avenue<br>Suite 104<br>19406, Ste 150<br>Jenkintown, PA 08053<br>ldoyle@squirelaw.com | representing | **Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 07-00008, U.S. Bank Nat**<br>P.O. Box 619096<br>Dallas, TX 75261-9741<br>*(Creditor)* |
| | representing | **PNC Bank, N.A.**<br>249 FifthAvenue<br>One PNC Plaza<br>Pittsburgh, PA 15222<br>*(Creditor)* |
| **Mario J. Hanyon**<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054<br>wbecf@brockandscott.com | representing | **U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr**<br>8950 Cypress Waters Boulevard<br>Coppell, TX 75019<br>*(Creditor)* |
| **Jeffrey R. Hunt**<br>GRB Law<br>525 William Penn Place<br>Suite 3110<br>Pittsburgh, PA 15219<br>jhunt@grblaw.com | representing | **Clairton City School District**<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219<br>United States of America<br>412-281-0587<br>412-281-2971 (fax)<br>jhunt@grblaw.com<br>*(Creditor)* |

| | | |
|---|---|---|
| | | **County of Allegheny**<br>Goehring, Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219<br>United States<br>412-281-0587<br>412-281-2971 (fax)<br>jhunt@grblaw.com<br>*(Creditor)* |
| **Mary F. Kennedy**<br>Law Offices of Gregory Javardian<br>1310 Industrial Boulevard<br>Suite 101<br>Southampton, PA 18966<br>mary@javardianlaw.com<br><br> Assigned: 12/12/2024 | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Anthony T. Kovalchick**<br>PA Office of the Attorney General<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>akovalchick@attorneygeneral.gov | representing | **Dep't of Revenue Office of Attorney General**<br>Anthony T. Kovalchick<br>1251 Waterfront Place<br>Mezzanine Level<br>Pittsburgh, PA 15222<br>akovalchick@attorneygeneral.gov<br>*(Creditor)* |
| **Kristen Wetzel Ladd**<br>Unruh Turner Burke & Frees<br>PO Box 515<br>West Chester, PA 19381-0515<br>610-692-1371<br>kladd@utbf.com | representing | PNC Bank, N.A.<br>249 Fifth Avenue<br>One PNC Plaza<br>Pittsburgh, PA 15222 |
| **Randall Miller**<br>bankruptcy@rsmalaw.com<br><br><br>**David M Nernberg**<br>Maurice A. Nernberg & Assoc.<br>301 Smithfield Street<br>Pittsburgh, PA 15222 | Representing | **Carrington Mortgage Services, LLC**<br><br>**Kyra E. Knoll, in her capacity as Administrator for the Estate of Charles A Knoll, Jr.**<br>301 Smithfield Street<br>Pittsburgh, PA 15222-2207<br>*(Creditor)* |

| | | |
|---|---|---|
| dmn@nernberg.com | | |
| **Brian Nicholas**<br>325 Chestnut Street<br>Suite 725<br>Philadelphia, PA 19106<br>201-549-2366<br>brian+ecf@briannicholas.com | representing | **Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 04-00001**<br>*(Creditor)* |
| **Mark B. Peduto**<br>Calaiaro Valencik<br>938 Penn Avenue<br>Suite 501<br>Pittsburgh, PA 15222<br>412-232-0930<br>412-232-3858 (fax)<br>mpeduto@c-vlaw.com | representing | **Eustace O. Uku**<br>508 N. St. Clair St.<br>Apt. 1<br>Pittsburgh, PA 15206<br>*(Debtor)* |
| **Andrew Kevin Pratt**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>apratt@c-vlaw.com<br>  *Assigned: 09/28/2022*<br>  *LEAD ATTORNEY* | representing | **Eustace O. Uku**<br>508 N. St. Clair St.<br>Apt. 1<br>Pittsburgh, PA 15206<br>*(Debtor)* |
| **Mary Bower Sheats**<br>Mary Bower Sheats, Attorney at Law<br>1195 Washington Pike<br>Suite 325<br>Bridgeville, PA 15017<br>mary@mbsheatslaw.com<br>  *Assigned: 09/14/2021* | representing | **Shelley Fant**<br>821 Old Mill Road<br>Pittsburgh, Pa 15238<br>*(Creditor)* |
| **David Z. Valencik**<br>Calaiaro Valencik<br>555 Grant Street<br>Suite 300<br>Pittsburgh, PA 15219<br>dvalencik@c-vlaw.com<br>  *Assigned: 09/28/2022*<br>  *LEAD ATTORNEY* | representing | **Eustace O. Uku**<br>508 N. St. Clair St.<br>Apt. 1<br>Pittsburgh, PA 15206<br>*(Debtor)* |

**S. James Wallace**
GRB Law
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219
412-281-0587
412-281-2971 (fax)
ecfpeoples@grblaw.com


LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603
askbk@resurgent.com


Citizens Bank, N.A.
One Citizens Bank Way Mallstop
JCA 115
Johnston RI 02919
Jennifer.Dellator@citizensbank.com


Bank of America, N.A.
P.O. Box 31785
Tampa FL 33631
Gso-bk-poc@bankofamerica.com

Captial One
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
POC_AIS@americaninfosource.com

Municipality of Penn Hills
Keystone Collections Group
564 Wendel Road
Irwin PA 15642
ymmerdian@keystonecollects.com

**Overnight Mail:**

Ally Bank
P.O. Box 380901

Deutsche Bank National Trust Company, *at. el*
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Carrington Mortgage Services, LLC
Randall Miller
43252 Woodward Avenue,
 Suite 180
 Bloomfield Hills, MI 4830

Eustace O. Uku
508 N. St. Clair St.
Apt. 1
Pittsburgh, PA 15206

Kyra E. Knoll,
Administrator for the Estate of Charles A Knoll, Jr.
301 Smithfield Street
Pittsburgh, PA 15222

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Shelley L. Fant
821 Old Mill Road
Pittsburgh, PA 15238