**Information to identify the case:**

Debtor 1  Eustace O. Uku

First Name   Middle Name   Last Name

Social Security number or ITIN   xxx–xx–3832
EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   21–21712–CMB

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eustace O. Uku

2/26/26

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21712-CMB |
| Eustace O. Uku | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 6 |
| Date Rcvd: Feb 26, 2026 | Form ID: 318 | Total Noticed: 84 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eustace O. Uku, 508 N. St. Clair St., Apt. 1, Pittsburgh, PA 15206-2425 |
| cr | + | Banc of America Funding Corporation Mortgage Pass-, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| r | + | Elias Pappan, Engel & Vokers Pittsburgh, 421 Walnut Street, Sewickley, PA 15143-1535 |
| cr | | Kyra E. Knoll, in her capacity as Administrator fo, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| cr | | PNC Bank, N.A., 249 FifthAvenue, One PNC Plaza, Pittsburgh, PA 15222 |
| 15398189 | + | Allegheny County, John K. Weinstein, County Treasurer, Romm 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 15398192 | + | Bank of America, P.O. Box 982238, El Paso, TX 79980-0001 |
| 15398196 | + | Charles A. Knoll, 408 Beaver Street, Sewickley, PA 15143-1502 |
| 15398197 | + | Charles A. Knoll, 408 1/2 Beaver Street, Sewickley, PA 15143-1502 |
| 15398200 | + | City of Clairton, 551 Ravensburg Blvd., Clairton, PA 15025-1297 |
| 15418671 | + | Clairton City School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15398203 | | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280948, Harrisburg, PA 17128-0432 |
| 15402271 | + | David M. Nernberg, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398207 | + | Diversified Consultants Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 15398208 | + | Exico Inc., 241 Fourth Avenue, Pittsburgh, PA 15222-1709 |
| 15398209 | + | Exico, Inc., 214 Farmington Rd., Pittsburgh, PA 15215-1633 |
| 16463795 | + | Fox Chapel Authority, 255 Alpha Drive, Pittsburgh, PA 15238-2944 |
| 15398211 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 15398212 | + | Jennifer L. Cerce, Esquire, Maiello, Brungo & Maiello, LLP, South Side Works, 424 South 27th Street #210, Pittsburgh, PA 15203-2380 |
| 15398213 | + | Jordan Tax Services, PO Box 200, Bethel Park, PA 15102-0200 |
| 15398214 | + | Joshua A. Lyons, Esquire, Maurice A. Nernberg & Associates, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398215 | + | Katherine L. DiAmico, Esquire, Portnoff Law Associates, Ltd, P.O. Box 391, Norristown, PA 19404-0391 |
| 15498591 | + | Kristen Wetzel Ladd, PO Box 515, West Chester, PA 19381-0515 |
| 15398216 | + | Kristen Wetzel Ladd, Esquire, Unruh, Turner, Burke & Frees, P.C., P.O. Box 515, West Chester, PA 19381-0515 |
| 15402272 | + | Kyra E. Knoll, in her capacity as, Administrator for the, Estate of Charles A Knoll, Jr., 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398219 | + | Municipality of Penn Hills, 12245 Frankstown Road, Pittsburgh, PA 15235-3405 |
| 15398224 | | PNC Bank, NA, 1400 Market Street, Philadelphia, PA 19103 |
| 15398221 | + | Penn Hills School District, 12200 Garland Drive, Pittsburgh, PA 15235-3485 |
| 15398222 | + | Penn Hills School District &, Municipal Tax Office, c/o Keystone Collections, 260 Aster Street, Pittsburgh, PA 15235-2059 |
| 15398223 | | Penn Hills Township, 1200 Frankstown Road, 2nd Floor, Pittsburgh, PA 15235 |
| 15398228 | | Shelley Fant, 851 Old Mill Rd., Pittsburgh, PA 15238 |
| 15398227 | | Shelley Fant, 381 Old Mill Road, Pittsburgh, PA 15238 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | | |
| | | Feb 27 2026 05:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

District/off: 0315-2                          User: auto                                    Page 2 of 6

