(N)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| Eustace O. Uku, | : | Case No.  21-21712-CMB |
|  | : |  |
|  | : |  |
|  | : | Chapter 7 |
| Debtor. | : |  |

## ORDER

*AND NOW*, this __27th__ day of ***February, 2026,*** it appearing that an ***Order Discharging Debtor*** in the within matter was erroneously issued on __February 26, 2026__, at Document No. 460,

It is hereby ***ORDERED, ADJUDGED and DECREED*** that the ***Order Discharging Debtor*** is ***VACATED.***

Carlota M. Böhm,   glb
U. S. Bankruptcy Court Judge

SIGNED
2/27/26 7:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 21-21712-CMB

Eustace O. Uku                                                            Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: pdf900 | Total Noticed: 83 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eustace O. Uku, 508 N. St. Clair St., Apt. 1, Pittsburgh, PA 15206-2425 |
| cr | + | Banc of America Funding Corporation Mortgage Pass-, P.O. Box 619096, Dallas, TX 75261-9096 |
| cr | + | Clairton City School District, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| r | + | Elias Pappan, Engel & Vokers Pittsburgh, 421 Walnut Street, Sewickley, PA 15143-1535 |
| cr | | Kyra E. Knoll, in her capacity as Administrator fo, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| cr | | PNC Bank, N.A., 249 FifthAvenue, One PNC Plaza, Pittsburgh, PA 15222 |
| 15398189 | + | Allegheny County, John K. Weinstein, County Treasurer, Romm 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2400 |
| 15398192 | + | Bank of America, P.O. Box 982238, El Paso, TX 79980-0001 |
| 15398196 | + | Charles A. Knoll, 408 Beaver Street, Sewickley, PA 15143-1502 |
| 15398197 | + | Charles A. Knoll, 408 1/2 Beaver Street, Sewickley, PA 15143-1502 |
| 15398200 | + | City of Clairton, 551 Ravensburg Blvd., Clairton, PA 15025-1297 |
| 15418671 | + | Clairton City School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15398203 | | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280948, Harrisburg, PA 17128-0432 |
| 15402271 | + | David M. Nernberg, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398207 | + | Diversified Consultants Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 15398208 | + | Exico Inc., 241 Fourth Avenue, Pittsburgh, PA 15222-1709 |
| 15398209 | + | Exico, Inc., 214 Farmington Rd., Pittsburgh, PA 15215-1633 |
| 16463795 | + | Fox Chapel Authority, 255 Alpha Drive, Pittsburgh, PA 15238-2944 |
| 15398211 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 15398212 | + | Jennifer L. Cerce, Esquire, Maiello, Brungo & Maiello, LLP, South Side Works, 424 South 27th Street #210, Pittsburgh, PA 15203-2380 |
| 15398213 | + | Jordan Tax Services, PO Box 200, Bethel Park, PA 15102-0200 |
| 15398214 | + | Joshua A. Lyons, Esquire, Maurice A. Nernberg & Associates, 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398215 | + | Katherine L. DiAmico, Esquire, Portnoff Law Associates, Ltd., P.O. Box 391, Norristown, PA 19404-0391 |
| 15498591 | + | Kristen Wetzel Ladd, PO Box 515, West Chester, PA 19381-0515 |
| 15398216 | + | Kristen Wetzel Ladd, Esquire, Unruh, Turner, Burke & Frees, P.C., P.O. Box 515, West Chester, PA 19381-0515 |
| 15402272 | + | Kyra E. Knoll, in her capacity as, Administrator for the, Estate of Charles A Knoll, Jr., 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15398219 | + | Municipality of Penn Hills, 12245 Frankstown Road, Pittsburgh, PA 15235-3405 |
| 15398224 | | PNC Bank, NA, 1400 Market Street, Philadelphia, PA 19103 |
| 15398221 | + | Penn Hills School District, 12200 Garland Drive, Pittsburgh, PA 15235-3485 |
| 15398222 | + | Penn Hills School District &, Municipal Tax Office, c/o Keystone Collections, 260 Aster Street, Pittsburgh, PA 15235-2059 |
| 15398223 | | Penn Hills Township, 1200 Frankstown Road, 2nd Floor, Pittsburgh, PA 15235 |
| 15398228 | | Shelley Fant, 851 Old Mill Rd., Pittsburgh, PA 15238 |
| 15398227 | | Shelley Fant, 381 Old Mill Road, Pittsburgh, PA 15238 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | | Feb 28 2026 00:21:04 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, |

