# PROCEEDING MEMO

**Date:  03/18/2026 10:30 AM**

 **In re:    Eustace O. Uku**

**Bankruptcy No.  21-21712-CMB**
**Chapter:  7**
**Doc. #  418**

**Appearances:  David Nernberg**
**Andrew Pratt**
**Crystal Thornton-Illar**

**Nature of Proceeding:  #418 Rescheduled Status Conference Re: Amended Motion To Hold Debtor in Contempt and Produce Documents Related to Income**

**Additional Pleadings:  #427 Response Filed By Debtor**
**#452 Status Report**
**#459 Report of Sale**

Per Atty. Pratt, when the property was sold, the available funds were much higher than expected. There is one delay currently with the Debtor's exemption. All the issues with the Knoll Estate and with Calaiaro Valencik have been resolved.

Per Atty. Thornton-Illar, she is holding around $90,000 from the sale of the property. She is also looking into liquidating other assets of the Debtor.

OUTCOME: Status Conference is continued to April 8, 2026 at 11:30AM. A Status Report must be filed by Atty. Pratt on or before April 1, 2026 unless a proposed consent order is filed beforehand. If a proposed consent order is filed, the Status Conference would then be canceled.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

SIGNED
3/19/26 8:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 21-21712-CMB

Eustace O. Uku                                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 3
--- | --- | ---
Date Rcvd: Mar 19, 2026 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

**Recip ID**      **Recipient Name and Address**
db       + Eustace O. Uku, 508 N. St. Clair St., Apt. 1, Pittsburgh, PA 15206-2425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Allison L. Carr
      on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Allison L. Carr
      on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov

Amanda Grant
      on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com

Andrew Kevin Pratt
      on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

Andrew Kevin Pratt
      on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.Andre

District/off: 0315-2                                     User: auto                                          Page 2 of 3

Date Rcvd: Mar 19, 2026                              Form ID: pdf900                                    Total Noticed: 1

wR141044@notify.bestcase.com;asmith@c-vlaw.com

Crystal H. Thornton-Illar

on behalf of Trustee Crystal H. Thornton-Illar cThornton-Illar@leechtishman.com
bankruptcy@leechtishman.com;dbender@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Crystal H. Thornton-Illar

cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

David M Nernberg

on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
ime@nernberg.com;jlw@nernberg.com

David M Nernberg

on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dmn@nernberg.com,
ime@nernberg.com;jlw@nernberg.com

David M Nernberg

on behalf of Defendant Charles A. Knoll  Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

David M. Nernberg

on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
ems@nernberg.com;naoffice@nernberg.com

David W. Raphael

on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik

on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik

on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
141044@notify.bestcase.com;asmith@c-vlaw.com

Denise Carlon

on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
2004-1 dcarlon@kmllawgroup.com

Donald R. Calaiaro

on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro

on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro

on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro

on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dcalaiaro@c-vlaw.com,
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey R. Hunt

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt

on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce

on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Kristen Wetzel Ladd

on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, ddays@utbf.com

Leonard F. Spagnolo

on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com  pamctigue@bentzlaw.com

Lorraine Gazzara Doyle

on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates  Series 2007-8, U.S. Bank Nat
ldoyle@squirelaw.com, logsecf@logs.com

District/off: 0315-2                             User: auto                                Page 3 of 3
Date Rcvd: Mar 19, 2026                          Form ID: pdf900                           Total Noticed: 1

Mario J. Hanyon
                          on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr
                          wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
                          on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
                          mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
                          on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
                          mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
                          on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
                          mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
                          on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com
                          mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy
                          on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
                          2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Roger Fay
                          on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

S. James Wallace
                          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 35