**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 21-21712-CMB |
| | ) **Chapter** 7 |
| Eustace O. Uku, | ) **Related Document No.** 471 |
| **Debtor.** | ) **Document No.** |

## STATUS REPORT

**AND NOW,** comes the Debtor, Eustace O. Uku, by and through his counsel of record, Calaiaro Valencik, and presents the following Status Report.

1.      On April 1, 2026, the undersigned, on behalf of the Debtor, filed a Status Report with the Court indicating that settlement terms to resolve outstanding disputes in the Bankruptcy Case and related Adversary Cases. See Doc. 468.

2.      Following the entry of the Status Report, on May 8, 2026, the Court entered a Text Order requiring an additional status report indicating whether the upcoming Status Conferences scheduled for May 20, 2026 should be rescheduled. Doc. 471.

3.      On May 12, 2026, the Debtor filed the proposed 9019 Motion outlining the terms of the settlement and how each of the outstanding matters would be resolved or handled moving forward. Doc. 472. A hearing on the 9019 Motion is scheduled for June 16, 2026 at 10:30 a.m. with responses, if any, due May 29, 2026. Doc. 473.

4.      The Status Conferences have been rescheduled to the same date and time of the hearing on the 9019 Motion. Doc. 474.

5.      The undersigned believes that if the 9019 Motion is approved by default prior to the June 16, 2026 hearing date, it may be appropriate to cancel the Status Conferences as well but will defer to the Court's discretion on the matter if there are additional matters that need to be addressed.

It is so reported.

**Respectfully submitted,**

**DATE:** May 13, 2026          **CALAIARO VALENCIK**

**BY:** /s/ Andrew K. Pratt
**Andrew K. Pratt, Esquire          PA ID 328784**

**555 Grant Street, Suite 300**
**Pittsburgh, PA  15219**
**Phone:          (412) 232-0930**
**Fax:          (412) 232-3858**
**Email:          apratt@c-vlaw.com**