**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>Eustace O. Uku,<br>     **Debtor,** | ) **Bankruptcy Case No.**  21-21712-CMB<br>)<br>) **Chapter** 7<br>) |
| Eustace O. Uku,<br>     **Movant,** | ) **Related Document No.** 472-473<br>) |
| **vs.**<br>Kyra E. Knoll, Administrator of the<br>Estate of Charles A. Knoll, Jr.;<br>Crystal H. Thornton-Illar, Chapter 7<br>Trustee;<br>     **Respondents.** | ) **Hearing Date:** 06/16/26 @ 10:30 a.m.<br>)<br>) **Responses Due:** 05/29/26<br>)<br>)<br>) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE COMPROMISE PURSUANT TO BANKRUPTCY RULE 9019
– Document No. 472**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Approve Compromise Pursuant to Bankruptcy Rule 9019** filed on **May 12, 2026**, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Approve Compromise Pursuant to Bankruptcy Rule 9019** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Approve Compromise Pursuant to Bankruptcy Rule 9019** were to be filed and served no later than **May 29, 2026.**

It is hereby respectfully requested that the Order attached to the **Motion to Approve Compromise Pursuant to Bankruptcy Rule 9019** be entered by the Court.

**DATED:** June 1, 2026

**CALAIARO VALENCIK
BY: /s/ Andrew K. Pratt**
**Andrew K. Pratt, Esq.     PA I.D. 328784**

**555 Grant Street, Suite 300**
**Pittsburgh, PA 15219**
**Phone:      (412) 232-0930**
**Fax:        (412) 232-3858**
**Email:      apratt@c-vlaw.com**