**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.**  21-21712-CMB |
| Eustace O. Uku, | ) |
| **Debtor,** | ) **Chapter** 7 |
| | ) |
| Eustace O. Uku, | ) |
| **Movant,** | ) |
| **vs.** | ) **Hearing Date:** 06/16/26 @ 10:30 a.m. |
| Kyra E. Knoll, Administrator of the | ) |
| Estate of Charles A. Knoll, Jr.; | ) **Responses Due:** 05/29/26 |
| Crystal H. Thornton-Illar, Chapter 7 | ) |
| Trustee; | ) Related to Doc. No. 472 |
| **Respondents.** | ) **Document No.** |

**ENTERED BY DEFAULT**

**CONSENT ORDER**

**AND NOW** this ___3rd___ day of ___June_____, 2026, upon consideration of

the Motion, and upon the representations of the Parties that an agreement has been

reached on certain outstanding issues, including but not limited to Knoll's agreement to

these terms in reliance upon the veracity of the Debtor's disclosures and testimony during

the bankruptcy, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion is **GRANTED** as set forth herein.

2. The remaining sale proceeds from the sale of 214 Farmington Road shall

be distributed as follows:

    a. $10,000.00 paid to the Debtor, Eustace O. Uku, on account of his 11 U.S.C. § 522(d)(1) exemption. Any unpaid remainder is hereby waived by the Debtor.

    b. $40,000.00 paid to Creditor, Kyra A. Knoll, Administrator of the Estate of Charles A. Knoll, Jr. on account of its claim.

    c. $10,000.00 paid to Calaiaro Valencik on account of its Fee Petition.

    d. After a carveout of $5,000.00 for General Unsecured Creditors and the application of the Chapter 7 fees, any remaining sale proceeds

shall be distributed on a 70/30 split between Knoll (70%) and Calaiaro Valencik (30%).

3. Any funds from the liquidation of any other estate assets contemplated by the Chapter 7 Trustee, including but not limited to, litigation claims, shall be distributed in order of Bankruptcy Court priority.

4. Knoll is entitled to a general unsecured claim for the unpaid balance, which shall be deemed allowed without need to file a revised or amended claim, and entitled to receive further distributions from the Chapter 7 Trustee as she administers the estate.

5. Uku agrees not to claim an exemption on any discovered and previously undisclosed assets that are determined to be property of the estate.

6. Adversary Case Nos. 21-02104-CMB and 24-02049-CMB are hereby **DISMISSED WITH PREJUDICE.**

7. Adversary Case No. 25-02078-CMB is hereby **STAYED** pending the full administration of the estate. In the event that material assets are discovered and administered, the stay will be lifted to allow Knoll to continue to prosecute. If no material assets are discovered and administered, then Adversary Case No. 25-02078-CMB shall be **DISMISSED WITH PREJUDICE.**

8. The *Chapter 13 Fee Petition in Converted Case* filed by Calaiaro Valencik on December 4, 2024 at Doc. No. 343 is hereby **APPROVED**. The *Objection to Debtor's Counsel's Chapter 13 Petition* filed by Charles A. Knoll, Jr., is hereby **OVERRULED**. The Court shall enter a separate order on approving the Fee Petition.

9. The *Amended Motion to Hold Debtor in Contempt and Produce Documents Related to Income* filed by Kyra A. Knoll, Administrator of the Estate of Charles A. Knoll, Jr. on October 17, 2025 at Doc. No. 418 is hereby **WITHDRAWN**.

10.     The Court shall retain jurisdiction over the interpretation and enforcement of this Order.

**By the Court:**

_Carlota M. Böhm_   **dmr**
**Honorable Carlota M. Böhm**
**United States Bankruptcy Judge**

**AGREED TO BY:**

CALAIARO VALENCIK, P.C.

By: /s/ Andrew K. Pratt
Andrew K. Pratt, Esq. PA ID 328784
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone: (412) 232-0930
Email: apratt@c-vlaw.com

*Counsel for Eustace O. Uku*

MAURICE A. NERNBERG &
ASSOCIATES

By: /s/ David M. Nernberg
David M. Nernberg
Pa. I.D. No. 205631
301 Smithfield Street
Pittsburgh, PA 15222
(412) 232-0334
dmn@nernberg.com

*Counsel for Kyra E. Knoll, Administrator
for Estate of Charles A. Knoll Jr.*

LEECH TISHMAN FUSCALDO & LAMPL
LLC

By: /s/ Crystal H. Thornton-Illar
Crystal H. Thornton-Illar
PA I.D. No. 93003
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: 412.261.1600
Cthornton-illar@leechtishman.com

*Chapter 7 Trustee*

FILED
6/3/26 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 21-21712-CMB

Eustace O. Uku                                                                                Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 03, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

**Recip ID                    Recipient Name and Address**
db                              + Eustace O. Uku, 508 N. St. Clair St., Apt. 1, Pittsburgh, PA 15206-2425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2026 at the address(es) listed below:**

**Name                              Email Address**

Allison L. Carr
     on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov

Allison L. Carr
     on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Amanda Grant
     on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com

Andrew Kevin Pratt
     on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

Andrew Kevin Pratt
     on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

District/off: 0315-2                          User: auto                                    Page 2 of 3
Date Rcvd: Jun 03, 2026                       Form ID: pdf900                               Total Noticed: 1

Crystal H. Thornton-Illar
                        on behalf of Trustee Crystal H. Thornton-Illar cThornton-Illar@leechtishman.com
                        bankruptcy@leechtishman.com;dbender@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

Crystal H. Thornton-Illar
                        cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com

David M Nernberg
                        on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
                        ime@nernberg.com;jlw@nernberg.com

David M Nernberg
                        on behalf of Defendant Charles A. Knoll  Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

David M Nernberg
                        on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dmn@nernberg.com,
                        ime@nernberg.com;jlw@nernberg.com

David M. Nernberg
                        on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
                        ems@nernberg.com;naoffice@nernberg.com

David W. Raphael
                        on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik
                        on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
                        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
                        141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik
                        on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
                        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
                        141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
                        on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
                        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
                        R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
                        on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
                        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
                        R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
                        on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dcalaiaro@c-vlaw.com,
                        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
                        R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
                        on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
                        kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
                        R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey R. Hunt
                        on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
                        on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
                        on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
                        on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Kristen Wetzel Ladd
                        on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, ddays@utbf.com

Leonard F. Spagnolo
                        on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com  pamctigue@bentzlaw.com

Lorraine Gazzara Doyle
                        on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates  Series 2007-8, U.S. Bank Nat
                        ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
                        on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr
                        wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
                        on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com

District/off: 0315-2

User: auto

Page 3 of 3

Date Rcvd: Jun 03, 2026

Form ID: pdf900

Total Noticed: 1

mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy

on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Matthew Fissel

on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
2004-1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Roger Fay

on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 35