## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          ) **Case No.** 21-21712-CMB
Eustace O. Uku,                                 )
      **Debtor,**                       ) **Chapter** 7
                                                )
Calaiaro Valencik,                              ) **Hearing Date:** 01/08/25 @ 1:30 p.m.
      **Movant,**                      ) **Response Due:** 12/23/24
    **vs.**                             )
No Respondent.                                  ) **Document No.** 343

### ORDER OF COURT

**AND NOW,** to-wit, this _4th_ day of ___June___, 2026, upon consideration of the foregoing Chapter 13 Fee Petition in Converted Case filed by attorney for the Debtor, it is hereby **ORDERED** that fees and expenses of Calaiaro Valencik be approved for their services rendered from March 12, 2022, through October 23, 2024, in the total amount of $85,425.23 consisting of $82,016.50 in fees and $3,408.73 in expenses.

It is further **ORDERED** that, after payments totaling $55,973.38 have been applied, the balance due for counsel at this time, including fees and costs, is $76,209.63.

**By the Court,**

_Carlota M. Böhm_

**Honorable Carlota M. Böhm**
**United States Bankruptcy Court**

FILED
6/4/26 4:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                Case No. 21-21712-CMB

Eustace O. Uku                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID                    Recipient Name and Address**
db                        + Eustace O. Uku, 508 N. St. Clair St., Apt. 1, Pittsburgh, PA 15206-2425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name                    Email Address**

Allison L. Carr
    on behalf of Defendant Pennsylvania Department of Revenue acarr@attorneygeneral.gov

Allison L. Carr
    on behalf of Creditor Dep't of Revenue Office of Attorney General acarr@attorneygeneral.gov

Amanda Grant
    on behalf of Creditor PNC Bank  N.A. agrant@utbf.com, ogomez@utbf.com

Andrew Kevin Pratt
    on behalf of Defendant Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

Andrew Kevin Pratt
    on behalf of Debtor Eustace O. Uku apratt@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;akpratt.ecf@outlook.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Pratt.AndrewR141044@notify.bestcase.com;asmith@c-vlaw.com

District/off: 0315-2                        User: auto                                    Page 2 of 3

Date Rcvd: Jun 04, 2026                     Form ID: pdf900                               Total Noticed: 1

Crystal H. Thornton-Illar
                      cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

Crystal H. Thornton-Illar
                      on behalf of Trustee Crystal H. Thornton-Illar cThornton-Illar@leechtishman.com
                      bankruptcy@leechtishman.com;dbender@leechtishman.com;thornton-illarcr81012@notify.bestcase.com

David M Nernberg
                      on behalf of Defendant Charles A. Knoll  Jr. dmn@nernberg.com, ime@nernberg.com;jlw@nernberg.com

David M Nernberg
                      on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
                      ime@nernberg.com;jlw@nernberg.com

David M Nernberg
                      on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dmn@nernberg.com,
                      ime@nernberg.com;jlw@nernberg.com

David M. Nernberg
                      on behalf of Plaintiff Kyra E Knoll  in her capacity as Administrator for the Estate of Charles A. Knoll, Jr. dmn@nernberg.com,
                      ems@nernberg.com;naoffice@nernberg.com

David W. Raphael
                      on behalf of Defendant First National Bank of PA raphaeld@fnb-corp.com

David Z. Valencik
                      on behalf of Defendant Eustace O. Uku dvalencik@c-vlaw.com
                      kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
                      141044@notify.bestcase.com;asmith@c-vlaw.com

David Z. Valencik
                      on behalf of Debtor Eustace O. Uku dvalencik@c-vlaw.com
                      kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Valencik.DavidR
                      141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
                      on behalf of Plaintiff Eustace O. Uku dcalaiaro@c-vlaw.com
                      kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
                      R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
                      on behalf of Debtor Eustace O. Uku dcalaiaro@c-vlaw.com
                      kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
                      R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
                      on behalf of Creditor Kyra E. Knoll  in her capacity as Administrator for the Estate of Charles A Knoll, Jr. dcalaiaro@c-vlaw.com,
                      kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
                      R141044@notify.bestcase.com;asmith@c-vlaw.com

Donald R. Calaiaro
                      on behalf of Defendant Eustace O. Uku dcalaiaro@c-vlaw.com
                      kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.
                      R141044@notify.bestcase.com;asmith@c-vlaw.com

Jeffrey R. Hunt
                      on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
                      on behalf of Creditor Clairton City School District jhunt@grblaw.com

Jennifer L. Cerce
                      on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
                      on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Kristen Wetzel Ladd
                      on behalf of Creditor PNC Bank  N.A. kladd@utbf.com, ddays@utbf.com

Leonard F. Spagnolo
                      on behalf of Mediator Leonard Spagnolo lspagnolo@palamerican.com  pamctigue@bentzlaw.com

Lorraine Gazzara Doyle
                      on behalf of Creditor Banc of America Funding Corporation Mortgage Pass-Through Certificates  Series 2007-8, U.S. Bank Nat
                      ldoyle@squirelaw.com, logsecf@logs.com

Mario J. Hanyon
                      on behalf of Creditor U.S. Bank National Association  as Trustee for Banc of America Funding Corporation Mortgage Pass-Thr
                      wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mary Bower Sheats
                      on behalf of Defendant Shelley L Fant mary@mbsheatslaw.com

District/off: 0315-2                          User: auto                                      Page 3 of 3

Date Rcvd: Jun 04, 2026                       Form ID: pdf900                          Total Noticed: 1

mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

on behalf of Counter-Defendant Shelley L Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

on behalf of Counter-Claimant Shelley L Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats

on behalf of Creditor Shelley Fant mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary F. Kennedy

on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
2004-1 mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Matthew Fissel

on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee for New Century Home Equity Loan Trust
2004-1 bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Roger Fay

on behalf of Creditor Banc of America Funding Corporation Mortgage rfay@alaw.net  bkecf@milsteadlaw.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 35