Date Rcvd: Feb 26, 2026                       Form ID: 318                                  Total Noticed: 84

| | | | | |
|---|---|---|---|---|
| | | | | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 27 2026 05:15:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 27 2026 00:16:00 | CITIZENS BANK, N.A., Citizens Bank, 1 Citizens Bank Way, Mail Stop JCA-130, Johnston, RI 02919 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 27 2026 00:16:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Feb 27 2026 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: jlc@mbm-law.net | Feb 27 2026 00:17:00 | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3, Pittsburgh, PA 15235-4441 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2026 00:16:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2026 00:17:00 | U.S. Bank National Association, as Trustee for Ban, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 16463791 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2026 00:28:30 | Ally, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16467862 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2026 00:28:21 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15398190 | + | EDI: GMACFS.COM | Feb 27 2026 05:15:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15398191 | + | EDI: BANKAMER | Feb 27 2026 05:15:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 15401128 | | EDI: BANKAMER | Feb 27 2026 05:15:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15398195 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 27 2026 00:16:00 | Carrington Mortgage Service, 15 Enterprise Street, Aliso Viejo, CA 92656 |
| 15400910 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 27 2026 00:16:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15398193 | + | EDI: CAPITALONE.COM | Feb 27 2026 05:15:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15402236 | | EDI: CAPITALONE.COM | Feb 27 2026 05:15:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15398194 | + | EDI: CAPITALONE.COM | Feb 27 2026 05:15:00 | Capital One Bank USA, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 16463794 | + | EDI: SYNC | Feb 27 2026 05:15:00 | Care Credit Card, Synchrony Bank, P.O. Box 71784, Philadelphia, PA 19176-1784 |
| 15398198 | + | EDI: CITICORP | Feb 27 2026 05:15:00 | Citibank, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15398199 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 27 2026 00:16:00 | Citizens Bank, 1000 Lafayette Blvd., Bridgeport, CT 06604-4725 |
| 15407978 | + | Email/Text: Bankruptcy@keystonecollects.com | Feb 27 2026 00:17:00 | City of Clairton, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398201 | | EDI: COMCASTCBLCENT | | |

District/off: 0315-2 · User: auto · Page 3 of 6

Date Rcvd: Feb 26, 2026 · Form ID: 318 · Total Noticed: 84

| | | | |
|---|---|---|---|
| | | Feb 27 2026 05:15:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 15398202 | + EDI: PENNDEPTREV | Feb 27 2026 05:15:00 | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280946, Harrisburg, PA 17128-0001 |
| 15418670 | + Email/Text: ebnjts@grblaw.com | Feb 27 2026 00:16:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15398204 | + Email/Text: bankruptcy@credencerm.com | Feb 27 2026 00:17:00 | Credence Resource Managment, P.O. Box 2300, Southgate, MI 48195-4300 |
| 16463793 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2026 00:28:22 | Credit One Bank, Customer Service, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15398205 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2026 00:28:37 | Credit One Bank Na, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15411748 | + Email/Text: BKBCNMAIL@carringtonms.com | Feb 27 2026 00:16:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 15398206 | + EDI: DIRECTV.COM | Feb 27 2026 05:15:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 15420498 | + Email/Text: jdryer@bernsteinlaw.com | Feb 27 2026 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15398210 | + Email/Text: Bankruptcy@keystonecollects.com | Feb 27 2026 00:17:00 | Fox Chapel Area School Disctrict, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398217 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2026 00:28:31 | LVNV Funding LLC, c/o Resurgent Capital Serivices, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15400770 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2026 00:28:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16463792 | Email/Text: ml-ebn@missionlane.com | Feb 27 2026 00:16:00 | Mission Lane, LLC, P.O. Box 71084, Charlotte, NC 28272 |
| 15398218 | + Email/Text: ebnjts@grblaw.com | Feb 27 2026 00:16:00 | Michael G. McCabe, Esquire, Goehring Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15407976 | + Email/Text: Bankruptcy@keystonecollects.com | Feb 27 2026 00:17:00 | Municipality of Penn Hills, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398220 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 27 2026 00:16:00 | Nissan, P.O. Box 660366, Dallas, TX 75266-0366 |
| 16463790 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2026 00:28:30 | Ollo Cards, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15410315 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 27 2026 00:16:00 | PNC Bank, N.A., 249 Fifth Avenue, 17th Floor, Pittsburgh, PA 15222 |
| 15412322 | + Email/Text: jlc@mbm-law.net | Feb 27 2026 00:17:00 | Penn Hills Municipality, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15412260 | + Email/Text: jlc@mbm-law.net | Feb 27 2026 00:17:00 | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15407977 | + Email/Text: Bankruptcy@keystonecollects.com | Feb 27 2026 00:17:00 | Penn Hills School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15400337 | EDI: PENNDEPTREV | Feb 27 2026 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: 318 | Total Noticed: 84 |