District/off: 0315-2 | User: auto | Page 2 of 6
Date Rcvd: Feb 27, 2026 | Form ID: pdf900 | Total Noticed: 83

| | | | |
|---|---|---|---|
| | | | OK 73118-7901 |
| cr | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 28 2026 00:16:00 | CITIZENS BANK, N.A., Citizens Bank, 1 Citizens Bank Way, Mail Stop JCA-130, Johnston, RI 02919 |
| cr | + Email/Text: ebnjts@grblaw.com | Feb 28 2026 00:16:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Feb 28 2026 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + Email/Text: jlc@mbm-law.net | Feb 28 2026 00:16:00 | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3, Pittsburgh, PA 15235-4441 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Feb 28 2026 00:16:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2026 00:16:00 | U.S. Bank National Association, as Trustee for Ban, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 16463791 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2026 00:21:00 | Ally, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 16467862 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2026 00:21:01 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15398190 | + Email/Text: ally@ebn.phinsolutions.com | Feb 28 2026 00:16:00 | Ally Financial, P.O. Box 380901, Minneapolis, MN 55438-0901 |
| 15398191 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 28 2026 00:16:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 15401128 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 28 2026 00:16:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15398195 | Email/Text: BKBCNMAIL@carringtonms.com | Feb 28 2026 00:16:00 | Carrington Mortgage Service, 15 Enterprise Street, Aliso Viejo, CA 92656 |
| 15400910 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 28 2026 00:16:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 15398193 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2026 00:21:00 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15402236 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2026 00:21:07 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15398194 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2026 00:21:00 | Capital One Bank USA, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 16463794 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2026 00:21:00 | Care Credit Card, Synchrony Bank, P.O. Box 71784, Philadelphia, PA 19176-1784 |
| 15398198 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2026 00:21:05 | Citibank, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15398199 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 28 2026 00:16:00 | Citizens Bank, 1000 Lafayette Blvd., Bridgeport, CT 06604-4725 |
| 15407978 | + Email/Text: Bankruptcy@keystonecollects.com | Feb 28 2026 00:16:00 | City of Clairton, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398201 | Email/Text: documentfiling@lciinc.com | Feb 28 2026 00:16:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 15398202 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2026 00:16:00 | Commonwealth of PA, Department of Revenue, Bureau of Compliance, Department 280946, |

Harrisburg, PA 17128-0001

| | | | |
|---|---|---|---|
| 15418670 | + Email/Text: ebnjts@grblaw.com | Feb 28 2026 00:16:00 | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15398204 | + Email/Text: bankruptcy@credencerm.com | Feb 28 2026 00:16:00 | Credence Resource Managment, P.O. Box 2300, Southgate, MI 48195-4300 |
| 16463793 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2026 00:21:05 | Credit One Bank, Customer Service, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15398205 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 28 2026 00:21:01 | Credit One Bank Na, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15411748 | + Email/Text: BKBCNMAIL@carringtonms.com | Feb 28 2026 00:16:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 15398206 | + Email/PDF: ais.dtv.ebn@aisinfo.com | Feb 28 2026 00:21:01 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 15420498 | + Email/Text: jdryer@bernsteinlaw.com | Feb 28 2026 00:16:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15398210 | + Email/Text: Bankruptcy@keystonecollects.com | Feb 28 2026 00:16:00 | Fox Chapel Area School Disctrict, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398217 | + Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2026 00:21:05 | LVNV Funding LLC, c/o Resurgent Capital Serivices, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15400770 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2026 00:21:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16463792 | Email/Text: ml-ebn@missionlane.com | Feb 28 2026 00:16:00 | Mission Lane, LLC, P.O. Box 71084, Charlotte, NC 28272 |
| 15398218 | + Email/Text: ebnjts@grblaw.com | Feb 28 2026 00:16:00 | Michael G. McCabe, Esquire, Goehring Rutter and Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15407976 | + Email/Text: Bankruptcy@keystonecollects.com | Feb 28 2026 00:16:00 | Municipality of Penn Hills, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15398220 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Feb 28 2026 00:16:00 | Nissan, P.O. Box 660366, Dallas, TX 75266-0366 |
| 16463790 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 28 2026 00:21:01 | Ollo Cards, P.O. Box 9222, Old Bethpage, NY 11804-9222 |
| 15410315 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2026 00:16:00 | PNC Bank, N.A., 249 Fifth Avenue, 17th Floor, Pittsburgh, PA 15222 |
| 15412322 | + Email/Text: jlc@mbm-law.net | Feb 28 2026 00:16:00 | Penn Hills Municipality, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15412260 | + Email/Text: jlc@mbm-law.net | Feb 28 2026 00:16:00 | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15407977 | + Email/Text: Bankruptcy@keystonecollects.com | Feb 28 2026 00:16:00 | Penn Hills School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15400337 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2026 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 16478355 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2026 00:21:09 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15398229 | + Email/Text: bankruptcy@sw-credit.com | | |