| 16478355 | Email/PDF: resurgentbknotifications@resurgent.com | | |
|---|---|---|---|
| | | Feb 27 2026 00:28:23 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15398229 | + Email/Text: bankruptcy@sw-credit.com | | |
| | | Feb 27 2026 00:17:00 | Southwest Credit Systems, 4120 International Parkway ste 1100, Carrollton, TX 75007-1958 |
| 15398230 | + EDI: AISTMBL.COM | | |
| | | Feb 27 2026 05:15:00 | Sprint, P.O. Box 4191, Carol Stream, IL 60197-4191 |
| 15398231 | + Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 27 2026 00:17:00 | UPMC Health Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15398232 | + Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 27 2026 00:17:00 | UPMC Physician Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15398233 | + EDI: AIS.COM | | |
| | | Feb 27 2026 05:15:00 | Verizon, by American InfoSource as agent, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Banc of America Funding Corporation Mortgage |
| cr | | Deutsche Bank National Trust Company, as Indenture |
| intp | | Home Buyers of PGH |
| 15398234 | | Yale Development & Contracting, Inc. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Shelley Fant, 821 Old Mill Road, Pittsburgh, Pa 15238-1711 |
| 15398226 | *+ | Shelley Fant, 821 Old Mill Rd., Pittsburgh, PA 15238-1711 |
| 15417233 | * | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15398225 | ##+ | Shelley Fant, 821 Old Mill Road, Pittsburgh, PA 15238-1711 |
| 15421498 | ##+ | Shelley L. Fant, 821 Old Mill Road, Pittsburgh, PA 15238-1711 |

TOTAL: 4 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                 Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allison L. Carr | |
| | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Allison L. Carr | |
| | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |

District/off: 0315-2    User: auto    Page 5 of 6

Date Rcvd: Feb 26, 2026    Form ID: 318    Total Noticed: 84

Amanda Grant
on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com

Andrew Kevin Pratt
on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.Andre
wR141044@notify.bestcase.com;asmith@c-vlaw.com

Andrew Kevin Pratt
on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.Andre
wR141044@notify.bestcase.com;asmith@c-vlaw.com

Crystal H. Thornton-Illar
cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

Crystal H. Thornton-Illar
on behalf of Trustee Crystal H. Thornton-Illar cThornton-Illar@leechtishman.com
bankruptcy@leechtishman.com;dbender@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

David M Nernberg
on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
ime@nernberg.com;jlw@nernberg.com

David M Nernberg
on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dmn@nernberg.com,
ime@nernberg.com;jlw@nernberg.com

David M Nernberg
on behalf of Defendant Charles A. Knoll  Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

David M. Nernberg
on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
ems@nernberg.com;naoffice@nernberg.com

David W. Raphael
on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik
on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik
on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

Denise Carlon
on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro
on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dcalaiaro@c-vlaw.com,
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

District/off: 0315-2                    User: auto                    Page 6 of 6

Date Rcvd: Feb 26, 2026                 Form ID: 318                  Total Noticed: 84

Kristen Wetzel Ladd
                    on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, ddays@utbf.com

Leonard F. Spagnolo
                    on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com  pamctigue@bentzlaw.com

Lorraine Gazzara Doyle
                    on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates  Series 2007-8, U.S. Bank Nat
                    ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
                    on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr
                    wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
                    on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
                    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
                    on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
                    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
                    on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
                    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
                    on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
                    mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy
                    on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
                    2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
                    on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 35