District/off: 0315-2                          User: auto                                Page 4 of 6

Date Rcvd: Feb 27, 2026                      Form ID: pdf900                          Total Noticed: 83

| | | Feb 28 2026 00:16:00 | Southwest Credit Systems, 4120 International Parkway ste 1100, Carrollton, TX 75007-1958 |
|---|---|---|---|
| 15398230 | + Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 28 2026 00:21:07 | Sprint, P.O. Box 4191, Carol Stream, IL 60197-4191 |
| 15398231 | + Email/Text: BNCnotices@dcmservices.com | Feb 28 2026 00:16:00 | UPMC Health Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15398232 | + Email/Text: BNCnotices@dcmservices.com | Feb 28 2026 00:16:00 | UPMC Physician Services, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 15398233 | + Email/PDF: ebn_ais@aisinfo.com | Feb 28 2026 00:21:09 | Verizon, by American InfoSource as agent, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Banc of America Funding Corporation Mortgage |
| cr | | Deutsche Bank National Trust Company, as Indenture |
| intp | | Home Buyers of PGH |
| 15398234 | | Yale Development & Contracting, Inc. |
| cr | *+ | Shelley Fant, 821 Old Mill Road, Pittsburgh, Pa 15238-1711 |
| 15398226 | *+ | Shelley Fant, 821 Old Mill Rd., Pittsburgh, PA 15238-1711 |
| 15417233 | * | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15398225 | ##+ | Shelley Fant, 821 Old Mill Road, Pittsburgh, PA 15238-1711 |
| 15421498 | ##+ | Shelley L. Fant, 821 Old Mill Road, Pittsburgh, PA 15238-1711 |

TOTAL: 4 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allison L. Carr | on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov |
| Allison L. Carr | on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov |
| Amanda Grant | on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com |
| Andrew Kevin Pratt | on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com |

District/off: 0315-2                              User: auto                                         Page 5 of 6

Date Rcvd: Feb 27, 2026                           Form ID: pdf900                                   Total Noticed: 83

Andrew Kevin Pratt
on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.Andre
wR141044@notify.bestcase.com;asmith@c-vlaw.com

Crystal H. Thornton-Illar
on behalf of Trustee Crystal H. Thornton-Illar cThornton-Illar@leechtishman.com
bankruptcy@leechtishman.com;dbender@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Crystal H. Thornton-Illar
cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

David M Nernberg
on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
ime@nernberg.com;jlw@nernberg.com

David M Nernberg
on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dmn@nernberg.com,
ime@nernberg.com;jlw@nernberg.com

David M Nernberg
on behalf of Defendant Charles A. Knoll  Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

David M. Nernberg
on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
ems@nernberg.com;naoffice@nernberg.com

David W. Raphael
on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik
on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik
on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

Denise Carlon
on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro
on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dcalaiaro@c-vlaw.com,
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Kristen Wetzel Ladd
on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, ddays@utbf.com

Leonard F. Spagnolo
on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com  pamctigue@bentzlaw.com

Lorraine Gazzara Doyle

District/off: 0315-2         User: auto         Page 6 of 6

Date Rcvd: Feb 27, 2026         Form ID: pdf900         Total Noticed: 83

               on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates  Series 2007-8, U.S. Bank Nat
               ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon

               on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr
               wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats

               on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
               mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

               on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
               mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

               on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
               mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

               on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
               mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy

               on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
               2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee

               ustpregion03.pi.ecf@usdoj.gov

Roger Fay

               on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

S. James Wallace

               on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 35